#4

19-196J

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON
PLAINTIFF
v.
K. DELISMA Defendants et al

15BE/KCC
COMPLAINT

RECEIVED
NOV 12 2019
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## I. JURISDICTION AND VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 USC SECTION 1983 TO REDRESS THE DE-PREVATION, UNDER THE COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (1)(3), PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202, PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 USC SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PRO-CEDURE

2. THE WESTERN DISTRICT OF PENNSYLVANIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (B)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS COM-PLAINT OCCURRED

## II. PLAINTIFF

3. PLAINTIFF, HENRY UNSELD WASHINGTON, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF PENNSYLVANIA IN THE CUSTODY OF THE PENNSYLVANIA DE-PARTMENT OF CORRECTIONS. HE IS CURRENTLY CONFINED IN SCI-SOMERSET, IN SOMERSET, PA.

## III. DEFENDANTS:

4. DEFENDANT, K. DELISMA, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE DOCTOR AND THE MEDICAL DIRECTOR AT SCI-SOMERSET, DOC. HE IS LEGALLY RESPONSIBLE FOR MEDICAL CARE AND THE TREATMENT OF INMATES

5. DEFENDANT, WILLIAM L. BOWERS, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE UNIT MANAGER OF A BLOCK AT SCI SOMERSET, DOC RESPONSIBLE LEGALLY FOR THE WELFARE OF A BLOCK INMATES

6. DEFENDANT, PHILLIP MAUST, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE CHAPLAIN AT SCI-SOMERSET, DOC. HE IS LEGALLY RESPONSIBLE FOR PROVIDING INMATES ACCESS TO RELIGIOUS PRACTICE

7. HEIDI SROKA, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE GRIEVANCE COORDINATOR AT SCI-SOMERSET DOC, SHE IS LEGALLY RESPONSIBLE FOR DUE PROCESS OF THE GRIEVANCE PROCESS.

8. DEFENDANT, ROBERT SNYDER, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE CAPTAIN OF SE-CURITY AT SCI-SOMERSET, DOC, HE IS LEGALLY RESPONSIBLE FOR THE SAFETY OF SCI-SOMERSET INMATES

9. DEFENDANT, R. PESCHOCK, AT ALL TIME RELEVANT TO THIS COMPLAINT IS THE ACTIVITIES SPEC-IALIST AT SCI-SOMERSET, DOC, SHE IS RESPONSIBLE LEGALLY FOR INMATE SPORT

10. DEFENDANT, J. BIRONE, AT ALL TIME RELEVANT TO THIS COMPLAINT IS THE DOCTOR-N-MED-CAL DIRECTOR AT SCI-SOMERSET, DOC, HE IS RESPONSIBLE LEGAL FOR MEDICAL CARE OF INMATES

11. DEFENDANT, ELLIS KAUFFMAN, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE PHYSICIANS ASISTANT AT SOMERSET, DOC. HE IS LEGALLY RESPONSIBLE FOR THE MEDICAL CARE OF INMATES

COMPLAINT: W.V. D

(1)

12. DEFENDANT, RICHARD IRWIN, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE OPTOMETRIST AT SCI-SOMERSET, DOC, HE IS LEGALLY RESPONSIBLE FOR MEDICAL EYE CARE-N-EYE TREATMENT OF INMATES

13. DEFENDANT, ROXANNE PLAYSO, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE PAC: PHYSICIANS ASSISTANT AT SCI-SOMERSET, DOC, SHE IS LEGALLY RESPONSIBLE FOR THE MEDICAL CARE OF INMATES

14. DEFENDANT, LARENE DARLING, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE NURSE PRACTITIONER AT SCI-SOMERSET, DOC. SHE IS LEGALLY RESPONSIBLE FOR THE MEDICAL CARE OF INMATES

15. DEFENDANT, FETTERMAN, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE NURSE PRACTITIONER AT SCI-SOMERSET, DOC. HE IS LEGALLY RESPONSIBLE FOR THE MEDICAL CARE OF INMATES

16. DEFENDANT, RICHARD HUTCHINSON, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE DOCTOR AT SCI-SOMERSET, DOC, HE IS LEGALLY RESPONSIBLE FOR THE MEDICAL CARE OF INMATES

17. DEFENDANT, TESTA, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE PAC: PHYSICIANS ASSISTANT AT SCI-SOMERSET, DOC, HE IS LEGALLY RESPONSIBLE FOR MEDICAL CARE OF INMATES

18. DEFENDANT, ERIC TICE, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS THE WARDEN AT SCI-SOMERSET, DOC, HE IS LEGALLY RESPONSIBLE FOR THE SAFETY-N-CARE OF THE INMATES, AND DAILY OPERATION

19. DEFENDANT, BRIAN P. HYDE, AT ALL TIMES RELEVANT TO THIS COMPLAINT IS B.P. HYDE; HEALTH CARE ADMINISTRATOR AT SCI-SOMERSET, DOC, HE IS LEGALLY RESPONSIBLE FOR INMATE ACCESS TO MEDICAL CARE

20. ALL OF THE DEFENDANTS RELEVANT TO THIS COMPLAINT ARE EMPLOYEES OF THE PA. DOC, AND CAN READILY BE CONTACTED AT 1600 WALTERS MILL ROAD, SOMERSET, PA, 15510-0001

## IV. FACTS

21. PLAINTIFF IS A DARK SKIN BLACK MALE IN A STATE OF RAPID PROGRESSIVE FAILING HEALTH, WITH DEMENTIA; THE LIKELY TARGET OF MOCKERY, AND RACIALLY MOTIVATED ATTACKS

22. DEFENDANTS, K, DELISMA, WILLIAM L, BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, R, PESCHOCK; J, GIRONE, ELLIS KAUFFMAN, ROXANNE PLAYSO, LARENE DARLING, FETTERMAN, RICHARD HUTCHINSON, TESTA, ERIC TICE, BRIAN P, HYDE SEE # 23-170

VIOLATED PLAINTIFF EIGHTH AMENDMENT, WHICH STATES: EXCESSIVE BAIL SHALL NOT BE REQUIRED, NOR EXCESSIVE FINES IMPOSED NOR CRUEL-N-UNUSUAL PUNISHMENT INFLICTED

23. PLAINTIFF HAS SEVERAL SERIOUS HEALTH PROBLEMS STILL ON GOING FOR YEARS, AND AT ALL TIMES RELEVANT TO THIS COMPLAINT WILL BE REFERRED TO AS "CHRONIC AILMENTS", i.e. NON STOP EXCRUCIATING PAIN-N-EXTREME DISCOMFORT THROUGHOUT DIGESTIVE TRACT, WHIPPLE'S DISEASE, DIFFICULTY BREATHING, SPEAKING, REMAINING UPRIGHT-N-AWAKE, NEAR BLIND IN RIGHT EYE, SUDDEN LOSS OF WEIGHT, EXTREME DRY SKIN, DEMENTIA, TESTOSTERONE DEFICIENCY, DEFORMED ANKLES-ELBOWS-N-FINGERS, DIARRHEA CAUSED BY FOOD SERVED TO THE INMATES, DRIPPING SEMEN; MEMORY LOSS, MUSCLE WEAKNESS, CONTINUOUS NOSE-BLEEDS-N-FATIGUE, TESTOSTERONE DEFICIENCY, URETHRA STRICTURE, WHEN HOUSED ON THE BOTTOM TIER EXPERIENCE HEART ATTACK SYMPTOMS, e.g. CHEST PAIN, NUMBNESS IN ARMS-N-LEGS; IRREVERSIBLE FOOT FUNGUS, TROUBLE CONCENTRATING, etc.

24. DEFENDANTS DECLARED PLAINTIFF NEED IMMEDIATE EMERGENCY CARE, THEN ACTED WITH DELIBERATE INDIFFERENCE; AT ALL TIMES RELEVANT REFERRING TO WORDS, ACTIONS-N-NON

COMPLAINT: W, V, D

(2)

25. AT ALL TIMES RELEVANT TO THIS COMPLAINT DEFENDANTS DENIED PLAINTIFF MEDICAL CARE -N- ACCESS TO SPECIALIST, AND MEDICINES HAVING NOT TOUCHED PLAINTIFF PHYSICALLY, NOT EVEN A CURSORY EXAM OF BLOOD PRESSURE, HEART RATE, BREATHING PATTERNS -N- PUPIL DILATION; NO LAB TEST OF BLOOD, URINE OR STOOL SAMPLE OR PAP SMEAR

26. AT ALL TIMES RELEVANT TO THIS COMPLAINT DEFENDANTS, K. DELISMA, ~~WILLIAM L. BOWERS, PHILLIP MAUST~~, J. GIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROXANNE PLAYSO, LA-RENE DARLING, FETTERMAN, RICHARD HUTCHINSON, TESTA, BRIAN P. HYDE, ERIC TICE, RESPONDED TO PLAINTIFF PLEAS FOR IMMEDIATE MEDICARE BY THROWING PLAINTIFF OUT, GIVING PLAINTIFF THE MIDDLE FINGER, RACIST RANTS, MOCKING, PHYSICAL THREATS, etc.

27. AT ALL TIMES RELEVANT TO THIS COMPLAINT DEFENDANTS, K. DELISMA, WILLIAM L. BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, ~~ROB~~ FREEHOCK, J. GIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROXANNE PLAYSO, LARENE DARLING, FETTERMAN, RICHARD HUTCHINSON, TESTA, ERIC TICE, BRIAN P. HYDE, PROFESSED CONTINUOUSLY THAT THEIR ACTIONS WERE DONE TO PLAINTIFF TO PENALIZE PLAINTIFF FOR SUING SCI-GREENE MEDICAL PROFESSIONALS, FILING GRIEVANCES AGAINST THEM PERSONALLY, AND CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, i.e. THE FEDERAL COURT, DOC CENTRAL OFFICE, PUBLIC -N- ELECTED OFFICIALS, RENOWN PUBLIC FIGURES, PRISONERS ADVOCATE GROUPS, U.S. PRESIDENT -N- FIRST LADY, DOJ, U.S. ATTORNEY GENERAL, PA, GOVERNOR, PA. STATE POLICE.

28. OVER A TEN YEARS SPAND PLAINTIFF EXPERIENCED A SUBSTANTIAL AMOUNT OF WEIGHT LOSS ASOC-IATED WITH HIS ONGOING FAILING HEALTH ISSUES

29. DEFENDANTS ACKNOWLEDGED PLAINTIFF HEALTH NEEDS WARRANTED IMMEDIATE EMERG-ENCY MEDICAL CARE, AND CHOSE TO IGNORE THEM, MORE THAN ONE DEFENDANT ~~TOLD PLAINTIFF~~ TOLD PLAINTIFF DIRECTLY THAT THEY'RE NOT GOING TO WASTE THEIR TIME ON HELPING PLAINTIFF

30. PLAINTIFF ALREADY FRAGILE STATE OF MENTAL -N- PHYSICAL HEALTH WAS EXACERBATED BY DEFENDANTS; ERIC TICE, HEIDI SROKA, -N- B.P. HYDE LACK OF INTERVENTION, WHOM WERE MADE AWARE; VIA THEIR PERSONAL PARTICIPATION; AND CONFIDENTIAL INTERVIEWS WITH PLAINTIFF CONCERNING DENIAL OF RELIGIOU PRACTICE, MEDICAL CARE, ACCESS TO SPEC-IALIST, DELIBERATE INDIFFERENCE -N- BLATANT RACIST ATTITUDES OF SCI-SOMERSET MEDICAL -N- DOC STAFF; BUT DEFENDANTS, ERIC TICE, SROKA -N- HYDE RESPONDED WITH RACIST DE-LIBERATE INDIFFERENCE IN THEIR REFUSAL TO INTERVENE OR PREVENT FURTHER ABUSE

31. DEFENDANTS, ERIC TICE, HEIDI SROKA -N- B.P. HYDE, WERE COMPLICIT TO THE ABUSE; AND CONDUCTED BOTH THROUGH THEIR INACTIONS -N- ENCOURAGEMENT

32. AT ALL TIMES RELEVANT TO THIS COMPLAINT, UNLESS STATED OTHERWISE, THE 1st, 8th, AND 14th AMENDMENT VIOLATIONS TOOK PLACE AT MEDICAL DURING SICK CALL, IN REFERENCE TO LOCATION

33. AT ALL TIME RELEVANT TO THIS COMPLAINT DURING EACH SICK CALL PLAINTIFF WAS EXPERIENC-ING NON STOP EXCRUCIATING PAIN -N- EXTREME DISCOMFORT

34. AT ALL TIMES RELEVANT TO THIS COMPLAINT SICK CALL ~~IS~~ IS ALWAYS CONDUCTED DURING THE MORNING HOURS

35. AT ALL TIMES RELEVANT TO THIS COMPLAINT DEFENDANTS DENIAL OF MEDICAL CARE - COMPLAINT: W.V.D.

③

RELIGIOUS PRACTICE, FREEDOM OF SPEECH, TO VISUAL PROTECTION, AND THERE DELIBERAT INDIFFERENCE WERE BASED ON NON-MEDICAL AND NON PENOLOGICAL REASONS

36. AT ALL TIMES RELEVANT TO THIS COMPLAINT DEFENDANTS SELECTIVE ONE OUT OF 40 SICK CALL REQUEST PLAINTIFF SUBMITTED TWO-THREE TIMES ON A WEEKLY BASES WERE RECOGNIZED THE MEDICAL CARE WAS NOT UP TO THE OBLIGATIONS ESTABLISHED UNDER THE EIGHT AMENDMENT

37. DEFENDANTS K, DELISMA, WILLIAM L. BOWERS, HEIDI SROKA, ROBERT SNYDER, R. PESCHOCK, J. BIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROXANNE PLAYSO, LARENE DARLING, FETTERMAN, RICHARD HUTCHINSON, TESTA, ERIC TICE, BRIAN P. HYDE VIOLATED PLAINTIFF EQUAL PROTECTION RIGHTS GUARANTEED UNDER THE FOURTEENTH AMENDMENT, WHICH STATES: ALL PERSONS BORN OR NATURALIZED IN THE UNITED STATES, AND SUBJECT TO THE JURISDICTION THEREOF, ARE CITIZEN OF THE STATE WHEREIN THEY RESIDE, NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH ABRIDGES THE PRIVILEGES OR IMMUNITIES OF CITIZENS OF THE UNITED STATES; NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE, LIBERTY, OR PROPERTY, WITHOUT DUE PROCESS OF LAW, NOR DENY PERSON WITHIN IT JURISDICTION THE EQUAL PROTECTION OF LAW

38. DEFENDANTS, ALL STATE AGENTS, ACTED UNDER THE COLOR OF STATE LAW, DENIED PLAINTIFF THE EQUAL PROTECTION OF THE LAW GUARANTEED UNDER 1ST, 8TH, AND 14TH AMENDMENTS, AND RLUIPA RIGHTS, WHEREIN PLAINTIFF WAS DENIED THE SAME TREATMENT FOR NO RATIONAL REASON, THAT WAS PROVIDED TO ALL OTHER INMATES

39. DEFENDANTS CONSISTENTLY PROVIDED ALL OTHER INMATES ON SICK CALL, ESPECIALLY WHITE INMATES MEDICAL CARE SUCCESSFULLY PER CONSTITUTION, WHILE CONDUCTING THE SAME EVENT, FOR NO RATIONAL REASON/AND OR BASED ON NON MEDICAL REASONS, DEFENDANTS DENIED PLAINTIFF MEDICAL CARE.

40. DEFENDANTS CONSISTENTLY SINGLED PLAINTIFF OUT TO SUBJECT TO THEIR ABUSES, THESE ARE ABUSES DEFENDANTS READILY WOULD OF, OR REASONABLY SHOULD HAVE FORESEEN WOULD VIOLATE PLAINTIFF CONSTITUTIONAL RIGHTS, WHITE INMATES WERE NOT SUBJECTED TO THESE ABUSES, DEFENDANTS REPEATEDLY PROFESSED THEIR ABUSES TO PLAINTIFF WERE CONCOCTED TO PENALIZE PLAINTIFF FOR HIS ON GOING LITIGATION AGAINST THEM PERSONALLY, FELLOW SCI-SOMERSET DOC STAFF-N-MEDICAL PROFESSIONALS, OR FAMILY MEMBER, e.g. GRIEVANCED ME, SUING ME, AND MEMBERS OF SOMERSET DOC STAFF AND MEDICAL PROFESSIONALS, PENALIZE PLAINTIFF FOR GRIEVANCING THEM

41. DEFENDANTS CONSISTENTLY PROVIDED THE OTHER INMATES THEIR RELIGIOUS PRACTICE, AND THEIR 1ST, 8TH, AND 14TH AMENDMENT, AND RLUIPA RIGHTS, AND WHILE CONDUCTING THE SAME EVENT, DEFENDANTS FOR NO RATIONAL REASONS, i.e. NON MEDICAL OR PENOLOGICAL REASON/INTEREST; SICK CALL THE SAME; DENIED PLAINTIFF THE SAME RLUIPA, 1st 8th, AND 14th AMENDMENTS; PROVIDED TO WHITE INMATES

42. DEFENDANTS, K, DELISMA, WILLIAM L. BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, R. PESCHOCK, J. BIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROXANNE PLAYSO, LARENE DARLING, FETTERMAN, R. HUTCHINSON, TESTA, ERIC TICE, BRIAN P. HYDE VIOLATED PLAINTIFF FIRST AMENDMENT RIGHTS, WHICH STATES: CONGRESS SHALL MAKE NO LAW RESPECTING AN ESTABLISHMENT OF RELIGION, OR PROHIBITING THE FREE EXERCISE THEREOF;

COMPLAINT: WV. D

(4)

TO ASSEMBLE, AND TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES

43. PLAINTIFF FIRST AMENDMENT RIGHT, FREE SPEECH, TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES PROHIBITED BY DEFENDANTS: K, DELISMA, WILLIAM L. BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, R, PESCHOCK, J, GIRONE, ELLIS KAUFFMAN, RICHARD IRWIN ROXANNE PLAYSO, LARENE DARLING, FETTERMAN, RICHARD HUTCHINSON, TESTA, ERIC TICE, BRIAN P. HYDE

44. PLAINTIFF EFFORT TO PURSUE LEGAL ACTION CONCERNING THE DC-ADM 804 INMATE GRIEVANCE SYSTEM WERE STYMIED-N-SEVERELY SLOWED

45. DEFENDANTS ACTIONS WOULD LIKELY HAVE DETERRED A REASONABLE PERSON FROM PURSUING THEIR RIGHTS UNDER THESE CONDITIONS

46. DEFENDANTS, ALL STATE ACTORS SUBJECTED PLAINTIFF TO ADVERSE ACTIONS

47. THE CONDUCT WHICH CAUSED DEFENDANTS ADVERSE ACTIONS AGAINST PLAINTIFF WERE PLAINTIFF ATTEMPT TO ACCESS THE COURT TO ADJUDICATE ON GOING CIVIL RIGHTS CONCERNS PROTECTED UNDER FIRST, EIGHT, EIGHT, AND FOURTEENTH AMENDMENT-N-RLUIPA RIGHTS

48. PLAINTIFF CONDUCT OF PURSUING HIS RLUIPA-N-CONSTITUTIONAL RIGHTS WAS REASONABLE

49. DEFENDANTS ACTIONS WERE DIRECTLY IN RESPONSE TO PLAINTIFF ATTEMPT TO PURSUE CONSTITUTIONAL RIGHTS

50. A CAUSAL LINK EXISTS BETWEEN PLAINTIFF PURSUIT OF HIS CONSTITUTIONAL RIGHTS AND THE ADVERSE ACTIONS TAKEN BY DEFENDANTS AS DEMONSTRATED BY THE PROXIALITY OF THE ACTION TO PLAINTIFF PURSUIT OF HIS RIGHTS AND DECLARATION MADE BY DEFENDANTS

51. DEFENDANTS ACTIONS WERE UNUSUAL-N-ANTAGONISTIC, AND HABITUAL IN RESPONSE TO PLAINTIFF LEGAL ACTION

52. DEFENDANTS CONSTANT RECITAL OF THE SAME DECLARATIONS "OBAMA CARE", "SUING US", "WHAT DO YOU EXPECT WHEN YOU'RE ALWAYS GRIEVANCING MEDICAL STAFF," SUED GREENE DOC-N-MEDICAL PROFESSIONS PLAITIFF HAD SUED THEM TOO", DEMONSTRATES A MEETING OF THE MINDS

53. PLAINTIFF ABILITY TO ADVANCE HIS CONSTITIONAL RIGHTS WAS INHIBITED IN THE FORM OF HIS INABILITY TO ENAGE IN HIS PURSUIT OF JUSTICE FOR HIS CIVIL RIGHTS VIOLATIONS WITHOUT FEAR OF CRUEL-N-UNUSUAL PUNISHMENT

54. PLAINTIFF REPORT OF RLUIPA, 1st, 8th AND 14-th AMENDMENT VIOLATIONS LED TO DEFENDANTS FURTHER ACTS OF DELIBERATE INDIFFERENCE, WORSENING OF PLAINTIFF HEALTH CAUSING A SUBSTANTIAL RISK THAT PLAINTIFF WILL BE SUBJECTED TO GREATER HARM IN THE FUTURE

55. PLAINTIFF EXISTED IN A PERPETUAL CYCLE OF DESIRING TO SEEK A REMEDY TO THE VIOLATIONS OF HIS RIGHTS, AS WELL AS A REMEDY TO OBTAIN IMMEDIATE MEDICAL AND PHYSICAL NEEDS, DEFENDANTS, THUS FAR HAVE RESPONDED WITH DELIBERATE INDIFFERENCE.

56. DEFENDANTS OPENLY PROFESSED REGULARLY THAT PLAINTIFF WAS CONTINUOUSLY GRIEVANCING THEM PERSONALLY-N-OTHER SCI-SOMERSET MEDICAL PROFESSIONALS, AND GRIEVANCE AGAINST SCI-SOMERSET DOC STAFF-N-MEDICAL PROFESSIONALS, OR THEIR FAMILY MEMBERS, AND PLAINTIFF CONTINUOUS COMMUNICATIONS WITH AUTHORITIES IS THE REASON WHY THEY DO NOT RESPOND TO SOME OF PLAINTIFF REQUEST TO STAFF, GRIEVANCES, AND PRACTICALLY ALL OF PLAINTIFF SICK CALL REQUEST

COMPLAINT: W V. D

57. DEFENDANTS, (KRUG, PEARCE) OR PLAINTIFF ONGOING LITIGATION PERSONALLY STILL IN THE GRIEVANCE STAGE; OR FELLOW SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS OR FAMILY MEMBERS WAS COMMON ENOUGH SO DEFENDANTS OFTEN QUOTED ACCORDING TO THE LEAD DEFENDANT'S NAME, AND CORRECT DOCKET NUMBER; OR GRIEVANCE TRACKING NUMBER, e.g. WASHINGTON V. BARNHART, 3:17-CV-0070; WASHINGTON V. GILMORE, 2:15-CV-1031; WASHINGTON V. FOLINO, NO. 644 AD2014; GRN# 817817; 733398; 807334; 804964; 801220; 782252; 770810; 691018; 690223; 6887454; 687454; 703977; 721569; 700732; 687451; 681836; 672452; 625794; 623974

58. DEFENDANTS, (THE WARDEN, ERIC TICE ON FIRST SIGHT) GREETED PLAINTIFF AS THE PAPER PUSHER

59. DEFENDANTS WORDS TO PLAINTIFF WHILE IN THE MIDST OF VIOLATING PLAINTIFF RLUIPA, 1st, 8th, AND 14th AMENDMENT RIGHTS; THEIR ACTIONS WERE IN RESPONSE TO PLAINTIFF GRIEVANCES, COMMUNICATIONS WITH AUTHORITIES; "GRIEVANCING US"; "YOU ARE ALWAYS GRIEVING MEDICAL STAFF, SO WHAT DO YOU EXPECT"; "ATTACKED MEDICAL FAMILY"; WHEN PLAINTIFF SUED SCI-GREENE DOC-N-MEDICAL PROFESSIONALS, "PLAINTIFF HAD SUED THEM, TOO"; "YOU 'RE SUING MY FAMILY MEMBER"; "THEY ARE ONLY PROTECTING FAMILY"

60. DEFENDANTS PROFESS, EACH ONE, REPEATEDLY-N-OPENLY THAT PLAINTIFF CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, HAVING PETITIONED THE GOVERNMENT FOR REDRESS OF GRIEVANCE, SUBMITTING GRIEVANCES, PURSUIT OF JUSTICE FOR DEFENDANTS VIOLATIONS OF PLAINTIFF CIVIL RIGHTS; WAS THE MOTIVE FOR THEIR ADVERSE ACTIONS

61. DEFENDANT, K. DELISMA, J. BIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROXANNE PLAYSO, LARENE DARLING, FETTERMAN, RICHARD HUTCHENSON, TESTA, RESPONDED TO PLAINTIFF PAIN AND DISCOMFORT, WITH SUCH STATEMENTS "BLACKS HAVE OBAMA CARE"; THIS OCCURRED DURING SICK CALL

62. DEFENDANTS, K. DELISMA, TESTA, LARENE DARLING, FETTERMAN, REPEATING THE SAME WORDS I'D HEARD FROM OTHER STAFF MEMBERS PRIOR TO MY HAVING MEET DEFENDANTS, DELISMA, TESTA, DARLING, AND FETTERMAN, WHOM INDIVIDUALLY ON SEPARATE SICK CALL SIT, WITH ANGER IN THEIR VOICE, DECLARED, "YOU ARE SUING DR. JIN, YOU'LL REGRET HAVING DONE SO, YOU WILL NOT GET PROPER MEDICAL CARE AS LONG AS YOU'RE PRISON, GO GET YOUR OBAMA CARE".

63. WHILE AWAY AT COURT ON TWO SEPARATE SICK CALL VISITS BY TWO SEPARATE DIAGNOSIS BY DR. LAWARNCE LYONS, ON OR NEAR 10.31.16; AND DR. SANTOS, ON OR NEAR 11.7.16; THAT PLAINTIFF HAS WHIPPLE'S DISEASE. BOTH DOCTORS CONDUCTED PHYSICAL EXAMINATIONS, TOOK IN CONSIDERATION PLAINTIFF FAMILY HISTORY, AND PLAINTIFF CURRENT ON GOING SYMPTOMS. DEFENDANTS, K. DELISMA, J. BIRONE, E. KAUFFMAN, R. PLAYSO, L. DARLING, FETTERMAN, R. HUTCHENSON-N-TESTA NEVER EXAMINED ME OR CONSIDERED MY SYMPTOMS-N-FAMILY HISTORY

64. DR. LYONS PRESCRIBED MEDICINE IN ACCORDING TO "THE MERCK MANUAL"; FOR CURE-N-FOR PAIN, AND LONG TERM CARE BY SPECIALIST CONCERNING PLAINTIFF WHIPPLE'S DISEASE; DR. SANTOS SIGNED ON FOR THE SAME PLAN. TO DATE! DEFENDANTS, K. DELISMA, J. BIRONE, E. KAUFFMAN, R. PLAYSO, L. DARLING, FETTERMAN, R. HUTCHENSON, TESTA; CHOSE TO DISREGARD THE RECOMMENDATIONS OF THEIR ON PERSONAL MEDICAL MANUAL, OR REFER PLAINTIFF TO SPECIALIST, AS A MEANS TO PENALIZE PLAINTIFF FOR FILING LAWSUITS-N-COMPLAINT. W V. D

GRIEVANCES, SAME RESPONSE, "I COMMUNICATED WITH AUTHORIZES" SAYING TO PLAINT-
IFF YOU HAVE OBAMA CARE

65. ON THE SECOND DAY OF TAKING THE MEDICINES PRESCRIBED BY DOCTORS LAWAREN LYONS-
SANTOS I RECOGNIZE A DIFFERENCE, I, E, FAR LESS PAIN IN DIGESTIVE TRACT, SCT-SOMER-
SET, DISCONTINUED-N-CANCELLED THE PRESCRIBED CARE OF DRS. LYONS-N-SANTOS, SAY-
ING PLAINTIFF IS NOT WHITE, HE HAS OBAMA CARE", THE PAIN RETURNED TO ITS
INTENSITY, AND CONTINUE TO GET WORST

66. DEFENDANT, B. P. HYDE REGULARLY DISCARDED PLAINTIFF TIMELY SUBMITTED SICK
CALL REQUEST SUBMITTED 2-3 TIMES ON A WEEKLY BASIS, TO DATE! DEFENDANT,
HYDE ACTION IS CAUSING PLAINTIFF TO LIVE IN A STATE OF NON STOP PAIN-N-DISCOM-
FORT

67. DEFENDANTS DENIAL OF DIET SUPPLEMENT, AND PLAINTIFF INABILITY TO PROPERLY
DIGEST FOODS CONTRIBUTED TO PLAINTIFF STATE OF RAPID-N-PROGRESSIVE FAILING HEALTH.

68. WEARING DARK GLASSES PLAINTIFF RIGHT EYE OOZING PUS-N-BLOOD; AND CHRONIC
AILMENTS, BEGGING FOR PAIN MEDICINE DEFENDANTS LAUGHTED UNCONTROLLABLY,
TOLD PLAINTIFF, HE ALREADY RECEIVES OBAMA CARE

69. MORE THAN FOUR OCCASIONS PLAINTIFF WEIGHED LESS THAN 175 LBS, YET DEFENDANTS DE-
CLARED IT TO BE MORE THAN 190 LBS

70. DEFENDANTS DECLARED PLAINTIFF HEALTH PROBLEMS CALLED FOR CARE BY SOMEONE
WITH SPECIAL SKILLS TO TREAT, BUT DENIED PLAINTIFF ACCESS TO SPECIALISTS, SAYING "BLACK
HAVE OBAMA CARE"

71. WHITE INMATES ARE AFFORDED DIET-N-CARE BY SPECIALIST UPON REQUEST; PLAINTIFF A
DARK SKIN BLACK MALE WAS DENIED THE SAME CARE FOR NO RATIONAL REASONS, i.e. NON
MEDICAL REASONS

72. MORE THAN ONCE DEFENDANT, R. IRWIN RECOMMENDED PLAINTIFF FOR LASER SURG
SURGERY ON PLAINTIFF RIGHT EYE, DEFENDANT, B. P. HYDE DIDN'T MAKE NECESS-
ARY ARRANGEMENTS FOR LASER SURGERY TO BE DONE, OR CANCELLED IT

73. PLAINTIFF A DARK SKIN BLACK MALE IS IN A STATE OF RAPID PROGRESSIVE FAILING HEALTH TO DATE!

74. PLAINTIFF SUBMITTED TIMELY GRIEVANCES, SOME MORE THAN THREE TIMES CONCERN-
ING THE CONDUCT OF DEFENDANTS, BOTH MEDICAL-N-DOC STAFF, THAT CONSTITUTE DELIB-
ERATE INDIFFERENCE, FREE SPEECH, EQUAL PROTECTION-N-CRUEL-N-UNUSUAL PUNISHMENT,
RLUIPA, VIOLATIONS UNDER 1st, 8th AND 14th AMENDMENTS, NO RESANSE

75. THIS IS NOT A DISPUTE BETWEEN PLAINTIFF-N-MEDICAL PROFESSIONALS CONCERNING
TREATMENT, DEFENDANTS RESPONSE TO PLAINTIFF PAIN-N-SUFFERING, TO DATE! HAS BEEN,
"GO AWAY", i.e. DELIBERATE INDIFFERENT, IS WHY THIS LEGAL ACTION WAS BEGAN

76. PLAINTIFF HAD NEVER HEARD OF WHIPPLES DISEASE, PLAINTIFF WAS TAKEN TO G. LEISING-
ER MEDICAL CENTER FOR THE SAKE OF TESTING FOR ACID REFLUX DISEASE, THE RESULT
WAS NEGATIVE, WHEREUPON THE GASTRO ENTEROLOGIST GAVE PLAINTIFF A PAMPHLET CON-
CERNING WHIPPLES DISEASE, AND DECLARED, BASED ON YOUR SYMPTOMS HE IS CONVINCED

77. THAT PLAINTIFF HAS WHIPPLES DISEASE, PLAINTIFF ASKED FOR TESTING SO HE WOULD BE
CERTAINTY; THE GASTRO ENTEROLOGIST SAID THIS IS NOT MY FIRST RODEO, PLAINTIFF SYMPTOMS

COMPLAINT: W.V.D                    (7)

78. ARE CLASSIC FOR WHIPPLE'S DISEASE, IF THAT WOULD BE NECESSARY, PLUS PLAINTIFF WAS ONLY SENT TO HIM FOR TESTING FOR ACID REFLUX

79. ACCORDING TO THE GASTROENTEROLOGIST, PLAINTIFF WAS SENT THERE SPECIFICALLY FOR TESTING FOR ACID REFLUX, AND HE DID NOT HAVE THE AUTHORITY TO TEST PLAINTIFF FOR WHIPPLES; "NO NEED FOR A TEST, THIS ISN'T MY FIRST RODEO, THE GASTROENTEROLOGIST STATE AGAIN, YEARS LATER, THREE DOCTORS, LAWARENELYONS, SANTOS, AND

80. DON GRAHAM, HAVE CONFIRMED THAT GASTROENTEROLOGIST'S DIAGNOSIS, THAT PLAINTIFF INDEED DOES HAVE WHIPPLES DISEASE, VIA PHYSICAL EXAM, PLAINTIFF ONGOING SYMPTOMS, AND FAMILY HISTORY.

81. THE TESTING FOR ACID REFLUX: GERD PROVIDED TO PLAINTIFF AND THE TESTING FOR WHIPPLES ARE NOT ONE AND THE SAME

82. DEFENDANTS ARE MOTIVATED BY SAVING MONEY RATHER THAN COMMITTING TO A POSSIBLE 24 STRAIGHT MONTHS OF THREE PRESCRIBED DRUGS TO BE TAKEN DAILY, ALONG WITH A LIFE LONG DIET SUPPLEMENT, A VISIT, IF NOT SEVERAL VISIT TO A GASTROENTEROLOGIST, ADDITIONALLY; IT IS QUITE COMMON FOR WHIPPLE'S TO RE-SURFACE,

83. THEN HAVING TO AGAIN START THE 24 MONTHS OF PRESCRIBED MEDICINES AGAIN

84. WHIPPLES IS A SERIOUS DISEASE WHICH CAN INFECT ANY ORGAN IN THE BODY COMMONLY AFFECTS JOINTS, CENTRAL NERVOUS SYSTEM WHICH INCLUDES THE BRAIN, SPINAL CORD, AND NERVES LOCATED THROUGHOUT THE BODY, HEART, EYES-N-LUNGS, LONG LASTING NUTRITIONAL DEFICIENCIES, HEART VALUE DAMAGE, BRAIN DAMAGE, HEART FAILURE, AND LEFT UNTREATED WHIPPLES DISEASE GETS WORSE AND IS USUALLY LIFE THREATENING

85. TO DATE! PLAINTIFF EXHIBIT THE SYMPTOMS OF WHIPPLES, e.g. DIARRHEA, WEIGHT LOSS, DEFORMED ANKLES, FINGERS-N-ELBOWS, ABDOMINAL PAIN, FATIGUE, WEAKNESS, VISION PROBLEMS, MEMORY LOSS, MUSCLE WEAKNESS, DIFFICULTY WALKING, DEMENTIA,

86. DEFENDANT, K. DELISMA PROFESS THAT HE IS CURRENTLY PROVIDING PLAINTIFF MEDICAL CARE WHEN IN ACTUALITY PLAINTIFF IS LIVING WITH NON STOP EXCRUCIATING PAIN-N-DISCOMFORT, AND CONTINUOUS BEGGING FOR CARE

87. EACH TIME PLAINTIFF WAS SEEN BY DR. K. DELISMA, HE DECLARED PLAINTIFF NEEDED IMMEDIATE EMERGENCY CARE BY SPECIALIST, THEN SENT PLAINTIFF AWAY IN PAIN.

88. DEFENDANT, H. SROKA REFUSED TO RESPOND ON MORE THAN A FEW TIMES TO PLAINTIFF TIMELY SUBMITTED GRIEVANCES-N-REQUEST TO STAFF, SOME SUBMITTED THREE-N-FOUR TIMES

89. DURING A CONFIDENTIAL INTERVIEW WITH DEFENDANT, H. SROKA, PLAINTIFF WAS TOLD THAT PLAINTIFF HAD NO NEED TO CONTINUE FILING MORE THAN ONE GRIEVANCE CONCERNING THE SAME ISSUE; THAT IS WHY SHE HADN'T RESPONDED, IF PLAINTIFF FAILED TO MEET PARTICULAR REQUIREMENT OF THE GRIEVANCE POLICY SHE WOULD HAVE REJECTED PLAINTIFF GRIEVANCES, THE GRIEVANCE WERE ASSIGNED GRIEVANCE TRACKING

90. NUMBERS BECAUSE THE GRIEVANCE MEET ALL THE REQUIREMENTS OF THE GRIEVANCE POLICY, SO FROM NOW ON PLAINTIFF SHOULDN'T EXPECT HER TO RESPOND TO PLAINTIFF MULTI-FILED GRIEVANCE-N-REQUEST TO STAFF CONCERNING PLAINTIFF NOT RECEIV-

COMPLAINT: W.V.D.

91. DURING THREE SEPARATE INTERVIEWS WITH WARDENS, TREVOR WINGARD AND MELISSA HAINSWORTH CONCERNING PLAINTIFF NOT RECEIVING A RESPONSE TO EVERY GRIEVANCE WHERE PLAINTIFF FILED REQUESTING MONETARY RELIEF, PLAINTIFF WAS TOLD IN EACH INSTANCE, THAT PLAINTIFF REQUEST FOR MONETARY RELIEF WAS "DISRESPECTFUL" AND "DISTRUCTIVE", AND THE GRIEVANCE COORDINATOR WAS TOLD NOT TO RESPOND TO ALL OF PLAINTIFF GRIEVANCES THAT REQUESTED MONETARY RELIEF, ACCORDING TO WARDENS: TREVOR WINGARD-N-MELISSA HAINSWORTH, THE GRIEVANCE

92. POLICY, DC-ADM 804 A(1), (15) (5) STIPULATES THIS, SO IT WILL BE TOTALLY A WASTE OF TIME FOR THE PLAINTIFF TO CONTINUE TO DO SO.

93. DUE TO THE CONFLICT WITH THE RESPONSES OF WARDENS: TREVOR WINGARD-N-MELISSA HAINSWORTH, AND GRIEVANCE COORDINATOR; HEIDI SROKA, AND THE DICTATES OF THE DC-ADM 804, INMATE GRIEVANCE SYSTEM, PLAINTIFF FILED ADDITIONAL COPIES OF THE SAME GRIEVANCE FOR THE SAKE OF PLAINTIFF BEING IN COMPLIANCE WITH DC-ADM 804, A(13)(D), THIS WAS PLAINTIFF WAY OF AVOIDING BOTH WARDENS: MELISSA HAINSWORTH-N-TREVOR WINGARD CLAIM THAT PLAINTIFF REQUEST FOR MONETARY RELIEF WAS DISCOURTEOUS, DC-ADM 804; SEE 88-92, 94-98, 103

## V. EXHAUSTION OF LEGAL REMEDIES:

94. PLAINTIFF HAS EXHAUSTED ALL AVAILABLE REMEDIES WHEREBY NUMEROUS TIMELY SUBMITTED GRIEVANCES REQUESTING MONETARY RELIEF WAS NOT RESPONDED TO

95. PLAINTIFF RESUBMITTED SOME GRIEVANCES-N-REQUEST TO STAFF THREE-N-FOUR TIMES, AND STILL NO RESPONSE

96. DEFENDANT, H. SROKA, AND BOTH WARDENS: M. HAINSWORTH-N-T. WINGARD STATED UNAMBIGUOUSLY, NOT RESPONDING TO GRIEVANCES CONCERNING MORE THAN ONE ISSUE, OR FILED MORE THAN ONCE, AND/OR REQUESTING MONETARY RELIEF

97. PLAINTIFF EXHAUST EXHAUSTED ALL AVAILABLE REMEDIES CONCERNING ALL RELEVANT ISSUES TO THIS LEGAL ACTION, AND THUS THROUGH THE COURT IS PLAINTIFF ONLY AVENUE TO ADEQUATE REMEDY.

98. BOTH WARDENS: M. HAINSWORTH-N-T. WINGARD DECLARED PLAINTIFF TIMELY SUBMITTED GRIEVANCES THAT REQUESTED MONETARY RELIEF WERE "DISCOURTEOUS", DISRESPECTFUL"-N-"DESTRUCTIVE", SO THEY TOLD THE GRIEVANCE COORDINATOR NOT TO RESPOND TO ALL OF PLAINTIFF GRIEVANCES REQUESTING MONETARY RELIEF. SEE 90-97, 103

## VI. LEGAL CLAIMS:

COUNT ONE — DELIBERATE INDIFFERENCE, AND CRUEL-N-UNUSUAL PUNISHMENT

99. PLAINTIFF ALLEGES AND INCORPORATES BY REFERENCE PARAGRAPHS 1-98

100. ON OR NEAR 7.16.15 CONTINUED UNTIL HER REASSIGNMENT, DEFENDANT, H. SROKA, GRIEVANCE COORDINATOR, FAILED TO RESPOND TO ALL GRIEVANCES WHERE PLAINTIFF REQUEST MONETARY RELIEF, SOME SUBMITTED THREE-N-FOUR TIMES, PLAINTIFF WAS TOLD BY DEFENDANT, SROKA, THAT SHE TAKES EXCEPTION TO PLAINTIFF FILING MORE THAN ONE COMPLAINT. W.V.D

GRIEVANCE COORDINATOR, WITH THE SAME INTERVIEW, DID NOT RESPOND TO THOSE GRIEVANCES. DURING A INTERVIEW, THIS NON RESPONSE DID NOT END SEE: 21

101. SAME INTERVIEW, DEFENDANT, HEIDI SROKA, SPOKE IN A SCOLDING TONE "SHE DECLARED, THERE WERE ABSOLUTELY NO FAULTS OR SHORT COMING IN THE GRIEVANCES WHICH SHE ASSIGNED GRIEVANCE TRACKING NUMBER; AND IN THE FUTURE SHE WOULD NOT RESPOND TO ALL GRIEVANCES WHICH PLAINTIFF RESUBMITTED, NOR REQUEST TO STAFF INQUIRING ABOUT GRIEVES NOT RESPONDED TO SEE 88-92, 94-98; 2/; 37; 40

102. SAME INTERVIEW, DURING THREE SEPARATE INTERVIEWS WITH EACH WARDEN: TREVOR WINGARD-N-MELISSA HAINSWORTH, PLAINTIFF ASKED WHY EVERY GRIEVANCE PLAINTIFF SUBMITTED REQUESTING MONETARY RELIEF, WARDENS: WINGARD-N-HAINSWORTH, SCOLD, PLAINTIFF, AND ACCUSED PLAINTIFF OF BEING "DISCOURTEOUS", "DISRESPECTFUL", "DISTRUCTIVE", AND THEY TOLD ~~PLAINTIFF~~ THE GRIEVANCE COORDINATOR PERSONALLY NOT TO RESPOND TO ALL PLAINTIFF GRIEVANCES WHERE PLAINTIFF REQUESTED MONETARY RELIEF, THE BASIS FOR NOT RESPONDING TO PLAINTIFF "DISRESPECTFUL", "DISTRUCTIVE", "DISCOURTEOUS"

103. GRIEVANCES WAS IN ACCORDANCE TO DOC POLICY 9AH, GRIEVANCE POLICY, WARDENS, WINGARD-N-HAINSWORTH DECLARED TO PLAINTIFF THAT FILLING GRIEVANCE REQUESTING MONE-TARY RELIEF WOULD BE A WASTE OF TIME. SEE 92, 88-98; 21

104. DURING THE INTERVIEW WITH DEFENDANT, H. SROKA, DEFENDANT, SROKA WAS SHOWN PLAINTIFF FEET WITH TOENAILS ALL DISCOLORED, BLOOD STAINED SOCKS, TOENAILS DISCHARGING PUS-N-BLOOD, FEB COVERED IN FLAKY SKIN DUE TO ATHLETE'S FOOT FUNGUS, DEFORMED ~~FINGERS~~ FINGERS, ELBOWS-N-ANKLES, HAVING TO REPEAT HIS WORDS TWO-THREE TIMES DUE TO PLAINTIFF DIFFICULTY SPEAKING, THEN-N-AFTER DEFENDANT, SROKA WAS DELIBERAT IN DIFFERENT TO PLAINTIFF SERIOUS HEALTH PROBLEM, REFUSED TO RESPOND TO PLAINTIFF NUMEROUS TIMELY SUBMITTED GRIEVANCES-N-DOC-735A'S REQUEST TO STAFF.

105. SAME EVENT, DEFENDANT, H. SROKA REFUSAL TO RESPOND TO PLAINTIFF GRIEVANCES REQUESTING MONETARY RELIEF CONCERNING 1st, 8th, AND 14th AMENDMENT, AND RLUIPA RIGHTS ABUSES

MADE DEFENDANT, SROKA ACUTELY AWARE OF ON GOING ABUSES, DEFENDANT, SROKA'S FAILURE TO CORRECT IT VIOLATE PLAINTIFF RIGHTS--N- CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT,

106. ON OR NEAR 10/16/17, DEFENDANT, W. L. BOWERS, A BLOCK UNIT MANAGER, AB POD HOUSING, WAS DELIBERATE INDIFFERENCE TO PLAINTIFF CONTINUOUS EXPERIENCE OF DREAMS-N-VISIONS OF PAST STAFF-N-MEDICAL PROFESSIONALS SEXUAL-N-PHYSICAL ASSAULTS, FURTHER ADVANCING PLAINTIFF DEMENTIA, OFTEN LOSING TOUCH WITH REALTY 30-60 MINUTES ON A DAILY BASIS SEE: 107; 108-112, 121, 27, 21, 348, 365, 375

107. SAME EVENT, 10/6/17, DEFENDANT, BOWERS HAVING FORE KNOWLEDGE THAT PLAINTIFF WAS MOVED OUT OF THE EXACT LOCATION WHICH CAUSED PLAINTIFF PSYCHOLOGICAL PROBLEMS, PLAINTIFF PERSONALLY, PLAINTIFF COUNSELOR PSYCHOLOGISTS -PSYCHIATRIST -N-AA POD OFFICER REMINDED DEFENDANT, BOWERS SEVERAL TIMES OVER-N- CONTINUED TO DO SO UNTIL PLAINTIFF WAS MOVED FEBRUARY OF 2019, SOME 15-MONTHS LATER SEE 27, 40-43, 21, 348, 365

108. SAME EVENT, 10/6/17 DEFENDANT, BOWERS BEING MADE AWARE SEVERAL TIMES
COMPLAINT: W.V. D

(10)

WEEKLY, CONTINUING UNTIL FEBRUARY 2019, THAT PLAINTIFF ON A DAILY BASIS IS STILL
BEING AFFECTED PSYCHOLOGICALLY ON GOING TO DATE! . . . . DUE TO LOCATION OF THE
CELL PLAINTIFF UNDER WENT PSYCHOLOGICAL EXPERIENCE, WITH NUMEROUS OPPORTUNIT-
IES OR AVAILABLE CELLS TO RELOCATE PLAINTIFF DEFENDANT, BOWERS, VOWED TO
KEEP PLAINTIFF IN THIS LOCATION, A CELL WHICH DEFENDANT, BOWERS DEMAND THAT
PLAINTIFF REMAIN IN THIS LOCATION, PLAINTIFF MENTAL HEALTH IS SECONDARY. . .
DEFENDANT, BOWERS DUBBED THE CELL "FOR BLACKS ONLY!" PRIOR TO FEBRUARY 2019
2019, NO WHITES WERE ASSIGNED TO THIS CELL, DUE TO PLAINTIFF BEING A DARK
SKIN BLACK MALE DEFENDANT, BOWER DISREGARDED PLAINTIFF MENTAL HEALTH.

109. SAME EVENT, 10.6.17, DEFENDANT, BOWERS TO DATE! CONTINUOUSLY MOVE YOUNG-N-
HEALTHY INMATES, ESPECIALLY WHITE INMATES, UPON REQUEST INTO THE LOCATION
ALL PSYCHOLOGISTS ARE REQUESTING TO DATE! THAT PLAINTIFF NEEDS BE MOVED INTO, DE-
FENDANT, BOWERS ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSU-
AL PUNISHMENT PER 8th AMENDMENT SEE 27,40, 106-108, 110-112, 121, 225, 177-180, 175, 21

110. ON OR NEAR 1.9.18, HOUSING, DEFENDANT, W.L. BOWERS, A BLOCK UNIT MANGER DELIB-
ERATE INDIFFERENCE TO NUMEROUS APPEALS OF PSYCHIATRISTS, PSYCHOLOGIST-N-COUNSELOR
TO MOVE PLAINTIFF OUT OF THE CELL PLAINTIFF WAS BEING FORCED TO HOUSE CURRENTLY CAUS-
ING PLAINTIFF TO EXPERIENCE VISIONS-N-DREAMS OF BEING SEXUALLY-N-PHYSICALLY AS-
SAULTED, AND TO LOSE TOUCH WITH REALITY OFTEN FOR AN HOUR SEE 178-180, 21, 365, 40

111. SAME EVENT, 1.9.18, DEFENDANT, BOWERS RESPONDED TO PLAINTIFF PRIVATELY, DE-
CLARED, "PLAINTIFF SHOULD ACCEPT THE REALITY THAT PLAINTIFF WAS NOT WHITE, PL-
AINT WOULD NOT BE GRANTED THE RIGHTS-N-PRIVILEGES WHITE INMATES RECEIVE"

112. SAME EVENT, 1.9.18, DEFENDANT, BOWERS DEMAND THAT THE PLAINTIFF HOUSE IN
THE CELL CURRENTLY CAUSING PLAINTIFF CONTINUOUS PSYCHOLOGICAL PROBLEMS ON A
DAILY BASIS CONTRIBUTING TO PLAINTIFF DEMENTIA GETTING WORST. ACCORDING TO
DEFENDANT, BOWERS, "THE COST OF BEING BLACK IS YOU DO AS WHITES SAY". . . DE-
FENDANT, BOWERS ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UN-
USUAL PUNISHMENT PER EIGHTH AMENDMENT SEE 27,40,37,42, 106-111, 121, 244, 271, 225
219, 177, 174, 21, 175, 178-180, 243, 244, 271, 340, 356, 344, 375, 376, 342, 363

113. ON OR NEAR 1.15.18, SICK CALL, DEFENDANT, J. BIRONE, DOCTOR, DELIBERATE IN-
DIFFERENCE TO PLAINTIFF EXPERIENCING NON STOP PAIN-N-DISCOMFORT, IN DARK
SUNGLASSES AS PUS DISCHARGE FROM RIGHT EYE, SWOLLEN ANKLES, DEFORMED FINGERS-
N-ELBOWS, URETHRA STRICTURE, STRUGGLING TO SPEAK, SKIN DRY-N-CRACKED-N-BLEED-
ING, STRUGGLING TO STAND SEE 22-26, 28-33, 35, 61-65, 39, 40, 61, 68-74, 84, 142, 193, 21, 186, 260,
274, 350-351, 378, 364, 376, 342, 363, 376
114. SAME EVENT, 1.15.18, DEFENDANT, BIRONE, RESPONDED TO PLAINTIFF, SO YOU
LIKE SUING MEDICAL STAFF, YOUR HEALTH IS DEPLORABLE, YOU BLACK MEN COME
TO PRISON AND WANT ALL OF YOUR MEDICAL NEEDS MEET" WHILE WHITES WHO
WORKED HARD ALL OF THEIR LIVES AND CANT AFFORD CARE", DEFENDANT, BIRONE SENT
PLAINTIFF TO ANOTHER ROOM, NEVER TOUCHED PLAINTIFF PHYSICALLY SEE 61, 25, 21

115. SAME EVENT, 1.15.18, DEFENDANT, BIRONE LAUGHED EACH TIME PLAINTIFF RE-
QUESTED MEDICINE FOR PAIN, SAYING "SUE ME", PLAINTIFF WAS TURNED AWAY

COMPLAINT: W.V.D.              (11)

WEAK-N-IN NON STOP PAIN-N-DISCOMFORT, STRUGGLING TO HEAR, GOING BLIND IN RIGHT EYE, DEFENDANT, GIRONE ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-U USUAL PUNISHMENT PER EIGHTH AMENDMENTS SEE; 24-26; 35-37; 39-41; 61, 62, 68+71; 73, 74, 81

116. ON OR NEAR 3.13.18, SICK CALL, E. KAUFFMAN, DOCTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF EXPERIENCING NON STOP PAIN-N-DISCOMFORT TO SUCH A DEGREE PLAINTIFF WAS AIDED INTO DEFENDANT, KAUFFMAN OFFICE BY FELLOW INMATES, DISCHARGE OF PUS-N-BLOOD FROM RIGHT EYE -N- FEET, NEAR ZERO EYESIGHT IN RIGHT EYE, NON STOP PAIN-N-DISCOMFORT OF INTESTINAL TRACT, UNABLE TO RAISE VOICE ABOVE A WHISPER, URETHRAL STRICTURE. SEE; 21-33; 35-37; 39-41; 68; 71; 73; 74-75; 52, 35; 61-65; 68, 69; 123; 342; 363

117. SAME EVENT, 3.13.18, DEFENDANT, KAUFFMAN STATE, " YOU HAVE A REPUTATION OF SUING MEDICAL STAFF, WELL YOU CAN SUE ME TOO, I AM GOING TO SEE TO IT THAT AS LONG AS YOU' RE IN PRISON YOUR MEDICAL NEEDS WILL NEVER BE MET, YOU BLACK MEN ARE ALL A MESS; YOUS ROB-STEAL-SELL DRUGS-TRAVEL IN PACKS LIKE WOLVES; SHOOT-N-KILL YOUR OWN, YOUS ARE A BUNCH OF ANIMALS, YOUS CAME TO PRISON GET FREE MEDICAL CARE AND "WE" WHITES ARE FORCED TO FOOT THE BILL" SEE; 133; 61; 70; 194, 195, 123, 133, 148, 27; 43-51; 56-60; 132

118. SAME EVENT 3.13.18, DEFENDANT, KAUFFMAN, MORE THAN ONCE PLAINTIFF REQUESTED MEDICINE FOR PAIN. DEFENDANT, KAUFFMAN LAUGHED, RESPONDED, " YOU NEED TO FEEL PAIN, JUST LIKE THE MEDICAL PROFESSIONALS YOU SUED" THEN TOLD PLAINTIFF TO LEAVE, HAVING NEVER TOUCHED PLAINTIFF PHYSICALLY, DEFENDANT, KAUFFMAN ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENT SEE; 35; 37-41; 52; 128; 132; 133; 148, 149; 36); 275; 21

119. ON OR NEAR 4.3.18, SICK CALL, DEFENDANT, E. KAUFFMAN, DOCTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF NON STOP PAIN-N-DISCOMFORT, FEET IN BLOOD, NEAR ZERO SIGHT IN RIGHT EYE, UNABLE TO STAND UPRIGHT, UNABLE RAISE VOISE ABOVE A WHISPER; URETHRAL STRICTURE, PLAINTIFF REPEATEDLY REQUESTED MEDICINE FOR PAIN, DEFENDANT KAUFFMAN LAUGHED EACH TIME SEE; 123, 68

120. SAME EVENT, 4.3.18, DEFENDANT, KAUFFMAN SCOLD PLAINTIFF SAYING "HE WAS MAKING AMERICA GREAT AGAIN BY GETTING RID OF FREELOADERS SUCH AS PLAINTIFF," PLAINTIFF WAS NOT DESERVING OF MEDICAL CARE, HE WAS HAPPY TO SEE PLAINTIFF IN SUCH PAIN", WITHOUT TOUCHING PLAINTIFF PHYSICALLY DEFENDANT, KAUFFMAN TOLD PLAINTIFF TO "GET THE FUCK OUT, NEVER COME BACK", N.B. TO DATE! PLAINTIFF HAS SUBMITTED TWO-THREE SICK CALL REQUEST ON A WEEKLY BASIS SINCE 7.2.18, PLAINTIFF HAS NOT BEEN AFFORDED CARE. (TO DATE! SEPTEMBER 2019, THE SAME HAS OCCURRED). PLAINTIFF TO DATE! IS SICK-N-IN NON STOP PAIN" AND DISCOMFORT ON A DAILY BASIS. DEFENDANT, KAUFFMAN ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE; 21-26; 36; 39; 350, 351-354; 66; 55-37; 39-41, 61; 68; 68-74; 82; 27

121. ON OR NEAR 4.9.18, HOUSING, DEFENDANT, W.L. BOWERS, A BLOCK UNIT MANAGER, DELIBERATE INDIFFERENCE TO PSYCHIATRIST FOR THE UMPTEENTH TIME WAS TOLD DEFENDANT, BOWERS, THAT THE CELL PLAINTIFF WAS BEING HOUSED, DUE TO ITS LOCATION WAS CAUSING PLAINTIFF PSYCHOLOGICAL PROBLEMS TO GET WORST, DEFENDANT, BOWERS, DEMANDED

COMPLAINT: W.V.D                    (12)

THAT PLAINTIFF FIND A FELLOW INMATE WILLING, NO FELLOW INMATE SHOWING THEIR WILLNESS TO MOVE INTO THE CELL THE PSYCHEATRISTS DIAGNOSED IS CAUSING PLAINTIFF PSYCHOLOGICAL GET WORST, THE FELLOW INMATE HAD TO BE A BLACK INMATE, NO WHITE INMATE IS EVER GIVEN SUCH PREREQUISITES, DEFENDANT, BOWERS ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTES CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE 108

122. ON OR NEAR 7.2.18, SICK CALL, DEFENDANT, L, DARLING, CNP, RESPONDED WITH DELIBERATE INDIFFERENCE TO PLAINTIFF INABILITY TO SIT UPRIGHT DUE TO NON STOP PAIN-N-DISCOMFORT THROUGHOUT INTESTINAL TRACT-N-STRUGGLE TO SPEAK, DEFENDANT, DARLING DENIED PLAINTIFF THREE REQUEST FOR PAIN MEDICINE, AND TOLD PLAINTIFF HE HAD OBAMA CARE, AND NEVER TOUCHING PLAINTIFF PHYSICALLY FOR CURSORY EXAM, DEFENDANT, DARLING WENT NEXT DOOR TO CONFER WITH ANOTHER MEDICAL PROFESSIONAL, RETURNED, TOLD PLAINTIFF IN A REAL DISMISSIVE TONE, 'LEAVE RIGHT AWAY', DEFENDANT, DARLING ACTIONS VIOLATED PLAINTIFF RIGHTS, AND CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE 53, 54, 61, 39, 40, 200, 264, 278, 22-26, 21, 70, 123, 133, 128, 132, 148, 149, 201,

123. ON OR NEAR 11.6.18, SICK CALL, DEFENDANT, E, KAUFFMAN, PAC, DELIBERATE INDIFFERENCE TO PLAINTIFF LACK OF EYESIGHT IN RIGHT EYE CURRENTLY DISCHARGING PUS-N-BLOOD, FEET WITH DISCOLORED TOENAILS OOZING PUS-N-BLOOD, AND NON STOP PAIN-N-DISCOMFORT THROUGHOUT INTESTINAL TRACT, PLAINTIFF, BARELY AUDIBLE, REPEATING HIMSELF TWO-THREE TIMES PLAINTIFF BEGGED FOR MEDICINE FOR PAIN, DEFENDANT, KAUFFMAN, RESPONDED, "YOU'RE IN PAIN, IT COULDN'T HAPPEN TO A BETTER PERSON," "BLACK MEN". SENT PLAINTIFF AWAY IN NON STOP PAIN-N-DISCOMFORT, DEFENDANT, KAUFFMAN ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE 22-26, 37, 40, 61, 62, 68, 70, 194, 195, 122, 133, 136

124. ON OR NEAR 11.7.18, CONFIDENTIAL INTERVIEW, DEFENDANT, E, TICE, WARDEN, DELIBERATE INDIFFERENCE TO FEET IN BLOOD, DISCOLORE TOENAILS, STRUGGLE TO SPEAK, HAVING SUBMITTED SICK REQUEST, EXPERIENCING NON STOP PAIN-N-DISCOMFORT IN INTESTIAL TRACT, THIS WAS ONE OF THREE OR FOUR INTERVIEWS SHARED WITH DEFENDANT, TICE, AND EACH TIME DEFENDANT, TICE RESPONDED IN A TONE OF REBUKE IN RACIST OVERTONE SEE 137, 138, 21, 22-31, 40, 52, 56-60, 82, 126, 125-127, 137, 138, 214-224, 236, 237, 240, 243, 244, 233, 248, 249, 268, 287-293, 340, 369, 376, 341, 343, 343, 376

125. SAME EVENT, DEFENDANT, TICE, AT THE SIGHT OF PLAINTIFF FEET, SAID, "WOW, YOU HAVE A SERIOUS PROBLEM, YOU NEED THE DOCTOR TO CARE FOR THAT OR YOU'LL GET GANGRENE, AND YOU WON'T HAVE FEET AT ALL, WHEN PLAINTIFF EXPLAINED, IN DETAIL CONCERNING HAVING SUBMITTED TWO-THREE SICK CALL REQUEST WEEKLY, RARELY RECOGNIZED, AND EVEN THEN THE MEDICAL PROFESSIONALS DO NOT PROVIDE CARE, N.B, MANY OTHER ISSUES WERE DISCUSSED, DEFENDANT, TICE, APPEARED SHOCKED AT THE SIGHT OF THE DISCHARGE OF PUS IN THE CORNER OF PLAINTIFF RIGHT EYE, STATED, IF YOU DON'T GET THAT LOOKED IMMEDIATELY. YOU'LL BE BLIND IN ONE, AND MISSING BOTH FEET

126. SAME EVENT, DEFENDANT, TICE, WHEN PLAINTIFF REQUESTED THAT HE INTERVENE AND PROCURE MEDICAL CARE (AS WELL AS RELIGIOUS PRACTICE, APPROPRIATE HOUSING, EQUAL PROTECTION OF EMPLOYMENT OPPORTUNITIES), DEFENDANT, TICE ANGERLY STATED, YOU'RE SO QICK TO SUE EVERYBODY, ITS YOUR OWN DAMN FAULT THAT YOU

COMPLAINT: W V. D                    (13)

CAN'T GET PROPER..... I DON'T CARE IF YOU DIED AT THIS INSTANCE, I WOULDN'T LIFT A FINGER TO HELP YOU. SEE: 31

127. SAME EVENT, ON OR NEAR 11,7,18; 12,19,18, JANUARY 2019, AND MORE THAN TWO ADDITIONAL OCCASIONS, DEFENDANT, TICE PERSONALLY OBSERVED PLAINTIFF WAS BEING DENIED CARE, FAILED TO CORRECT THESE 1st, 8th, 14th AMENDMENT, RLUIPA RIGHTS ABUSES, AND ITS CONTINUING; DEFENDANT, TICE IS ALSO VIOLATING PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT

128. ON OR NEAR 11,20,18; SICK CALL; DEFENDANT, E, KAUFFMAN, PACS, DELIBERATE INDIFFERENCE TO PLAINTIFF EXPERIENCING NON STOP PAIN-N-DISCOMFORT, HAVING TO PAUSE EVERY FEW MINUTES, THE SMELL OF PLAINTIFF FEET CAUSED DEFENDANT, KAUFFMAN TO SAY, WHAT IS THAT SMELL; PLAINTIFF COMPLAINED HE COULD NOT SEE AT ALL OUT OF HIS RIGHT EYE, DEFENDANT, KAUFFMAN, LAUGHED AS IF HE'd HEARD THE GREATEST JOKE EVER, WITHOUT TOUCHING PLAINTIFF PHYSICALLY, DEFENDANT, KAUFFMAN, DECLARED, ALL YOU BLACK MEN EVER DO IS COMPLAIN, SENT PLAINTIFF AWAY IN NON STOP PAIN-N-DISCOMFORT. SEE:21; 52,116-120; 123,129-133; 148,141,144,145; 350-352,354; 340;24-26,31,35,36,39-41; 61,68,70,71,323,348,361; 275;336-342;363;376

129. SAME EVENT, 11,20,18, DEFENDANT, KAUFFMAN, ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT

130. ON OR NEAR 11,27,18, SICK CALL, DEFENDANT, K, DELISMAN, MEDICAL DIRECTOR DELIBERATE INDIFFERENCE TO PLAINTIFF PLEAS FOR MEDICINE FOR THE NON STOP PAIN-N-DISCOMFORT IN THE INTESTINAL TRACT TO THE DEGREE THE SLIGHTEST MOVE EXCERBATED THE PAIN, DEFENDANT, DELISMA RESPONSE, TO PLAINTIFF, YOUR REPUTATION FOR FILING GRIEVANCES-N-LAWSUIT AGAINST INDIVIDUALS UNDER HIS SUPERVISION, AND WHEN PLAINTIFF CHANGE HIS WAY, THEN PLAINTIFF WOULD RECEIVE PROPER CARE

131. ON OR NEAR 11,27,18; SAME EVENT, DEFENDANT, DELISMA, SAID TO PLAINTIFF SEE YOU, AS HE POINTED TO THE DOOR, LEAVING WITHOUT ANY TYPE OF PHYSICAL EXAM; STILL IN NON STOP PAIN-N-DISCOMFORT, DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF RIGHTS AND CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE: 21,25;26;167;135; 157;146;37

132. ON OR NEAR 12,4,18, SICK CALL, DEFENDANT, E, KAUFFMAN, PACS, ANGRY THAT PLAINTIFF CITED DEFENDANT, KAUFFMAN AS A DEFENDANT IN WASHINGTON V, BARNHART, 3:17-CV-0076; DEFENDANT, KAUFFMAN DELIBERATE INDIFFERENCE TO PLAINTIFF HAVING OPEN SORES ON BOTH FEET FORCING PLAINTIFF TO WALK WITH PAIN; PAINFUL URETHRA STRICTURE, LITTLE SIGHT IN RIGHT EYE, AND NON STOP PAIN-N-DISCOMFORT SEE 56-60

133. ON OR NEAR 12,4,18, SAME EVENT, DEFENDANT, KAUFFMAN IN RACIST RANT, YOU BLACK MEN HAVE NO CONSCIENCE, WANTING HARD WORKING TAX PAYING WHITE PEOPLE TO PAY FOR YOUR MEDICAL NEEDS, WHILE WHITES WHO PAY FOR YOUR MEDICAL CARE ARE FORCED TO FOREGO THEIR OWN MEDICAL NEEDS, THEN, WITHOUT HAVING TOUCHED PLAINTIFF PHYSICALLY TO PROVIDE A CURSORY EXAM, DEFENDANT, KAUFFMAN, SHOUTED YOU ARE NOTHING MORE THAN A PARASITE, GET OUT, YOU BLACK MEN ARE ALL PARASITES, DEFENDANT, KAUFFMAN ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE: 61,62,52,31,116-120;123;128;132; 21-26;29-33;35,61-65,70;37;40 RECEIVED 261;275

COMPLAINT: W V. D          (14)

3:19-CV-196

NOV 1 3 2019

CLERK, U.S. DISTRICT COURT
....OF PE....

134. ON OR NEAR 12,13,18, SICK CALL DEFENDANT, DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF IN DARK SUN GLASSES RIGHT EYE DISCHARGING PUS, INABILITY TO SPEAK ALOUD, NON STOP PAIN-N-DISCOMFORT THROUGHOUT INTESTINAL TRACT, DEFENDANT, DELISMA, TOLD PLAINTIFF YOU MUST LEARN TO LIVE WITH PAIN-N-SUFFERING, OTHERWISE PLAINTIFF MAKE Blacks LOOK WEAK-N-HELPLESS, WALK TO THE DOOR WHERE A SPANISH SPEAKING INMATE WAS WAITING TO SEE ANOTHER MEDICAL PROFESSIONAL SEE 130;131;135;150; 156-157;87;25;36;29,39;66; 32-37;174-176; 259;270; 21-29;42-68;40

135. ON OR NEAR 12,13,18, SAME EVENT, DEFENDANT, DELISMA TOLD THE OTHER MEDICAL PROFESSIONAL THAT HE WAS GOING TO TREAT THE SPANISH SPEAKING INMATE SO THE OTHER MEDICAL PROFESSIONAL SHOULD CALL THE NEXT INMATE. DEFENDANT, DELISMA INGAGE IN COMMUNICATION IN SPANISH WITH THE SPANISH SPEAKING INMATE, TOLD PLAINTIFF TO RETURN TO THE BLOCK, THE SPANISH SPEAKING WAS YOUNG-N-JOVIAL

136. ON OR NEAR 12,13,18, SAME EVENT, DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT

137. ON OR NEAR 12,19,18, CONFIDENTIAL INTERVIEW, DEFENDANT, TICE, E; WARDEN DELIBERATE INDIFFERENCE TO PLAINTIFF FOOT FUNGUS CAUSING PLAINTIFF FEET TO BE COVERED IN OPEN SORES WHEREIN PLAINTIFF SOCKS WERE BLOODY. HAVING SEEN THIS DEFENDANT, E, TICE SAID I DON'T WANT TO SEE THE OTHER FOOT. ACCORDING TO DEFENDANT, TICE, HE WAS FULLY AWARE OF PLAINTIFF NEED OF MEDICAL CARE, PLAINTIFF WAS BEING PUNISHED FOR HAVING SUED MEDICAL STAFF -N- DOC STAFF SEE 31;27-33;38;40;

138. ON OR NEAR 12,19,18, SAME EVENT, DEFENDANT, E, TICE, DENIED PLAINTIFF REQUEST FOR MEDICAL CARE (ALSO RELIGIOUS PRACTICE RLUIPA RIGHT, EQUAL PROTECTION OF EMPLOYMENT), DECLARED, WHY, FUCK NO! AS LONG AS I AM WARDEN YOU GET NOTHING, EVEN IF IT MEANT YOUR SURVIVAL. I AM GOING TO PENALIZE YOU FOR YOUR CONTINUOUS COMMUNICATIONS WITH AUTHORITIES; FILING GRIEVANCES-N-LAW SUIT. BECAUSE DEFENDANT, E, TICE OBSERVED THE FACT THAT PLAINTIFF WAS NOT BEING PROVIDED MEDICAL CARE, DID NOT CORRECT THESE 1st, 8th, 14th AMENDMENT, RLUIPA RIGHTS ABUSES, DEFENDANT, TICE IS ALSO VIOLATING PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE 208;209; 42-60;220-224;232;236;248; 249;367; 31;21

139. ON OR NEAR 12,20,18, SICK CALL, FETTERMAN, CRNP, DELIBERATE INDIFFERENCE TO PLAINTIFF HAVING EXPERIENCE A NIGHT OF DIARRHEA, NON STOP PAIN-N-DISCOMFORT THROUGHOUT INTESTINAL TRACT, BOTH FEET COVERED IN OPEN SORES SOCKS IN BLOOD, AND OTHER CHRONIC HEALTH PROBLEMS, DEFENDANT, FETTERMAN LEAVES PLAINTIFF AND GOES TO THE NEXT ROOM AND CONFERS WITH DEFENDANT, R. PLAYSO (BASED WHAT PLAINTIFF HEARD)

140. ON OR NEAR 12,20,18, SAME EVENT, DEFENDANTS, R. PLAYSO, PAC, AND FETTMAN, WHERE DEFENDANT, PLAYSO TOLD DEFENDANT, FETTERMAN, NO, DON'T GIVE A DAMN THING, JUST TELL PLAINTIFF TO LEAVE; DEFENDANT, FETTERMAN RETURNED, WITHOUT PROVIDING A CURSORY EXAM, TOLD PLAINTIFF TO LEAVE. DEFENDANTS, FETTERMAN-N-PLAYSO ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT BY ACTING IN CONCERT; SEE 153,54; 139-144;153;158; 352; 354;367;21

141. ON OR NEAR 12,24,18, SICK CALL, DEFENDANTS, FETTERMAN, B.P. HYDE-N- R. PLAYSO, COMPLAINT: W.V.D

(15)

CRNP-HEALTH CARE ADMINISTRATOR-N-DOCTOR, PLAINTIFF NON
STOP PAIN-N-DISCOMFORT CAUSED INTESTINAL GRIPE, TO SUCH A DEGREE PLAINTIFF WAS UNABLE
TO STAND UPRIGHT; LITTLE OR NO EYESIGHT IN RIGHT EYE; AND INABILITY TO SPEAK ALOUD.

142. ON OR NEAR 12.24.18, SAME EVENT, DEFENDANT, FETTERMAN, RESPONDED TO PLAINTIFF
BY LEAVING PLAINTIFF GOING TO B. P. HYDE OFFICE, AND THE TWO CAME OUT TOGETHER-N-BOTH
ENTERED DEFENDANT, R. PLAYSO OFFICE LOCATED NEXT DOOR TO DEFENDANT, FETTERMAN
OFFICE WHERE PLAINTIFF SAT NEAR THE DOOR WHEREIN PLAINTIFF HEARD DEFENDANTS
PLAYSO-N-HYDE SAY TO DEFENDANT, FETTERMAN, THIS GUY IS SUING THE BOTH OF US, SO DONT
GIVE HIM SHIT; DEFENDANT FETTERMAN SAID, "THIS GUY IS BAD OFF" SEE: 21; 354; 367

143. ON OR NEAR 12.24.18, SAME EVENT, DEFENDANTS PLAYSO-N-HYDE, SAID IN ANGER,
WHO GIVES A SHIT, "FUCK HIM", DEFENDANT, FETTERMAN, RETURNED AND TOLD
PLAINTIFF TO GET OUT OF HIS OFFICE, PLAINTIFF SAID PLEASE, AT LEASE GIVE PLAIN-
TIFF SOME PAIN MEDICINE, DEFENDANT, FETTERMAN, SNAPPED! FUCK NO! NOW
SUE ME TOO, JUST GO, WITHOUT DOING A CURSORY EXAM, PLAINTIFF WAS DENIED
MEDICAL CARE, DEFENDANTS, FETTERMAN, PLAYSO-N-B. P. HYDE ACTIONS IN CON-
CERT VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT, PER
EIGHT AMENDMENT. SEE 21;53;54;139-142;144;153;158;265;352;354; 367

144. ON OR NEAR _____ SICK CALL, DEFFETTERMAN, CRNP, DELIBERATE INDIFFERENT TO PL-
AINTIFF STRUGGLE TO STAND DUE TO A LACK OF STRENGTH AFTER A NIGHT OF DIARRHEA, AND
NON STOP PAIN-N-DISCOMFORT IN THE INTESTINAL TRACT, AND OTHER CHRONIC HEALTH
PROBLEMS. DEFENDANT FETTERMAN, RESPONDED, I DON'T GIVE A DAMN, ANYBODY
CAN SEE YOU'RE IN PAIN, YOU DESERVE TO BE IN PAIN, YOU MAY AS WELL SUE ME TOO,
GET OUT OF MY OFFICE, NOT EVEN MEDICINE FOR PAIN, NO CURSORY EXAM, DEFEND-
ANT, FETTERMAN ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UN-
USUAL PUNISHMENT PER EIGHTH AMENDMENT SEE: 21; 35;51;54; 139-43; 35; 61-65, 69,56-60
265;

145. ON OR NEAR 1.18.19, SICK CALL, DEFENDANT, R. HUTCHINSON, DOCTOR; DELIBERATE
INDIFFERENCE TO PLAINTIFF ANKLES SWOLLEN NEAR TWICE THEIR NORMAL SIZE;
AND BLOODY SOCKS DUE TO OPEN SORES ON PLAINTIFF FEET CAUSED BY A FOOT FUN-
GUS. DEFENDANT, HUTCHINSON RESPONDED, YOU ARE SUING ME, I WOULD BE
A FOOL TO HELP YOU; I AM CALLING THE SHOTS NOW; YOU CAN GET OUT OF MY
OFFICE MR. WASHINGTON, NEXT TIME YOU'LL HESITATE IN WHO YOU'RE SUING

146. ON OR NEAR 1.18.19, SAME EVENT, DEFENDANT, HUTCHINSON NEVER TOUCHED
PLAINTIFF PHYSICALLY TO PERFORM A CURSORY EXAM, SENT PLAINTIFF AWAY IN PAIN
WITHOUT MEDICINE FOR PAIN, DEFENDANT, HUTCHINSON ACTION VIOLATED PLAINT-
IFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT

147. ON OR NEAR 1.17.19, INCOMING MAIL, DEFENDANT, B. P. HYDE (OR JOHN DOE)
HEALTH CARE ADMINISTRATOR, DELIBERATE INDIFFERENCE, DISCARDED PLAINT-
IFF TIMELY SUBMITTED SICK CALL REQUEST BY RETURNING THE SICK CALL REQUEST TO
PLAINTIFF IN THE INCOMING MAIL, DEFENDANT, HYDE PER POLICY SHOULD SCHED-
ULE A INMATE TO BE SEEN THE NEXT DAY AFTER RECEIVING A SICK CALL REQUEST,
THIS CAUSED PLAINTIFF UNDERGO UNNECESSARY PAIN-N-SUFFERING

COMPLAINT: W V. D        16

DEFENDANT, 147 BE ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UN-USUAL PUNISHMENT PER EIGHTH AMENDMENT SEE: 36,39,66;29-33,42-60;67,70-72;159-162; 280;217;269;350;353,354,364;367;21,27,40,

178. ON OR NEAR 2,4,19 SICK CALL, DEFENDANT, E. KAUFFMAN, PAC, DELIBERATE INDIFFERENCE TO PLAINTIFF NON STOP PAIN-N-DISCOMFORT IN INTESTINAL TRACT TO SUCH A DEGREE SLEEP IS DISRUPTIVE; FINGERS, ELBOWS-N-ANKLES DE-FORM, URETHRA STRICTURE, AND IRREVERSIBLE FOOT FUNGUS, DEFENDANT, KAU-FFMAN RESPONSE WAS, "HE DON'T HAVE THE TIME TO HEAR BLACK MEN WHINE" THEN SUE HIM FOR NOT PROVIDING PLAINTIFF MEDICAL CARE. SEE: 275;21;117;128;133;24; 27;40;

149. ON OR NEAR 2,4,19, SAME EVENT, DEFENDANT, KAUFFMAN, NEVER TOUCHED PLAINTIFF PHYSICALLY FOR A CURSORY EXAM, NO MEDICINE FOR PAIN; TOLD PLAINTIFF TO LEAVE, DEFENDANT, KAUFFMAN ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE: 352

150. ON OR NEAR 2,8,19, SICK CALL, DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF EXPERIENCING NON STOP PAIN-N-DIS-COMFORT IN INTESTINAL TRACT TO WHERE PLAINTIFF IS AWAKEN FROM HIS SLEEP; STRUGGLING TO SPEAK; AND OTHER CHRONIC HEALTH PROBLEMS, DEFEND-ANT, DELISMA, RESPONSE, "PLAINTIFF WAS CAUSING WE BLACK FOLKS TO LOOK WEAK IN THE EYES OF WHITE PEOPLE BY PLAINTIFF CONTINUOUS REQUEST FOR MEDICAL CARE WHEN BLACKS HAVE OBAMA CARE". NO CURSORY EXAM, NO MEDICINE FOR PAIN, DEFENDANT, DE-LISMA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUN-ISHMENT PER EIGHT AMENDMENT SEE: 21;35;52;62;86;87;352;354;367;130;134;135;155-157; 170-172;259;270;27;40

151. ON OR NEAR 2,19,19, EYE EXAM, DEFENDANT, R. ERWIN, OPTOMETRIST, DELIBERATE IN-DIFFERENCE TO PLAINTIFF LOST OF EYESIGHT IN RIGHT EYE WHILE EXHIBITING SWELL-ING, AND PAIN WITH EACH MOVEMENT OF THE EYE, DEFENDANT, ERWIN ANGRY THAT PLAINT-IFF FOR HAVING SUED HIM, TOLD PLAINTIFF, YOU CAN GO BLIND IN BOTH EYES FOR WHAT I CARE, REFUSED TO REFER PLAINTIFF TO THE OPHTHALMOLOGIST FOR LASER SURGERY SEE: 21;35;68-72; 190;197;262;276

152. ON OR NEAR 2,19,19 SAME EVENT, DEFENDANT, ERWIN REFUSAL TO REFER PLAINTIFF TO A OPHTHALMOLOGIST FOR LASER SURGERY FORCED PLAINTIFF TO ENDURE UNNECESSARY PAIN-N-SUFFERING; AND ALLOWED PLAINTIFF LACK OF EYESIGHT TO GET WORST; DEFENDANT, ERWIN ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE: 21;45;350;352;24-26;27;42-51;54;56-60;39;40;340-342;367;40;363; 364

153. ON OR NEAR 3,22,19, SICK CALL, DEFENDANT, TESTA, PACS, DELIBERATE INDIFFER-ENCE TO PLAINTIFF NON STOP PAIN-N-DISCOMFORT IN INTESTINAL TRACT ACCOMPANIED BY DIARRHEA; AND SLEEP DISRUPTION. DEFENDANT, TESTA RESPONDED BY LEAVING PLAIN-TIFF TO GO TO THE OFFICE OF DEFENDANT, R. PLAYSO; PACS, NEXT DOOR; PLAINTIFF HEAR THEM TALKING; DEFENDANT, PLAYSO STATED, "HE IS SUING ME AND OTHERS IN THIS DEPARTMENT NEVER GIVE HIM ANYTHING, SEND HIM AWAY IMMEDIATELY", DEFENDANT, TESTA, SAID HE REALLY LOOKS TO BE BAD OFF, DEFENDANT, PLAYSO, SAYS, THAT DOESNT MATTER, SEND HIM AWAY

154. ON OR NEAR 3,22,19, SAME EVENT, DEFENDANT, TESTA RETURNED, AND WITHOUT A CUR-SORY EXAM OR MEDICINE FOR PAIN, TOLD PLAINTIFF TO LEAVE AT ONCE, DEFENDANTS, PLAYSO-N-TESTA ACTED IN CONCERT VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL

COMPLAINT: W.V.D

(17)

AND UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE; 153, 21, 205, 206, 35, 39, 40, 61-65, 166, 267

155. ON OR NEAR 4.2.19, SICK CALL, DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF CHRONIC HEALTH PROBLEM, CAUSING A NEAR ZERO EYESIGHT IN RIGHT EYE, SLOW HEART RATE, DEFORMED FINGERS, ELBOWS-N-ANKLES, ALL TOE-NAILS DISCOLORED-N-FEET OFTEN COVERED IN OPEN SORES; DEMENTIA; NON STOP PAIN-N-DISCOMFORT IN INTESTINAL TRACT TO SUCH A DEGREE PLAINTIFF IS AWKEN FROM SLEEP, PLAINTIFF BEGGED FOR MEDICINE TO RELIEVE THE PAIN; SEE; 25, 82, 84-87, 376, 130, 21,

156. ON OR NEAR 4.2.19, SAME EVENT, DEFENDANT, DELISMA, ANGRY WITH PLAINTIFF FOR FILING GRIEVANCE AGAINST DEFENDANT, DELISMA, AND FILING LAW SUITS AGAINST MEMBERS OF THE MEDICAL STAFF, WHICH IS NOW UNDER DEFENDANT, DELISMA SUPERVISION; AND PLAINTIFF CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, DELISMA DECLARED, I PERSONALLY WARNED YOU, WHEN YOU DISCONTINUE FILING LAW SUITS-N-GRIEVANCES, AND COMMUNICATIONS WITH AUTHORITIES, THAT'S WHEN YOU GET PROPER MEDICAL CARE; PLAINTIFF DIDN'T LISTEN; PLAINTIFF IS NOW FILING GRIEVANCES AGAINST DEFENDANT, DELISMA SEE; 163-165, 134, 133, 135, 150, 130; 340, 363-364, 21

157. ON OR NEAR 4.2.19, SAME EVENT, DEFENDANT, DELISMA, DECLARED, YOU BROUGHT THIS ON YOURSELF, SO GO FIND YOUR MEDICAL CARE ELSE-WHERE, NO MEDICINE FOR PAIN, NOT EVEN A CURSORY EXAM; DEFENDANT, DELISMA TOLD PLAINTIFF TO LEAVE HIS OFFICE, DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHT AMENDMENT SEE; 27, 40, 61, 270, 269, 350, 364, 21

158. ON OR NEAR 4.12.19, SICK CALL, DEFENDANT, TESTA, PACS, DELIBERATE INDIFFERENCE TO PLAINTIFF WEARING DARK SUNGLASSES, RIGHT EYE SWOLLEN SHUT-N-THROBBING IN PAIN, DEFENDANT, TESTA, LEFT PLAINTIFF AND CONFERRED WITH HER CO-MEDICAL PROFESSIONAL NEXT DOOR, WHERE PLAINTIFF HER SAY TO THAT PERSON WASHINGTON EYE IS SWOLLEN SHUT THE CO-WORKER TOLD HER SO WHAT SEND HIM AWAY, DEFENDANT, TESTA RETURNED AND DIDN'T EXAM PLAINTIFF EYE, BUT DEFENDANT, TESTA BEGIN TO SCOLD PLAINTIFF IN RACIST OVERTONES; GAVE PLAINTIFF THE MIDDLE FINGER; SHOUTED, CAN YOU SEE THIS NOW GET OUT, DEFENDANT, TESTA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT AMENDMENT; SEE; 21, 26, 166, 364, 40, 27, 338-342, 363, 368

159. ON OR NEAR 5.6.19-5.8.19; MEDICAL EMERGENCY; DEFENDANT, B.P. HYDE, HEALTH CARE ADMINISTRATOR, DELIBERATE INDIFFERENCE; DEFENDANT, HYDE IS RESPONSIBLE FOR PROVIDING INMATES ACCESS TO MEDICAL CARE, WHICH INCLUDES SICK CALL-N-EMERGENCY MEDICAL CARE, PLAINTIFF AWAKEN UNABLE TO HEAR IN THE LEFT EAR, REPEATLY THE POD OFFICER OF AB CONTACTED THE HOSPITAL, i.e. SCI-SOMERSET MEDICAL STAFF. THE AB OFFICER ON THE SECOND-N-THIRD DID THE SAME, NO RESPONSE TO EACH CALL; SEE; 36, 352, 39, 86, 350

160. ON OR NEAR 5.6.19-5.18.19, SAME EVENT, PLAINTIFF SUBMITTED SICK CALL REQUEST PRIOR TO 5.6.19, AND ALSO ON 5.6.19, 5.7.19, 5.8.19; THE POD OFFICERS ON THE FIRST, SECOND, AND THIRD SHIFTS CALLED REPEATED ON PLAINTIFF BEHALF, NO REPONSE TO EACH CALL. THE REASON THE POD OFFICERS CONTINUED TO CALL IS PLAINTIFF NAME WAS NOT PLACE ON THE CALL OUT FOR SICK CALL, THEREFORE, PLAINTIFF FOUR SICK CALL REQUEST WERE PROBABLY ALL DISCARDED. DURING THIS PERIOD PLAINTIFF EXPERIENCE PAIN-N-SWELLING

COMPLAINT: W V. D                    (18)

CLOSING THE EARHOLE, BEHIND THE EAR EXTENDING DOWN THE DOWN THE NECK.

161. ON OR NEAR 5.6.19 - 5.8.19, SAME EVENT, FOR THE NEXT FOUR STRAIGHT WEEKS PLAINTIFF EXPERIENCED A LOSS OF HEARING IN THE LEFT EAR, PLAINTIFF LEFT EARHOLE REMAINED SWOLLEN SHUT FOR MORE THAN TWO WEEK, THE SWELLING BEHIND PLAINTIFF LEFT EAR -N- DOWN INTO THE NECK AREA COULD BE DETECTED FOR NEARLY A MONTH, HAD THE MEDICAL DEPARTMENT, i.e. STAFF RESPONDED TO MANY CALLS BY AB POD OFFICERS AND/OR RESPONDED TO PLAINTIFF FOUR TIMELY SUBMITTED SICK CALL REQUEST, AS WELL AS THE TWO-THREE SICK CALL REQUEST PLAINTIFF WOULD NOT UNDERGONE SUCH UNNECESSARY PAIN-N-SUFFERING SEE: 21; 36; 39; 66; 350; 352; 142; 143; 147; 159-160; 182; 283; 52; 376;

162. ON OR NEAR 5.6.19 - 5.8.19, SAME EVENT, DEFENDANT, B.P. HYDE ~~████~~ NON RESPONSE TO NUMERS CALL FOR EMERGENCY, AND NON RESPONSE TO PLAINTIFF MANY TIMELY SUBMITTED SICK CALL REQUEST IS A DENIAL OF ACCESS TO MEDICAL CARE VIOLATED PLAINTIFF RIGHTS-N- CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHT AMENDMENT §376;159-161;210-211;29.3;3;30;70-72;52;

163. ON OR NEAR 5.30.19, SICK CALL, DEFENDANT, K. DELISMA, MEDICAL DIRECTOR; DELIBERATE INDIFFERENCE. TO PLAINTIFF FEET COVERED IN BLOOD DUE TO FOOT FUNGUS; STILL EXPERIENCING A LOSS OF HEARING IN LEFT EAR; AND NON STOP PAIN-N-DISCOMFORT IN INTESTINAL TRACT. DEFENDANT, DELISMA, RESPONDED BY WALKING OUT OF THE OFFICE, THEN BEGIN A CONVERSATION WITH SOMEONE, THEN RETURNED, DECLARED TO PLAINTIFF, "I AM VERY HAPPY YOU'RE IN PAIN", "PAIN IS GOOD FOR YOU" SEE: 134; 150; 376

164. ON OR NEAR 5.30.19, SAME EVENT, DEFENDANT DELISMA ~~████~~ DIDN'T BOTHER TO CONDUCT A CURSORY EXAM; LAUGHING UNCONTROLLABLY, DEFENDANT, DELISMA POINTING TO THE DOOR AS HE LAUGHED, OUT, GET THE FUCK OUT; AND AS PLAINTIFF LUMBERED AWAY DEFENDANT, DELISMA STATED, "FILE A GRIEVANCE ON THAT". DEFENDANT, DELISMA ACTS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE: 21-33; 35; 40; 42-65; 67-71; 87; 52; 54; 304; 31; 134-136; 150; 155-157; 163-172; 174-176; 213; 244; 259; 270; 358; 352-354; 363; -364; 367; 376;

165. ON OR NEAR 6.17.19, SICK CALL, DEFENDANTS, K. DELISMA-MEDICAL DIRECTOR, AND TESTA, PACS; DELIBERATE INDIFFERENCE TO PLAINTIFF SERIOUS MEDICAL NEEDS, i.e. DUE TO NON STOP PAIN-N-DISCOMFORT IN INTESTINAL TRACT PLAINTIFF OBTAIN LESS THAN SIX HOURS SLEEP IN THE LAST 4 DAYS, WHILE WAITING IN THE LOBBY DEFENDANT, DELISMA PASSING THROUGH DEFENDANT, DELISMA CAME OVER TO PLAINTIFF, DECLARED, "WASHINGTON, MAN, ARE YOU GOING TO MAKE IT INSIDE, YOU LOOK JUST LIKE YOU'RE AT DEATH'S DOOR". SEE: 175; 176; 177; 270; 166

166. ON OR NEAR 6.17.19, SAME EVENT, DEFENDANT, TESTA, WHEN PLAINTIFF WAS CALLED INSIDE, BEFORE PLAINTIFF COULD TAKE A SEAT, DEFENDANT TESTA RUSHED OUT OF DEFENDANT, DELISMA OFFICE, SAID TO PLAINTIFF, AS SHE HELD THE MIDDLE FINGER OF BOTH HAND EXTENDED, ~~████~~ THESE ARE FOR YOU, DON'T SIT DOWN, DEFENDANT, DELISMA, HAD SPOKE TO PLAINTIFF IN THE LOBBY, NOT EVEN A CURSORY EXAM, DEFENDANTS, DELISMA-N-TESTA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMD.

COMPLAINT: W.V.D

⑲

167. ON OR NEAR 8.1.19, SICK CALL, DEFENDANT, K. DELISMA, DELIBERATE INDIFFERENCE TO PLAINTIFF NON STOP PAIN-N-DISCOMFORT IN THE ENTESTINAL TRACT CAUSING PLAINTIFF TO BE AWAKEN FROM SLEEP, OPEN SORES ON BOTH FEET, PERIODIC LOSS HEARING IN LEFT EAR, URETHRA STRICTURE WHEREIN PLAINTIFF IS FORCED TO KEEP HIS PENIS WRAPPED IN TOILET PAPER; PLAINTIFF BEGGED DEFENDANT, DELISMA FOR MEDICINE FOR PAIN, DEFENDANT, DELISMA, USED THE MIDDLE RAISED ON BOTH HAND, HELD UP WITHIN INCHES OF PLAINTIFF FACE, AS DEFENDANT, DELISMA USED A TWISTING MOTION WITH BOTH HANDS-N-FINGERS, THEN TOLD PLAINTIFF TO GET THE FUCK OUT.

168. ON OR NEAR 8.1.19, SAME EVENT, DEFENDANT, DELISMA VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT

169. ON OR NEAR 9.5.19, IN TRAVEL, DEFENDANT, DELISMA, MEDICAL DIRECTOR; DELIBERATED INDIFFERENCE TO HAVING RECOGNIZED PLAINTIFF ON THE SIDE WALK AS DEFENDANT, DELISMA WAS IN ROUTE TO STAFF DINING HALL. DEFENDANT, DELISMA, K. STOPPED PLAINTIFF AND ASKED PLAINTIFF, ARE YOU GOING MAKE IT? YOU'RE LIMPPING IS IT YOUR FEET AGAIN? WHY ARE YOU CROUCHING? PLAINTIFF SAID PLEASE HELP ME, MY FEET ARE BLEEDING, MY STOMACH IS KILLING ME, I AM HURTING. PLEASE SOMETHING IMMEDIATELY

170. ON OR NEAR 9.5.19, SAME EVENT, DELISMA, K.; (PRIOR TO AND AFTER PLAINTIFF SUBMITTED TWO-THREE SICK CALL, MORE THAN SIX STRAIGHT WEEKS PLAINTIFF SICK CALL REQUEST HAVE BEEN DISCARDED) RESPONDED, PLAINTIFF CONTINUED TO COMMUNICATE WITH AUTHORITIES, FILING GRIEVANCES AGAINST DEFENDANT, K. DELISMA PERSONALLY, AND FILING LAW SUITS AGAINST STAFF-UNDER DEFENDANT, DELISMA SUPERVISON, SO AS A PUNISHMENT DEFENDANT, DELISMA WOULD NOT PROVIDE PLAINTIFF MEDICAL CARE; PLAINTIFF WAS ON HIS OWN, DEFENDANT, K. DELISMA ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER EIGHTH AMENDMENT SEE: 21-29, 35, 36, 39, 40, 41-62, 70, 71, 82-87, 348, 350-352, 354, 356, 361-364, 363, 376

COUNT TWO: EQUAL PROTECTION

171. PLAINTIFF ALLEGES AND INCORPORATES BY REFERENCE PARAGRAPHS 1-THROUGH 170

172. PLAINTIFF IS A MEMBER OF A PROTECTED CLASS: A PERSON WHO BENEFIT FROM PROTECTION BY STATUTE SUCH AS TITLE VII, OF THE CIVIL RIGHTS ACT OF 1964, WHICH PROHIBITS DISCRIMINATION BASED ON RACE, NATION ORIGIN OR RELIGION

173. PLAINTIFF ALLEGES TO BE A MEMBER OF A PROTECTED CLASS BASED ON PLAINTIFF RACE, PLAINTIFF AGE, AND PLAINTIFF RELIGIOUS BELIEFS. PLAINTIFF, A 75 YEAR OLD DARK SKIN BLACK MALE, FOUNDER-N-LEADER OF THE "CHILDREN OF THE SUN CHURCH"; PLAINTIFF THE ACKNOWLEDGED FOUNDER-N-LEADER OF THE CHILDREN OF THE SUN CHURCH, BASKET BALL OFFICIAL SCINCE 1965, SOFTBALL UMPIRE SINCE 1956; FOOTBALL, AND VOLLEY BALL OFFICIAL; UNQUESTIONABLY QUALIFIED; PLAINTIFF SUFFERED FROM SOME FORMS OF ADVERSE EMPLOYMENT ACTION, ACCESS TO RELIGIOUS PRACTICE, MEDICAL CARE, AND RETALIATION

174. DEFENDANTS, K. DELISMA, WILLIAM L. BOWERS, PHILLIP MAUST, HEIDI COMPLAINT: W. V. D

20

SROKA, ROBERT SNYDER, R, PESCHOCK, J. GIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROXANNE PLAYSO, LARENE DARLING, FETTERMAN, RICHARD HUTCHINSON, TESTA, ERIC TICE, BRIAN (B.P.) HYDE

PER RETALIATION CONDUCT OCCURRED WHERE OTHER INMATES IN SIMILAR SITUATED WERE PROVIDED SERVICES-N-OPPORTUNITIES, WHOM ARE NOT IN A PROTECTED CLASS, YOUNGER, AND LESS QUALIFIED. SEE: 1-376 PRSSIM

175. PLAINTIFF WAS SINGLED OUT AS A CLASS OF ONE, DEFENDANTS, K. DELISMA, WILLIAM L. BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, R, PESCHOCK, J. GIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROXANNE PLAYSO, LARENE DARLING, FETTER-MAN, RICHARD HUTCHINSON, TESTA, ERIC TICE, BRIAN (B.P.) HYDE RETALIATORY ACTIONS WERE INTENTIONAL, IRRATIONAL AND DONE REGULARLY

176. ON OR NEAR 11.27.18; 12.13.18; 2.8.19; 4.2.19; 5.30.19; 6.17.19; 8.1.19; 9.5.19; SICK CALL, DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DISCRIMINATED AGAINST PLAINTIFF, TREATED PLAINTIFF AS A CLASS OF ONE, AND FOR NO RATIONAL REASON, i.e. RACE, TO PENALIZE PLAINTIFF FOR COMMUNICATIONS WITH AUTHORITIES, NON MEDICAL REASONS, DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF EQUAL PROTECTION RIGHTS PER 14TH AMENDMENT SEE: 130;131; 135;150; 155-157; 163-168; 169,170,

177. ON OR NEAR 10.6.17; 1.9.18; 4.9.18; 9.10.19, DEFENDANT, WILLIAM L. BOWERS TO DATE! HOUSING; RELIGIOUS PRACTICE; A-BLOCK UNIT MANGER FOR NOT RATIONAL REASONS, TARGET, INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF, RETALIATORY TREATED PLAINTIFF AS A CLASS OF ONE. SEE:106-112; 250, 251, 214, 217; 221; 222-224; 237, 218, 243

178. ON OR NEAR 10.6.17 CONTINUED UNTIL ON OR NEAR 2.18.19; HOUSING; DEFENDANT, BOWERS; SAME EVENT; ASSIGNED ALL OTHER OTHER INMATES, ESPECIALLY WHITE WHITE INMATES TO THE CELL OF THEIR CHOICE UPON REQUEST, EVEN WITH FOREKNOW-LEDGE OF THE RISK TO PLAINTIFF MENTAL HEALTH, BASED ON NON PENOLOGICAL INTEREST, i.e. RACE, RETALIATION, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES.

179. DEFENDANT, BOWERS DISREGARDED THE RISK, CONTINUED TO FORCE! PLAINTIFF TO HOUSE UNTIL 2.18.19, WHERE DUE TO THE LOCATION OF THE CELL CONTINUOUSLY CAUSED PLAINTIFF PSY-CHOLOGICAL PROBLEMS. PRIOR TO 2.18.19, DEFENDANT, BOWERS HAD NEVER ASSIGNED A WHITE INMATE TO HOUSE IN SUCH CELL, DEFENDANT, BOWERS ACTIONS VIOLATED PLAINTIFF RIGHTS -N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8TH AMENDMENT AND EQUAL PROTECTION PER 14th AMENDMENT SEE 106-112

180. ON OR NEAR 9-10.19, RELIGIOUS PRACTICE, WILLIAM L. BOWERS FOR NO RATIONAL REA-SONS, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF-N-TREATED AS A CLASS OF ONE. SEE 106-112;14; 213-224; 236; 237; 240; 243; 248; 250; 251, 271; 177-179; 181

181. DEFENDANT, BOWERS ON A DAILY BASIS SUCCESSFULLY RECOGNIZED PRIOR COURT APPROV-ED COURT ORDERS AND OR SCI-SOMERSET APPROVED EXCEPTION FOR EXTRA PROPERTY IN SIDE THE INMATES ESPECIALLY THE RELIGIOUS PROPERTY OF WHITE INMATES, BASED ON NON PENOLOGICAL REASONS, i.e. RACE, RELIGIOUS BELIEFS, RETALIATIONS, PENALTY FOR COM-MUNICATION WITH AUTHORITIES, DEFENDANT, BOWERS DENIED PLAINTIFF RELIGIOUS LITERAT-URE, BY USE OF THE MOST RESTRICTIVE MEANS, DEFENDANT, BOWERS, ACTIONS CONSTITUTED RLUIPA -N-EQUAL PROTECTION VIOLATIONS PER 42 USC 2000cc -N-14th AMENDMENT SEE 225, COMPLAINT: W V. D 232, 236, 250, 251, (21) 371

182. ON OR NEAR 8,2,17, PREVIOUS PRACTICE, DEFENDANT, MAUST FOR NO RATIONAL REASONS, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF-N-TREATED PLAINTIFF AS A CLASS OF ONE, 18 USC 1382:47; 71 P.S.§§ 581-1, SEE, 214, 217, 218, 231-234, 236, 244, 255-257

183. DEFENDANT, MAUST ON A DAILY BASIS SUCCESSFULLY PROVIDED RELIGIOUS LITERATURE TO ALL OTHER INMATES, ESPECIALLY INMATES OF NON AFRIKAN BELIEFS, WHITES IN PARTICULAR, BASED ON NON PENOLOGICAL REASONS, i.e. RACE, RELIGIOUS BELIEFS, RETALIATION, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, MAUST DENIED PLAINTIFF RELIGIOUS LITERATURE, BY THE USE OF THE MOST RESTRICTIVE MEANS, DEFENDANT, MAUST ACTIONS CONSTITUTES RLUIPA, RELIGIOUS PRACTICE AND EQUAL PROTECTION VIOLATIONS PER 42 USC 2000cc 1-5; 1st-N-14th AMENDMENTS

184. BEGINNING ON OR NEAR 7.16.15 CONTINUED UNTIL REASSIGNMENT, DENIAL TO AC-ADM 804 INMATE GRIEVANCE SYSTEM, DEFENDANT, H, SROKA, WARDEN'S ASSISTANT FOR NO RATIONAL REASON TARGETED, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF AND TREATED PLAINTIFF AS A CLASS OF ONE SEE 213, 214, 232, 236, 244-247

    DEFENDANT SROKA PROCESSED THE TIMELY SUBMITTED GRIEVANCES OF ALL OTHER INMATES. BASED ON NON PENOLOGICAL REASONS, i.e. RACE, RETALIATION, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES DEFEND SROKA DID NOT PROCCESS NUMEROUS OF PLAINTIFF TIMELY SUBMITTED GRIEVANCES. N.B. ALL REQUESTED MONETARY RELIEF. DEFENDANT SROKA ACTION CONSTITUTE FREE SPEECH-N-EQUAL PROTECTION PER 1st-N-14th AMENDMENT SEE 80-93, 100-105; 184, 232, 236, 244-247; 340-348, 357, 370-373, 74; 21, 30, 31; 35, 37-60;

185. ON OR NEAR 4.8.17 - ONGOING UNTIL DEFENDANT, R, SNYDER, WAS REASSIGNED, SECURITY CAPTAIN/MAJOR FOR NO RATIONAL REASONS, TARGETED, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF-N-TREATED PLAINTIFF AS A CLASS OF ONE

186. DEFENDANT, SNYDER SUCCESSFULLY THROUGHOUT THE COURSE OF THE DAY ON A DAILY BASIS PROVIDED SAFETY FOR ALL OTHER INMATES, ESPECIALLY WHITE INMATES. BASED ON NON PENOLOGICAL REASONS, RACE, RELIGIOUS BELIEFS, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES. DEFENDANT R, SNYDER AIDED-N-ABETTED TWO YOUNG "WHITE INMATES" TO SUCCESS STEAL PLAINTIFF RELIGIOUS BOOKS, DEFENDANT, R. SNYDER ACTIONS VIOLATED PLAINTIFF RIGHTS AND CONSTITUTE DENIAL OF RELIGIOUS PRACTICE, RLUIPA-N-EQUAL PROTECTION UNDER 42 U.S.C, 2000cc 1-5; 18 USC 1381247; 71 P.S. §§ 581-1; AND 1st, -N-14th AMENDMENTS SEE 213, 214, 232, 236, 244, 252-254, 27, 35; 42-51, 56-60

187. ON OR NEAR 4.11.18, AND THROUGHOUT THE BASKETBALL SEASON; EMPLOYMENT, DEFENDANT, R, PESCHOCK, ACTIVITIES SPECIALIST FOR NO RATIONAL REASONS INTENTIONALLY, TARGETED, RETALIATED, DISCRIMINATED AGAINST PLAINTIFF, AND TREATED PLAINTIFF AS A CLASS OF ONE. SEE; 213; 244; 188-191, 273, 340; 341, 351; 358-364; 376

188. DEFENDANT, PESCHOCK, SAME EVENTS, DURING MORE THAN THREE CONFIDENTIAL INTERVIEWS, DEFENDANT, PESCHOCK DECLARED, "SHE CAN'T STAND THE GAME OF BASKETBALL", "SHE DOESN'T WATCH THE GAMES PLAYED UNDER HER SUPERVISION", "SHE'S NOT CONCERN ABOUT HOW EFFICIENT BASKETBALL OFFICIAL PERFORM THEIR DUTIES ON THE FLOOR", "SHE ASSIGNED INMATES ACCORDING TO THEIR AGE". SEE: 21, 27; 35; 37-51; 56-60.

189. SAME EVENT, DEFENDANT, PESCHOCK CONSISTENTLY BY PASSED PLAINTIFF BASED ON COMPLAINT: W.V.D

NON PENOLOGICAL REASONS, i.e. HATE, CLICKS, FOUND ON BARE, RACE, AGE, BIAS, BIOGRAPHICAL AFFILIATION DEFENDANT, PESCHOCK ASSIGNED PLAINTIFF TO MENIAL ROLES, i.e. SWEEPING THE FLOOR CHASING LOOSE BASKETBALLS, FOLDING JERSEYS; WHILE ASSIGNING INMATES WITH LESS THAN HALF THE EXPERIENCE THAT PLAINTIFF HAS, LESS FOOT SPEED, OFTEN LAZY; TO CENTRAL ROLES i.e. OFFICIATING THE GAME SEE 27,35,42-51;56-60;376

190. SAME EVENTS, DEFENDANT, PESCHOCK READILY ADMITTED, THAT DURING THE LIMITED OFFICIATING PLAINTIFF WAS ASSIGNED NOT ONCE WAS THE GAME STOPPED OR DELAYED DUE TO PLAINTIFF BEING EXHAUSTED, OR INABILITY TO KEEP UP. DEFENDANT, PESCHOCK CONSISTENTLY ASSIGNED INMATES WHO STOOD IN ONE SPOT INSTEAD OF MOVING WITH THE FLOW OF THE GAME, WHO CONSISTENTLY-N-CONSTANTLY ENGAGED IN VERBAL SPARRING WITH THE PLAYERS DURING THE GAME, INSTRUCTING PLAYERS-N-COACHES ON HOW TO SUCCESSFULLY WIN THE GAME; OPENLY CRITICIZED FELLOW OFFICIAL DURING THE COURSE OF THE GAME

191. SAME EVENTS, PLAINTIFF REPEATEDLY REQUESTED TO BE ASSIGNED TO OFFICIATE THE GAME DURING EACH CONFIDENTIAL INTERVIEW WITH DEFENDANT, PESCHOCK WHO REFUSED TO DO SO BASED ON NON PENOLOGICAL REASONS, WHICH TO DATE! CONTINUE TO FOSTER; AND AIDED-N-ABETTED THE STILL ONGOING WORKINGS OF A CLICK; WITTINGLY OR UNWITTINGLY. DEFENDANT, PESCHOCK ACTIONS CONSTITUTED EQUAL PROTECTION VIOLATIONS PER 14th AMENDMENT 244, 273,27,35;42-51; 56-60; 376

192. ON OR NEAR 1,15,19; SICK CALL, DEFENDANT, J. GIRONE, DOCTOR, FOR NO RATIONAL REASON TARGETED, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF-N-TREATED PLAINTIFF AS A CLASS OF ONE SEE; 52; 113-115; 42-2; 27; 42-51; 56-60; 213, 240, 260, 274 388; 352-354; 92; 21; 346; 372; 344

193. DEFENDANT, GIRONE WHILE CONDUCTING THE SAME SICK CALL PROVIDED MEDICAL CARE SUCCESSFULLY FOR ALL OTHER INMATES ESPECIALLY WHITE INMATES; BASED ON NON MEDICAL REASONS, i.e. RACE, RETALIATION, PENALTY FOR COMMUNICATION WITH AUTHORITIES. DEFENDANT, GIRONE DENIED PLAINTIFF MEDICAL CARE. DEFENDANT, GIRONE ACTIONS CONSTITUTED VIOLATIONS OF PLAINTIFF EQUAL PROTECTION RIGHTS PER 14th AMENDMENT SEE:367; 364,

194. ON OR NEAR 3,13,18; 4,3,18, 11,6,18; 12,4,18; 2,4,19; DEFENDANT, E. KAUFFMAN, DOCTOR, FOR NO RATIONAL REASON TARGETED, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF-N-TREATED PLAINTIFF AS A CLASS OF ONE. SEE: 261; 195; 56-60; 52

195. DEFENDANT, KAUFFMAN WHILE CONDUCTING THE SAME SICK CALL SUCCESSFULLY PROVIDED MEDICAL CARE FOR ALL OTHER INMATES, ESPECIALLY WHITE INMATES; BASED ON NON MEDICAL REASONS, i.e. RACE, RETALIATION, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES DEFENDANT, KAUFFMAN DENIED PLAINTIFF MEDICAL CARE DEFENDANT, KAUFFMAN ACTIONS VIOLATED PLAINTIFF EQUAL PRIGHTS CONSTITUED EQUAL PROTECTION; PE 14th AMENDMENT SEE: 52; 116-120; 123; 128; 132; 133; 148, 132, 213; 244; 261; 275; 27; 42-51; 261

196. ON OR NEAR 9,27,17, 10,18,17; 2,19,19; EYE EXAMINTION; DEFENDANT, R. IRWIN, OPTOMETRIST, TARGETED, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF FOR NO RATIONAL REASON, i.e. RACE, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES, AND TREATED PLAINTIFF AS A CLASS OF ONE SEE: 197; 262; 276; 27; 42-51; 56-60; 213; 344; 52

197. DEFENDANT, IRWIN WHILE CONDUCTING THE SAME SESSION OF EYE EXAMINATION PROIDED ALL OTHER INMATES SUCCESSFULLY, ESPECIALLY WHITE INMATES, MEDICAL CARE. TARGET-

COMPLAINT: W.V.D.                    (23)

ED PLAINTIFF TO DENY MEDICAL CARE BASED ON NON MEDICAL REASONS, i.e. RACE, RETALI-ATION, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, IRWIN ACTIONS VI-OLATED PLAINTIFF RIGHTS TO EQUAL PROTECTION UNDER THE 14th AMENDMENT SEE: 27, 42-51, 56-60

198. ON OR NEAR 12.24.18; 3.22.19, SICK CALL, DEFENDANT, R. PLAYSO, PACS SUCCESSFUL-LY PROVIDED MEDICAL CARE TO ALL OTHER INMATES, FOR NO RATIONAL REASON TARGETED, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF-N-TREATED PLAINTIFF AS A CLASS OF ONE SEE: 277, 263, 27, 42-51; 56-60; 213; 244; 52; 139; 143; 158, 244, 253, 29, 350; 551-354 340; 342; 364; 376

199. DEFENDANT, PLAYSO, WHILE CONDUCTING THE SAME SICK CALL SUCCESSFULLY PROVIDED MEDICAL CARE TO ALL OTHER INMATES, ESPECIALLY WHITE INMATES, DENIED PLAINTIFF MEDICAL CARE BASED ON NON MEDICAL REASONS, i.e. RACE, RETALIATION, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, PLAYSO ACTIONS VIOLATED PLAINTIFF RIGHTS TO EQUAL PROTECTION PER 14 AMENDMENT SEE: 198; 52; 54; 2) -33; 42-51; 56-65; 174; 175; 340-342; 350; 354; 364; 376;

200. ON OR NEAR 7.2.18, SICK CALL, DEFENDANT, LARENE DARLING; NURSE PRACTITION-ERS NP, FOR NO RATIONAL REASONS TARGETED, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF, AND TREATED PLAINTIFF AS A CLASS OF ONE SEE: 213; 244; 364; 278; 52; 350-354 DEFENDANT, DARLING SUCCESSFULLY PROVIDED MEDICAL CARE FOR ALL OTHER INMATES, ESPE-CIALLY WHITE INMATE BASED ON NON MEDICAL REASONS, i.e. RETALIATED, RACE, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, DARLING ACTION VIOLATED PLAINTIFF RIGHTS TO EQUAL PROTECTION PER 14th AMENDMENT SEE 27, 42-51; 54-60; 122; 340-342; 364, 376

201. ON OR NEAR 12.20.18; 12.24.18, AND A UNDATED EVENT, SICK CALL, DEFENDANT, FETTER-MAN, CRNP, FOR NO RATIONAL REASON RETALIATION TARGETED, INTENTIONALL DISCRIMI-NATED AGAINST PLAINTIFF-N-TREATED PLAINTIFF AS A CLASS OF ONE, SEE: 52, 213; 244; 266; 27, 42-51; 56-60; 213; 122; 340-342; 350-354

202. DEFENDANT FETTERMAN, WHILE CONDUCTING THE SAME ASSIGNMENT SUCCESSFULLY PROVIDED ALL OTHER INMATES, ESPECIALLY WHITE INMATES, DENIED PLAINTIFF MEDICAL CARE BASED ON NON MEDICAL REASONS, i.e. RACE, RETALIATION, PENALTY FOR COMMUNICAT-IONS WITH AUTHORITIES, WHICH VIOLATED PLAINTIFF RIGHTS TO EQUAL PROTECTION, PER 14th AMEND.

203. ON OR NEAR 1.18.19, SICK CALL, DEFENDANT, R. HUTCHENSON, PACS, FOR NO RATIONAL REASONS, TARGETED, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINTIFF-N-TREATED PLAINTIFF AS A CLASS OF ONE, SEE: 204; 213; 340; 341; 350-354; 364; 376; 137-146

204. DEFENDANT, HUTCHENSON, WHILE CONDUCTING THE SAME SUCCESSFULLY SICK CALL PRO-VIDED TO ALL OTHER INMATES, ESPECIALLY WHITE INMATES, BASED ON NON MEDICAL REASONS, WITH MEDICAL CARE i.e. RACE, RETALIATION, PENALTY FOR COMMUNICATING WITH AUTHORITIES DEFENDANT, HUTCH-ENSON DENIED PLAINTIFF MEDICAL CARE, DEFENDANT, HUTCHENSON ACTIONS VIOLATED PLAINT-IFF RIGHTS PER 14th AMENDMENT SEE; 203; 213; 244; 266; 27, 42-51; 56-60; 91-41;

205. ON OR NEAR 3.22.19; 4.12.19; 6.17.19; SICK CALL, DEFENDANT, D. TESTA, FOR NO RAT-IONAL REASONS TARGETED, RETALIATED/INTENTIONALLY DISCRIMINATED AGAINST PLAINT-IFF-N-TREATED PLAINTIFF AS A CLASS OF ONE SEE: 267; 244; 153; 154; 146; 306; 213; 244; 27, 42-51; 56-60;

206. DEFENDANT, D. TESTA, WHILE CONDUCTING THE SAME SICK CALL, SUCCESSFULLY PROVID-ED ALL OTHER INMATES WITH MEDICAL CARE, ESPECIALLY WHITE INMATES, BASED ON NON MEDICAL REASONS, i.e. RACE, RETALIATION, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES, DENIED PLAINTIFF MEDICAL CARE, DEFENDANT, D. TESTA ACTIONS

COMPLAINT: W.V.D

(24)

VIOLATED PLAINTIFF RIGHTS TO EQUAL PROTECTION PER 14th AMENDMENT

207. ON OR NEAR 11.7.18; 12.19.18; 7.19.19, CONFIDENTIAL INTERVIEWS, DEFENDANT, E. TICE, WARDEN FOR NO RATIONAL REASONS RETALIATED/INTENTIONALLY DISCRIMINATED -N- TARGETED PLAINTIFF, AND TREATED PLAINTIFF AS A CLASS OF ONE, SEE 138; 208; 209; 213; 217; 220-234; 367; 31

208. DEFENDANT, TICE BEING ACUTELY AWARE THAT PLAINTIFF WAS WAS CURRENTLY BEING MISTREATED BY MEDICAL PROFESSIONALS -N- DOC STAFF UNDER DEFENDANT TICE SUPERVISION, DEFENDANT, TICE WHO SUCCESSFULLY INTERVENE -N- CORRECT MISTREATMENT OF ALL OTHER INMATES, ESPECIALLY WHITE INMATES, BASED ON NON PENOLOGICAL REASONS ENCOURAGED MEDICAL PROFESSIONALS -N- DOC STAFF TO MISTREAT PLAINTIFF, AND HE ALSO TOOK PART IN THE MISTREATMENT SEE 30,31,209,234 & 33,34; 249,249,367 37;30;48-60;31

209. DEFENDANT, TICE, BASED ON NON PENOLOGICAL REASONS, RACE, RELIGIOUS BELIEF, RETALIATED, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES, DENIED PLAINTIFF RIGHTS GUARANTED BY THE FIRST AND EIGHTH AMENDMENT, DEFENDANT, TICE SUCCESSFULLY PROVIDED ALL OTHER INMATES, ESPECIALLY WHITE INMATES GUARANTEED BY THE FIRST -N- EIGHTH AMENDMENT. DEFENDANT, TICE ACTIONS -N- NON ACTIONS VIOLATED PLAINTIFF RIGHTS TO EQUAL PROTECTION PER 14th AMENDMENT

210. ON OR NEAR 12.24.18; 1.17.19; 5-6.19-5.8.19; ACCESS TO MEDICAL CARE, DEFENDANT, B. P. HYDE (ALSO ON OR NEAR 7.18.17; 8.11.17; 9.27.17; 12.28.17) FOR NO RATIONAL REASONS TARGETED, INTENTIONALLY DISCRIMINATED, RETALIATED AGAINST PLAINTIFF, AND TREATED PLAINTIFF AS A CLASS OF ONE SEE 27,30,40-60,142,143,147,159-162,211,283,340-342,350-354,344 367,376;31

211. DEFENDANT, B.P. HYDE WHILE PROVIDING ACCESS TO MEDICAL CARE -N- SPECIALISTS SUCCESSFULLY TO ALL OTHER INMATES WHO SIGNED UP/SUBMITTED SICK CALL REQUEST, AND THOSE RECOMMENDED FOR SPECIALISTS, ESPECIALLY WHITE INMATES, BASED ON NON MEDICAL REASONS DEFENDANT, B.P. HYDE DENIED PLAINTIFF ACCESS TO MEDICAL CARE -N- SPECIALIST, DEFFENDANT, B.P. HYDE ACTIONS VIOLATED RIGHTS TO EQUAL PROTECTION PER 14th. AMENDMENT SEE 21-27;30;31;35-37;29-33;40-60;466;67;70-72;269

## COUNT THREE: FREE SPEECH

212. PLAINTIFF ALLEGES AND INCORPORATES PARAGRAPHS 1-211

213. DEFENDANTS K, DELISMA, WILLIAM L. BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, R. PESCHOCK, J. GIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROX-ANNE PLAYSO, LARENE DARLING, FETTERMAN, R. HUTCHINSON, D. TESTA, ERIC TICE, B. P. HYDE BY THREATENING PLAINTIFF WITH VIOLENCE, DENIAL MEDICAL CARE -N- EQUAL PROTECTION DUE TO PLAINTIFF EXERCISE OF PLAINTIFF RLUIPA RIGHTS; PRACTICE OF RELIGIOUS BELIEFS; RIGHT TO REDRESS THE PRISON THROUGH USE OF PRISON GRIEVANCE SYSTEM     PASSIM 21-367

214. DEFENDANDANTS, WILLIAM L. BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, ERIC TICE DENIED PLAINTIFF RLUIPA RIGHTS, AND RELIGIOUS PRACTICE, STILL ONGOING TO DATE! SEE 217-234, 228, 229, 236, 237, 240, 243, 244, 247-258; 31

215. IN A PRIOR SETTLEMENT AGREEMENT, WASHINGTON V. KLEM, THE DOC AGREED TO PROVIDE PLAINTIFF WITH ALL RELIGIOUS LITERATURE NEEDED TO CONDUCT COMPLAINT: W. V. D

THE DAILY RITUALS OF PLAINTIFF RELIGIOUS BELIEFS

216. PLAINTIFF IS FOUNDER AND LEADER OF THE CHILDREN OF THE SUN CHURCH, THEIR BELIEFS DICTATES A DAILY READING OF FOUR DIFFERENT SPIRITUALLY INSPIRED AFROKENTRIK BOOKS OR LITERATURE ON A DAILY BASIS. TO DATE ! DEFENDANTS, P. MAUST, W. L. BOWERS -N-E. TICE, (CHAPLAIN, A BLOCK UNIT MANAGER -N- WARDEN) ARE CONTINUING TO DENY PLAINTIFF HIS RELIGIOUS BOOKS -N- LITERATURE NEEDED TO PERFORM THE FOREMENTION DAILY RITUALS. SEE: 217-244, 248-258, 271-272, 341, 349, 357, 355, 356, 371, 373, 374, 376

217. DEFENDANTS, P. MAUST-CHAPLAIN, W. L. BOWERS-A BLOCK UNIT MANAGER, AND E. TICE-WARDEN CONTINUE TO DENY PLAINTIFF ACCESS TO PLAINTIFF RELIGIOUS LITERATURE, STILL ONGOING TO DATE ! BASED ON NON PEOLOGICAL REASONS, i.e. RACE, RETALIATION, RELIGIOUS BELIEFS, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES SEE: 349, 355, 340 354 40

218. DEFENDANT, P. MAUST, ON-GOING TO DATE ! BASED ON NON PENOLOGICAL REASONS, i.e. RACE, RETALIATION, RELIGIOUS BELIEFS, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES,

219. DEFENDANT, W. L. BOWER, UNIT MANAGER, STILL ON GOING TO DATE ! BASED ON NON PENOLOGICAL REASONS, RA, i.e. RACE, RETALIATION, RELIGIOUS BELIEFS, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES SEE: 364, 367, 365

220. DEFENDANT, E. TICE, WARDEN, STILL ON GOING TO DATE ! BASED ON NON PENOLOGICAL REASONS, i.e. RACE, RETALIATION, RELIGIOUS BELIEFS, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES,

221. DESPITE RLUIPA MANDATE TO ENFORCE THE LEAST RESTRICTIVE MEANS CONCERNING PROVIDING PLAINTIFF RELIGIOUS NEEDS. DEFENDANTS, W. L. BOWERS, P. MAUST, -N-E. TICE REPEATEDLY DENIED PLAINTIFF ACCESS TO PLAINTIFF OWN RELIGIOUS LITERATURE SEE: 31

N.B. DEFENDANTS, BOWERS, MAUST-N-TICE ARE STILL DOING SO TO DATE ! WHICH ~~STILL~~ STILL CONTINUES TO MAKE IT IMPOSSIBLE FOR PLAINTIFF TO PRACTICE HIS RELIGIOUS BELIEFS : SEE: 31

222. DEFENDANTS, E. TICE, W. L. BOWERS-N-P. MAUST OPENLY PROFESSED SEVERAL TIMES THAT PLAINTIFF HAVING SUED SCI-GREENE DOC STAFF OR MEDICAL PROFESSIONALS, SCI-SOMERSET DOC-STAFF -N-MEDICAL PROFESSIONALS, OR THEIR FAMILY MEMBERS, AND GRIEVANCES FILED AGAINST DEFENDANTS, TICE, BOWERS-N-MAUST, AND PLAINTIFF CONTINUOUS COMMUNICATIONS WITH AUTHORITIES IS WHY DEFENDANTS, TICE, BOWERS-N-MAUST DENIED, AND CONTINUE TO DATE ! TO DENY PLAINTIFF TO PRACTICE HIS RELIGIOUS BELIEFS SEE: 217, 340-374, 364, 369, 31

223. PLAINTIFF, THE FOUNDER-N-LEADER OF THE "CHILDREN OF THE 'SUN' CHURCH" WHO's BELIEFS MANDATES THAT PLAINTIFF READ FROM FOUR DIFFERENT BOOKS PER DAY BY FOUR DIFFERENT AUTHORS THAN THOSE PLAINTIFF HAS READ WITHIN THE PAST FOUR DAYS, DEFENDANTS, P. MAUST, E. TICE-N-W. L. BOWERS BRAGGED -N-BOASTED ABOUT DEPRIVING PLAINTIFF ACCESS TO PLAINTIFF AFROKENTRIK LITERATURE CAUSING IT TO BE IMPOSSIBLE FOR PLAINTIFF TO PRACTICE THE DAILY RITUAL OF PLAINTIFF RELIGIOUS BELIEFS SEE: 239, 242, 250, 271, 272, 351, 353-284, 341, 349, 355, 356

224. DEFENDANTS, BOWERS, MAUST-N-TICE, DECLARED, "THERE's NOTHING ABOUT AFRIKANS TO WORSHIP", "AFRIKA HAS NO GOD", "CHILDREN OF THE SUN' WHO THE HELL ARE THEY", "THE CHILDREN OF THE SUN CHURCH" FOUNDER-N-FOLLOWERS ARE UNDESERVING TO BE GRANTED ACCESS TO THEIR RELIGIOUS LITERATURE", "CHILDREN OF THE SUN CHURCH IS NOT RELIGION", WHILE PROVIDING ACCESS TO RELIGIOUS LITERATURE TO ALL OTHER INMATES ON THE POD, ESPECIALLY WHITE INMATES/AND OR NON CHILDREN OF THE SUN CHURCH

COMPLAINT: W v. D

(26)

BELIEVERS! DEFENDANTS, BOWERS, MAUST-N-ESPINOSA WHOS AIM IS TO DENY PLAINT-IFF ACCESS TO PLAINTIFF RELIGIOUS LITERATURE BASED ON NON PENOLOGICAL REASONS, i.e. RACE, RETALIATION, RELIGIOUS BELIEFS, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES WHILE PROVIDING IT OTHERS, ESPECIALLY WHITES. SEE: 21;40; 27;250-254, 27;272, 340-342, 349,355; 356, 369; 376

225. ANGERED BY PLAINTIFF HAVING SUED THEM PERSONALLY, i.e. DEFENDANTS, W.L. BOWERS, P. MAUST; REQUEST TO STAFF, AND FILED GRIEVANCES, ON OR NEAR 1.9.18; 4.9.18; 9.10.19; DEFENDANT, BOWERS DENIED PLAINTIFF POSSESSION OF HIS RELIGIOUS LITERATURE WHICH MADE IT IMPOSSIBLE FOR PLAINTIFF TO PRACTICE HIS RELIGIOUS BELIEFS TO DATE! WHEREBY DEFENDANT, BOWERS NON COMPLIANCE TO RLUIPA MANDATE OF THE LEAST RESTRICTIVE MEANS SEE: 238, 239; 226-229; 183; 217; 221-224; 236; 244; 255-258; 340-342; 351, 355, 369; 376; 27

226. ON OR NEAR 8.2.17; DEFENDANT, P. MAUST, CHAPLAIN, ACCESS TO RELIGIOUS LITER-ATURE, DEFENDANT, MAUST DENIED PLAINTIFF RELIGIOUS LITERATURE NEEDED TO PRACT-ICE PLAINTIFF RELIGIOUS BELIEFS; SPOKE TO PLAINTIFF IN GESTURE OF CONTEMPT-N-AS IF HAVING A WANT TO PHYSICALLY STRIKE PLAINTIFF, USING WORDS LADEN-EN WITH RACIST-OVERTONES CAUSING PLAINTIFF TO FEAR FOR HIS LIFE. SEE: 183; 27; 172-176; 218; 227-229, 255-258; 351, 369;

227. ON OR NEAR 8.2.17, CONTINUING TO DATE! SAME EVENT, DEFENDANT, MAUST DEN-IAL OF PLAINTIFF RELIGIOUS LITERATURE FOR THE PAST 760 PLUS STRAIGHT DAYS TO DATE! DEFENDANT, MAUST CONTINUOUSLY CAUSE PLAINTIFF THE INABILITY TO PRACTICE HIS DAILY RELIGIOUS BELIEFS, DEFENDANT, MAUST ACTIONS VIOLATED PLAINTIFF FREE SPEECH OF RE-LIGION, AND RIGHTS TO THE LEAST RESTRICTIVE MEANS; BASED ON NON PENOLOGICAL INTEREST PER RLUIPA: 42 USC 2000 cc 1-5; 18 USC 13 3 247; FIRST AMENDMENT. SEE 351; 369; 228

228. ON OR NEAR 8.2.17 ONGOING TO DATE! SAME EVENT, DEFENDANT, MAUST NON COMP-LIANCE TO RLUIP, WHICH MANDATES THE LEAST RESTRICTIVE MEANS; BASED ON NON PENOLOG-ICAL REASONS, i.e. RACE, RETALIATIONS, RELIGIOUS BELIEFS, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES, DENIED PLAINTIFF 760 PLUS STRAIGHT DAYS ONGOING TO DATE! OF DAILY RELIGIOUS PRACTICE, DEFENDANT, MAUST ACTIONS CONSTITUTES FREE SPEECH-N-RLUIPA UNDER 42 USC 2000 cc 1-5; 18 USC 133; 247; FIRST AMENDMENT SEE: 27; 172-176; 251; 369

229. ANGERED BY PLAINTIFF HAVING SUBMITTED REQUEST TO STAFF, AND FILED A GRIEVANCE AGAINST DEFENDANT, MAUST PERSONALLY DEFENDANT, MAUST CONTINUE TO DENY PLAINTIFF RELIGIOUS LITERATURE, WHICH MAKES IT IMPOSSIBLE FOR PLAINTIFF TO PRACTICE HIS RE-LIGIOUS BELIEFS TO DATE! WHEREBY DEFENDANT, MAUST NON COMPLIANCE TO RLUIA MAN-DATE OF THE LEAST RESTRICTIVE MEANS, DEFENDANT, MAUST ACTIONS CONSTITUTE RE-LIGIOUS FREE SPEECH-N- RLUIPA VIOLATIONS PER 42 USC 2000cc 1-5; 18 USC 133; 247; 1st AMED.

230. ON OR NEAR 12.3.08, WHILE HOUSED IN HUNTINGTON RHU, HAVING FOUR BOXES OF RE-LIGIOUS-N-LEGAL PROPERTY IN PLAINTIFF CELL, AND SEVEN BOXES OF RELIGIOUS-N-LEGAL PROPERTY STORED IN SCI-HUNTINGTON RHU PROPERTY ROOM. PLAINTIFF AND DOC ENJOINED IN THE WASHINGTON V. KLEM SETTLEMENT AGREEMENT, WHERE PLAINTIFF AND DOC DRAFTED THESE WORDS INTO THE SETTLEMENT N.B. MR. WASHINGTON MAY RETAIN ONE FOOTLOCKER AND THREE OF HIS SEVEN RECORD-CENTER BOXES IN HIS CELL WHILE HE IS HOUSED IN THE GENERAL POPULATION'

231. SAME EVENT, 12.3.08, TO ENSURE THAT PLAINTIFF WOULD HAVE NINE BOXES COMPLAINT: W V. A

(27)

OF PROPERTY WHEN PLAINTIFF WAS RELEASED FROM THE RHU, TO DICTATE WHAT PLAINTIFF -N- DOC HAD ALREADY AGREED TO; i.e. MR. WASHINGTON WILL BE PERMITTED TO POSSESS THE NINE STORAGE BOXES OR EQUIVALENT, IN LIGHT OF SCI-HUNTINGDON WANTING TO WITHHOLD FIVE BOXES OF PLAINTIFF PROPERTY BECAUSE PLAINTIFF ALREADY HAD FOUR BOXES INSIDE OF PLAINTIFF CELL; LEAVING TWO IN THE PROPERTY ROOM

232. ALL OF THE DICTATES OF THE <u>WASHINGTON</u> V. <u>KLEM</u>, SETTLEMENT AGREEMENT WAS FULLY ENFORCED BY STAFF, INCLUDING SCI-SOMERSET RHU STAFF FOR 99-STRAIGHT MONTHS AT THAT TIME; THEN BASED ON NON PENOLOGICAL INTEREST, i.e. RACE, RELIGIOUS BELIEFS, COMMUNICATIONS WITH AUTHORITIES; PLAINTIFF WOULD NOT SIGN OFF ON GRIEVANCES, DEFENDANTS, P. MAUST, W. L. BOWERS, E. TICE, R. SNYDER, H. SROKA  DISREGARDED-N-REINTERPRETED THE SETTLEMENT AGREEMENT FOR THE SAKE OF DENYING PLAINTIFF HIS RELIGIOUS -N- LEGAL PROPERTY ALREADY APPROVED BY THE SOMERSET ADMINISTRATION, THE <u>WASHINGTON</u> V. <u>KLEM</u>, SETTLEMENT AGREEMENT, WHICH MANDATES THE ENFORCEMENT OF THE LEAST RESTRICTIVE MEANS. SEE: 225, 234-236, 348, 215, 227, 31;

233. BECAUSE THE <u>WASHINGTON</u> V. <u>KLEM</u>, SETTLEMENT AGREEMENT ONLY DICTATES THAT IF PLAINTIFF NEED TO POSSESS INSIDE OF HIS CELL MORE THAN THE AMOUNT OF PROPERTY ALLOWED BY THE AGREEMENT BECAUSE OF LITIGATION, HE MAY PETITION THE SUPERINTENDENT FOR PERMITTION TO POSSESS EXCESS PROPERTY INSIDE OF HIS CELL

234. No, B, FOR 18 STRAIGHT MONTHS SCI-SOMERSET WAS IN COMPLIANCE WITH THE <u>WASHINGTON</u> V. <u>KLEM</u>, SETTLEMENT, AND ONLY AFTER/WHEN PLAINTIFF DID NOT SIGN OFF ON GRN 659236, WHICH PLAINTIFF FILED AGAINST SCI-SOMERSET STAFF; DID DEFENDANTS, DECLARE THEY WERE DISREGARDING THE DICTATES OF <u>WASHINGTON</u> V. <u>KLEM</u>, SETTLEMENT, PP. 7-8; IN ACCORD WITH THE OTHER PRISONS FOR THE PAST 87 STRAIGHT MONTHS AS OF 7, 14, 15; i.e. THE LEAST RESTRICTIVE MEANS; AND SCI-SOMERSET APPROVAL FOR PLAINTIFF TO POSSESS EXCESS PROPERTY. SEE: 232, 355, 373, 215, 227, 236

235. ON OR NEAR 7.14.15, PLAINTIFF ARRIVED AT SCI-SOMERSET WITH 16 BOXES OF RELIGIOUS-N-LEGAL LITERATURE, WHAT FOLLOWED WAS SCI-SOMERSET ADMINISTRATION IMMEDIATELY ARRIVED PLAINTIFF POSSESSION OF EXCESS PROPERTY; NINE BOXES INSIDE PLAINTIFF CELL, AND ALL OVERFLOW REMAINED STORED IN R-N-D, SCI-SOMERSET ADMINISTRATION'S RULING WAS BASED ON THE DICTATES OF <u>WASHINGTON</u> V. <u>KLEM</u>, SETTLEMENT, PP. 5, 7-8, IN ACCORD WITH OTHER PRISONS FOR THE PAST 87-STRAIGHT MONTHS, AS OF 7.14.15, i.e. THE LEAST RESTRICTIVE MEANS

236. SCI-SOMERSET SUCCESSFULLY COMPLIED WITH THE DICTATES OF THE <u>WASHINGTON</u> V. <u>KLEM</u>, SETTLEMENT FOR 18 STRAIGHT MONTHS, ACCORDING TO DEFENDANTS, W. BOWERS, P. MAUST, R. SNYDER, HEIDI SROKA -N- E. TICE, BECAUSE PLAINTIFF DID NOT SIGN OFF ON GRN #659236, THE DICTATES OF <u>WASHINGTON</u> V. <u>KLEM</u> SETTLEMENT AGREEMENT, AND SCI-SOMERSET ADMINISTRATION APPROVAL TO POSSESS EXCESS PROPERTY, THE LEAST RESTRICTIVE MEANS ON GOING TO <u>DATE!</u> ARE DISCARDED SEE: 225, 227, 215 234-236, 31

237. DEFENDANTS, H. SROKA, R. SNYDER, P. MAUST, W. BOWERS -N- E. TICE, USED, AND CONTINUE TO <u>DATE!</u> TO USE THE MOST RESTRICTIVE MEANS TO DENY PLAINTIFF HIS RELIGIOUS

COMPLAINTS: W V, D

238. WITHOUT THE RELIGIOUS LITERATURE PLAINTIFF CANNOT PRACTICE HIS RELIGIOUS BELIEFS i.e. READING FROM FOUR DIFFERENT BOOKS BY FOUR DIFFERENT AUTHORS THAN PLAINTIFF READ WITHIN THE PAST FOUR DAYS CONCERNING SUBJECT MATTERS, EVENTS, KINGDOMS, EMPIRES, PERSONALITIES, etc, THAN THOSE READ ABOUT IN THE PAST FOUR DAYS; PLAINTIFF NEEDS TO PRAY OVER THE RELIGIOUS LITERATURE BEFORE AND AFTER READING; AND WHEN ALLOWED THE LITERATURE IS SET THE RISING SUN PRIOR TO READING

239. PLAINTIFF RELIGIOUS LITERATURE-N-THE ~RELIGIOUS~ RITUAL ARE ONE-N-THE SAME

240. DEFENDANTS, R. SNYDER, H. SROKA, W. BOWERS, E. TICE -N-A MAUST DENIAL OF THE LEAST RESTRICTIVE MEANS IS A VIOLATION OF RLUIPA, 42 USC 2000 cc, 1-5, 18 USC 1377, 247, FIRST AMENDMENT, WHICH TO DATE! HAS CONTINUED TO PLACE A BURDEN ON PLAINTIFF RELIGIOUS BELIEFS; EVEN IF THE BURDEN RESULTS FROM A RULE OF GENERAL APPLICABILITY

241. 42 USC 2000 cc-3; MANDATES THE ACT SHALL BE CONSTRUED IN FAVOR OF A BROAD PROTECTION OF RELIGIOUS EXERCISE, TO THE MAXIMUM EXTENT PERMITTED BY THE ~TERMED~ TERMS OF THIS ACT AND CONSTITUTION

242. PLAINTIFF FOUNDER AND LEADER OF THE CHILDREN OF THE SUN CHURCH, WHERE BOOKS ARE NEEDED TO FULFILL PLAINTIFF MISSIONARY WORK

243. DEFENDANT P. MAUST, W. BOWERS, TICE, E; R. SNYDER, R. AND H. SROKER ACTIONS INFLICTED IRREPARABLE HARM TO PLAINTIFF WHEREIN PLAINTIFF TO DATE! CONTINUE TO SUFFER ON BEING LOSS OF REWARDS IN THE AFTERLIFE. SEE 237, 314, 369

244. DEFENDANTS, K. DELISMIA, WILLIAM BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, R. PESCHOCK, J. BIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROXANNE PLAYSO, LARENE ~DONNELLY~ FETTERMAN, R. HUTCHINSON, D. TESTA, E. TICE, B. P. HYDE, SAME SERIES OF EVENTS, CONCERNING THE SAME LAWS, RETALIATION AGAINST PLAINTIFF UNLAWFULLY, IN VIOLATIONS OF PLAINTIFF RIGHTS UNDER FIRST AMENDMENT, THE ALLEGED ACTS ARE ALLEGE TO HAVE CAUSED PLAINTIFF INJURY TO PLAINTIFF FIRST AMENDMENT-N-RLUIPA RIGHTS SEE, 31

245. DEFENDANT, H. SROKA, WARDEN'S ASSISTANT-N-GRIEVANCE COORDINATOR, BY WITNESSING-N-BEING ACUTELY AWARE OF THE MISCONDUCT OF DEFENDANTS WILLIAM BOWERS, P. MAUST, R. SNYDER, RICHARD IRWIN, R. PLAYSO, R. HUTCHINSON, B.P. HYDE; AND BY DEFENDANT SROKA FAILING TO CORRECT THAT MISCONDUCT; AND ENCOURAGED THE CONTINUATION OF THAT MISCONDUCT DEFENDANT; SROKA IS ALSO VIOLATING OF PLAINTIFF RIGHTS UNDER FIRST AMENDMENT, THE ALLEGED ACTS ARE ALLEGE TO HAVE CAUSED PLAINTIFF INJURY TO PLAINTIFF FREE SPEECH-N-RLUIPA GUARANTEED 42 USC 2000 cc 1-5, 18 USC 1387 247, FIRST AMENDMENT SEE; 31, 27, 40, 310, 341, 342, 31

246. DEFENDANT, H. SROKA, GRIEVANCE COORDINATOR, REGULARLY-N-CONSISTENTLY REFUSED TO RESPOND TO PLAINTIFF TIMELY SUBMITTED GRIEVANCE THAT REQUESTED RELIEF OF MONETARY DAMAGES-N-REQUEST TO STAFF; HINDERED STYMIED, PREVENTED-N-DENIED PLAINTIFF THE EXERCISE OF HIS RIGHTS TO SEEK REDRESS FROM DEFENDANTS THROUGH USE OF THE INMATE GRIEVANCE SYSTEM: DC-ADM 804 POLICY. DEFENDANT, SROKA ACTIONS UNLAWFULLY IN COMPLAINTS; W.V. D

VIOLATION OF PLAINTIFF FIRST AMENDMENT RIGHT, OTHERWISE ILLEGAL ACTIONS CAUSED PLAINTIFF INJURY TO PLAINTIFF FREE SPEECH GUARANTEED UNDER THE FIRST AMENDMENT, AND CONSTITUTED RETALIATION SEE 172-175; 31

247. ON OR NEAR 10.14.15; 2.10.16; 8.22.16, DURING CONFIDENTIAL INTERVIEWS DEFENDANT, H, SROKA, DECLARED WHEN PLAINTIFF REQUESTED WHY DEFENDANT, SROKA WAS NOT RESPONDING TO HIS MANY TIMELY SUBMITTED GRIEVANCES, SPEAKING AS IF SHE WAS SCOLDING PLAINTIFF, "ABSOLUTELY NO FAULTS NOR SHORT COMINGS WERE DISCOVERED IN ANY OF THE ORIGINAL GRIEVANCES PLAINTIFF FILED", OTHERWISE SHE WOULD HAVE REJECTED EACH-N-EVERY ONE OF THEM", PLAINTIFF ASKED WHY DIDNT SHE RESPOND TO ANY OF THE GRIEVANCES WHERE PLAINTIFF REQUESTED MONETARY RELIEF, DEFENDANT, SROKA, DECLARED "THERE WAS NO NEED FOR PLAINTIFF TO MAKE SUCH-AND REQUEST", "BY PLAINTIFF DOING SO ONLY CREATES ANIMOSITY BETWEEN STAFF AND INMATE", AND "IN THE FUTURE SHE WOULD NOT RESPOND TO EVERY GRIEVANCE REQUESTING MONETARY RELIEF", NON OF PLAINTIFF REQUEST TO HER CONCERNING HER NOT RESPONDING TO PLAINTIFF GRIEVANCES SEE 40; 4]; 39.74; 215; 233=236,345; 3]; 3; 4]; 304; 3]

248. SAME ISSUE, ON _____ OR NEAR 11.7.18; 12.19.18; 7.19.19, DEFENDANT, E.TICE, WARDEN, WHEN PLAINTIFF MADE HIM AWARE THAT PLAINTIFF WAS BEING DENIED THE LEAST RESTRICTIVE MEANS, DEFENDANT, TICE OPENLY PROFESSED WASHINGTON V. KLEM SETTLEMENT AGREEMENT ONLY SAYS THAT ON PAPER, THAT JUDGE RUNS HIS COURT, BUT HE (DEFENDANT, TICE) RUNS THIS PRISON, BECAUSE NO JUDGE CAN EVER GIVE A BLACK MAN RIGHTS A WHITE MAN WILL RESPECT, AND HE WAS NOT ABOUT TO COMPLY TO WASHINGTON V. KLEM, SETTLEMENT, WHICH MANDATES THE ENFORCEMENT OF THE LEAST RESTRICTIVE MEANS, SEE: 4]; 59; 35; 40,74; 215; 225; 31

249. ON OR NEAR 11.7.18; 12.19.18; 7.19.19; SAME ISSUES, DEFENDANT, E.TICE, DECLARE HE WAS AWARE OF THE DICTATES OF WASHINGTON V. KLEM, SETTLEMENT, PP. 5,7-8, WHICH PROVIDES PLAINTIFF IS ALLOWED EXCESS PERSONAL PROPERTY. ACCORDING TO DEFENDANT, TICE, HE WAS PENALIZING PLAINTIFF FOR ALWAYS FILING GRIEVANCES, BEING DISRESPECTFUL IN REFUSING TO SIGN OFF ON A GRIEVANCE, PLAINTIFF RELIGIOUS BELIEFS, RACE, AND ON BEING COMMUNICATION WITH AUTHORITIES i.e. BASE ON NON PENOLOGICAL REASONS, DEFENDANT, TICE ACTIONS CONSTITUTED FREE SPEECH-N-RLUIPA VIOLATIONS UNDER 42 USC 2000CC, 1-5; 18 USC 1373 247; FIRST AMENDMENT SEE: 4]; 39,40, 35,74; 215-225; 31

250. ON OR NEAR 1.9.18, RELIGIOUS LITERATURE, DEFENDANT, W.L, BOWER, UNIT MANAGER DENIAL OF THE LEAST RESTRICTIVE MEANS HAS MADE THE DAILY PRACTICE OF PLAINTIFF RELIGIOUS BELIEFS IMPOSSIBLE. PLAINTIFF RELIGIOUS AND RELIGIOUS LITERATURE ARE ONE AND THE SAME, THEREFORE, DEFENDANT, BOWERS DENIED PLAINTIFF POSSESSION OF HIS RELIGIOUS LITERATURE, DEFENDANT, BOWERS ALSO DENIED PLAINTIFF THE "DAILY" PRACTICE OF HIS RELIGIOUS BELIEFS SEE: 4]; 38,39,40,74; 215-225

251. SAME EVENT, DEFENDANT, BOWERS DENIAL OF THE LEAST RESTRICTIVE MEANS DID NOT MERELY DENY PLAINTIFF ONE OR TWO DAYS TO PRACTICE HIS RELIGIOUS BELIEFS. TO DATE! IT HAS BEEN MORE THAN 908 STRAIGHT DAY-N-STILL COUNTING, THIS COULD HAVE EASILY BEEN AVOIDED WITH COMPLIANCE OF THE LEAST RESTRICTIVE MEANS", PER RLUIA. ACCORDING TO DEFENDANT, BOWERS, DENIAL OF RELIGIOUS COMPLAINTS W V. D

(30)

LITERATURE WAS DUE TO PLAINTIFF FILING GRIEVANCES HISTORY, NON PENOLOG-ICAL INTEREST. DEFENDANT, BOWERS ACTIONS CONSTITUTED FREE SPEECH-N-RLUIPA RIGHTS UNDER 42 USC 2000cc, 1-5; 18 USC 13 3{247} FIRST AMENDMENT (SEE: 227, 269)

252. ON OR NEAR 4.8.17, FAILURE TO ACT, DEFENDANT, R. SNYDER, CAPTAIN OF SECUR-ITY, AIDED -N-ABETTED TWO WHITE INMATES TO SUCCESSFULLY STEAL-N-TRADE PLAINTIFF RELIGIOUS BOOKS FOR DRUGS. PLAINTIFF REPEATEDLY MADE DEFENDANT SNYDER AW-ARE SEVERAL TIMES OVER VIA CONFIDENTIAL INTERVIEWS-N-REQUEST TO STAFF DE-FENDANT SNYDER FOR SEVERAL WEEKS RESPONDED "SURE THE WHITE MAN STOLE YOUR RELIGIOUS BOOKS" "BLACKS ALWAYS CLAIM WHITES ROBBED THEM" (SEE: 186, 272)

253. SAME EVENT, 4.8.17, DEFENDANT, R. SNYDER, HAVING BEEN MADE AWARE SEVERAL TIM-ES OVER DEFENDANT, SNYDER NOT ACTING FOR MORE THAN 30-DAYS ALLOWED THE TWO ALRE-ADY IDENTIFIED WHITE MALES, WHO HAD ALREADY AMITTED THEY STOLE PLAINTIFF BOOKS, TO HIDE PLAINTIFF BOOKS WITH THEIR FRIENDS, THE EXCHANGE THE BOOK FOR DRUGS.

254. SAME EVENT, 4.8.17, DEFENDANT, R. SNYDER RESPOND IMMEDIATE TO PRO-VIDE SAFETY-N-PROTECTION TO OTHER INMATE, ESPECIALLY WHITE INMATES, BASED ON NON PENOLOGICAL INTEREST, i.e. RACE, RELIGIOUS BELIEF, NOT SIGNING OFF ON GRI-EVANCE #659236; COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, SNYDER DE-LAYED. THE LOST OF RELIGIOUS BOOKS PLACED A BURDEN ON PLAINTIFF RELIGIOUS PRACTICE OF HIS RELIGIOUS BELIEFS, DEFENDANT, SNYDER ACTIONS-N-NON ACTION CONSTIT-UTED FREE SPEECH, RLUIPA - CRUEL AND UNUSAL PUNISHMENT VIOLATIONS-N-EQUAL PROTECTION VIOLATION, PER 42 USC 2000cc, 1-5; 18 USC 13 3{247} FIRST-N-EIGHTH AMEND-MENTS (SEE: 351, 355, 364, 369, 374, 272)

255. ON OR NEAR 8.5.17, CONTINUING TO DATE! RELIGIOUS LITERATURE, DEFENDANT, P. MAUST, CHAPLAIN PROVIDED ALL OTHER INMATES, ESPECIALLY WHITE INMATES AND/OR NON CHILDREN OF THE SUN CHURCH BELIEVERS, WITH PRIVISONS "FREE OF CHARGE" IRRESPECT OF THE AMOUNT OF RELIGIOUS LITERATURE CONCERNING THEIR RELIGIOUS BE-LIEFS, IRRESPECT OF AVAILBILITY IN THE MAIN LIBRARY; BASED ON NON RELIGIOUS IN-TEREST, DEFENDANT, MAUST DENIED PLAINTIFF REQUEST FOR RELIGIOUS LITERATURE RE-ADILY AVAILABLE, CONCERNING PLAINTIFF RELIGIOUS BELIEFS, i.e. PERTAINING TO AFRIKA-N-AFRIKAN PEOPLE (SEE: 183, 215-245, 256-258, 364)

256. 8.5.17, SAME EVENT, DEFENDANT, P. MAUST, DENIED PLAINTIF, A INDIGENT INMAT RELIGIOUS LITERATURE NOT IN THE MAIN LIBRARY, CONTINUING TO DATE! ACCORDING TO DEFENDANT, MAUST, BECAUSE THE RELIGIOUS LITERATURE PLAINTIFF REQUESTED CONCERNED FACTS ABOUT AFRIKA-N-AFRIKAN PEOPLE, IT IS NOT RELIG-IOUS LITERATURE, THEREFORE, DEFENDANT, MAUST DECLARED HE DID NT HAVE TO PRO-VIDE PLAINTIFF WITH IT.

257. SAME EVENT, 8.5.17 -CONTINUING TO DATE! DEFENDANT, P. MAUST DENIED PL-AINTIFF RELIGIOUS LITERATURE WHICH DEFENDANT, MAUST HAS READILY AVAILABLE ACCESS TO AN INEXHAUSTIBLE RELIGIOUS LITERATURE SUPPLY, DEFENDANT, MAUST DID NOT USE THE LEAST RESTRICTIVE MEANS, DEFENDANT, MAUST DENIAL OF RELIGIOUS LIT-ERATURE PLACED A BURDEN ON THE "DAILY" PRACTICE OF PLAINTIFF RELIGIOUS BELIEFS.

COMPLAINT: W V. D

(31)

DEFENDANT, MAUSZ ACTIONS CONSTITUTED FREE SPEECH-N-RLUIPA VIOLATIONS PER 42
USC 2000cc, 1-5; 18 USC 1333247; FIRST AMENDMENT

258. SAME EVENT, 8.5,17 - ONGOING TO DATE! DEFENDANT, MAUSZ DECLARED IF PL-
AINTIFF HAD NOT SUED SCI-GREENE COUNTY STAFF, REFUSED TO SIGN OFF ON
GRN #059236; AND CONTINUOUSLY COMMUNICATED WITH AUTHORITIES, DEFEND-
ANT, MAUSZ WOULD PROVIDE PLAINTIFF WITH RELIGIOUS LITERATURE UPON REQUEST.
DEFENDANT, MAUSZ ACTIONS CONSTITUTED FREE SPEECH -N- RLUIPA VIOLATIONS PER
42 USC 2000 CC, 1-5; 18 USC 1333247; FIRST AMENDMENT.

259. ON OR NEAR 11.27.18; 12.13.18; 2.8.19; 4.2.19; 5.30.19; 6.17.19; 8.1.19; 9.5.19; 10.2.
19; SEE 130,131,164,170,52,156,270,170-172,174-176; 40: 340-342, 376, 27
DEFENDANT, K. DELISMA, DR, -N- MEDICAL DIRECTOR, SICK CALL, RATIONALE FOR HIS
DELIBERATE INDIFFERENCE TO PLAINTIFF CHRONIC AILMENTS WAS THE PENALTY FOR
PLAINTIFF HAVING FILED GRIEVANCE AGAINST DEFENDANT, DELISMA; PLAINTIFF HAV-
ING SUED MEDICAL STAFF CURRENTLY UNDER HIS SUPERVISION, AND PLAINTIFF COMMUNI-
CATIONS WITH AUTHORITIES. DEFENDANT, DELISMA ACTIONS CONSTITUTE FREE SPEECH
CONSPIRACY -N- RETALIATION               SEE 132,135, 21-29, 33,35,39-41,43-60; 62;
VIOLATIONS PER FIRST AMENDMENT; 42 USC 1985          174,172,363,376

260. ON OR NEAR 1.15.18; SICK CALL; DEFENDANT, J. GIRONE, DOCTOR, PROFESSED
PENALIZING PLAINTIFF FOR HAVING SUED MEMBERS OF SCI-SOMERSET MEDICAL
STAFF, FILING GRIEVANCES, CONTINUOUS COMMUNICATIONS WITH AUTHORITIES,
CONSPIRACY -N-RETALIATION
DEFENDANT, GIRONE ACTIONS VIOLATED PLAINTIFF FREE SPEECH RIGHT PER FIRST
AMENDMENT; 42 USC 1985 SEE 114, 52; 193, 274; 351, 352; 338-342; 363; 364; 376, 27, 40,

261. ON OR NEAR 4.3.18; 11.6.18; 11.20.18; 12.4.18; 2.4.19; 3.13.18; SICK CALL, DEFEND-
ENT, E. KAUFFMAN, DOCTOR; RATIONALE WAS HE WAS PUNISHING PLAINTIFF FOR FILING
A GRIEVANCE AGAINST HIM, AND LAWSUITS AGAINST DEFENDANT, KAFFMAN, -N- COMMUNI-
CATION WITH AUTHORITIES, EVEN DARED PLAINTIFF TO SUE DEFENDANT KAUFFMAN, DE-
CONSPIRACY -N- RETALIATIONS
FENDANT, KAUFFMAN ACTIONS CONSTITUTED FREE SPEECH VIOLATION PER FIRST AMEND-
MENT; 42 USC 1985 SEE 118, 52, 27, 40, 132, 195, 275, 172, 351, 352, 338-344, 369, 364, 376

262. ON OR NEAR 10.18.17 AND 2.19.19, EYE EXAM, DEFENDANT, R. IRWIN, OPTOMET-
RIST, RETALIATED, ACCORDING TO DEFENDANT, IRWIN, PLAINTIFF CONTINUOUSLY
COMMUNICATION WITH AUTHORITIES WHICH INCLUDED COMPLAINING OF DEFENDANT,
IRWIN, FILED A GRIEVANCE AGAINST DEFENDANT, IRWIN, HABITUALLY FILING GRIE-
VANCES -N-LAW SUITS AGAINST DEFENDANT, IRWIN CO-WORKER IN THE MEDICAL DEPART-
MENT, CHALLENGED PLAINTIFF TO SUE DEFENDANT IRWIN. DEFENDANT, IRWIN ACT-
-N-RETALIATION, CONSPIRACY
IONS CONSTITUTED FREE SPEECH RIGHT PER FIRST AMENDMENT; 42 USC 1985 SEE 151, 52, 376
AG:
263. ON OR NEAR 12.24.18; 3.22.19 SICK CALL, R. PLAYSO, PACS, RETALIATION, STATED
PLAINTIFF HAD SUED HER -1          ; CONTINUE COMMUNICATIONS WITH AUTHORITIES,
CONSTANTLY FILING GRIEVANCES AGAINST HER, AND FELLOW MEDICAL PROFFESIONALS.
CONSPIRACY -N-RETALIATION
DEFENDANT, PLAYSO ACTION CONSTITUTED FREE SPEECH VIOLATION PER FIRST AMENDMENT
42 USC 1985 SEE: 143, 153, 52; 21, 199, 277, 142, 338-343, 27, 40, 363, 364, 376

264. ON OR NEAR 7.2.18, SICK CALL, DEFENDANT, L. DARNELLY, CNP; DEFENDANT, DARL-
ING DELIBERATE INDIFFERENCE WAS DUE, ACCORDING TO DEFENDANT, DARLING, PLAINT-

COMPLAINT: W.V.D                    (32)

IFF HAVING SUED SCI-SOMERSET MEDICAL PROFESSIONALS, CONTINUOUSLY FILING GRIEVANCES, AND COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, DARLING ACTIONS CONSTITUTE CONSPIRACY, FREE SPEECH VIOLATIONS AND RETALIATION PER FIRST AMENDMENT, 42 USC 1985 SEC. 122

245. ON OR NEAR 12.20.18, 12.24.18, SICK CALL, DEFENDANT, FETTERMAN, RETALIATION, ACCORDING TO DEFENDANT, FETTERMAN, CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, HAVING SUED SCI-SOMERSET MEDICAL PROFESSIONAL, AND ALWAYS FILING GRIEVANCES, DEFENDANT, FETTERMAN ACTIONS CONSTITUTED RETALIATION-N-FREE SPEECH RIGHT PER FIRST AMENDMENT, 42 USC 1985 SEC. 140, 141, 144, 219; 70; 28-30; 39-41; 43-62; 68-71; 82; 338-343; 350-352; 354; 362-364; 366-368; 376; 200

246. ON OR NEAR 1.18.19, SICK CALL, DEFENDANT, R, HUTCHINSON, PAC., RETALIATION ACCORDING TO DEFENDANT, HUTCHINSON, FOR PLAINTIFF CONTINUOUS COMMUNICATION WITH AUTHORITIES, FILED A GRIEVANCE AGAINST DEFENDANT, HUTCHINSON, HAVING SUED DEFENDANT, HUTCHINSON-N-SCI-SOMERSET MEDICAL PROFESSIONALS, DEFENDANT, HUTCHINSON ACTIONS CONSTITUTED RETALIATION-N-FREE SPEECH VIOLATION PER FIRST AMENDMENT. CONSPIRACY 42 USC 1985 SEC. 145, 52, 202, 204, 145, 21, 280, 338-343, 350-352, 354; 362-364; 366-368; 376; 21-30; 39-41; 43-62; 68-71; 82.

247. ON OR NEAR 3.22.19, 4.12.19, 6.17.19, SICK CALL, DEFENDANT, D, TESTA, PAC; RETALIATIONS BASED ON PLAINTIFF HAVING SUED SCI-SOMERSET MEDICAL PROFESSIONALS, CONSTANTLY FILING GRIEVANCE, AND CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, TESTA ACTIONS CONSTITUTED RETALIATION-N-FREE SPEECH VIOLATION CONSPIRACY PER FIRST AMENDMENT, 42 1985 SEC/2 153, 158, 52, 145, 200, 281, 338-343; 350-352; 354; 362-364; 366; 362-368; 376; 81, 30; 39-41; 43-62; 68-71; 82.

248. ON OR NEAR 11.7.18, 12.19.18, 7.19.19, CONFIDENTIAL INTERVIEW, DEFENDANT, E, TICE, WARDEN, & FAILURE TO ACT, BASED ON PLAINTIFF HAVING SUED SCI-SOMERSET-N-SCI-GREENE DOC STAFF, AND MEDICAL PROFESSIONALS, PLAINTIFF COMPLAINING ABOUT DEFENDANT, TICE THROUGH CONTINUOUS COMMUNICATIONS WITH AUTHORIES, ALWAYS FILING GRIEVANCES-N-LAWS, DEFENDANT, TICE NON ACTION-N-ACTION CONSTITUTED CONSPIRACY RETALIATION-N-FREE SPEECH VIOLATIONS PER FIRST AMENDMENT. 42 USC 1985, 52, SEC. 52, 127, 207, 21, 29, 126, 137, 138, 208, 209, 220-222, 282, 338-343; 350-352; 2363, 364, 347, 376.

249. ON OR NEAR 12.24.18, LIT.19, 5.6.19-5.8.19, ACCESS TO MEDICAL CARE, DEFENDANT, B.P. HYDE, BASED, ACCORDING TO DEFENDANT, HYDE, HEALTH CARE ADMINISTRATOR, PLAINTIFF HAD SUED HIM-N-SCI-SOMERSET MEDICAL PROFESSIONALS, CONTINUELY FILING GRIEVANCES, AND COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, HYDE ACTS CONSTITUTED RETALIATION-N-FREE SPEECH VIOLATIONS PER FIRST AMENDMENT 42 USC 1985 CONSPIRACY SEC. 52, 147, 159-160, 42, 66, 36, 99, 147, 159-162, 269, 283, 338-343; 346; 350-354; 363, 364, 367; 375, 376, 31.

270. ON OR NEAR 4.2.19, 5.30.19, 9.5.19, SICK CALL, DEFENDANT, K, DELISMA, MEDICAL, RATIONALE, TO PENALIZE PLAINTIFF FOR FILING A GRIEVANCE AGAINST DEFENDANT, SUING MEDICAL PROFESSIONALS UNDER DEFENDANT, DELISMA SUPERVISION, CONSTANTLY FILING GRIEVANCES-N-COMMUNICATING WITH AUTHORITIES, DEFENDANT, DELISMA ACTION CONSTITUTED RETALIATION-N-FREE SPEECH VIOLATION PER FIRST AMENDMENT, 42 USC 1985 CONSPIRACY SEC. 21, 87, 136, 151, 156, 22-60, 61, 259, 338-342, 350-354, 363, 364, 367, 366, 376

271. ON OR NEAR 9.10.19, ACCESS TO RELIGIOUS LITERATURE, DEFENDANT, UNIT MANAGER, W.L, BOWERS ACTION WAS BASED ON THE RATIONALE, PLAINTIFF HAD SUED HIM, ALWAYS FILED GRIEVANCES, AND COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, W.

COMPLAINT: W. V. D

L. BOWERS ACTIONS CONSTITUTED RETALIATION-N-FREE SPEECH VIOLATIONS PER FIRST AMENDMENT; 42 USC 1985, SEE 52; 214, 216, 217, 219, 222, 223, 225, 232, 236, 237, 240, 243, 250, 251; 338-342; 379, 351; 355, 356; 363-365; 369; 374, 375, 376

272. ON OR NEAR 4.8.17; FAILURE TO ACT; DEFENDANT, R. SNYDER, SECURITY CAPT. RATIONALE THAT PLAINTIFF HAD SUED SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS, CONTINUOUSLY FILING GRIEVANCES, AND COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, SNYDER ACTIONS CONSTITUTED CONSPIRACY RETALIATION-N-FREE SPEECH VIOLATIONS PER FIRST AMENDMENT; 42 USC 1985; SEE 52; 252-254, 185, 186; 232, 236; 338-342; 349, 351; 355; 356; 363, 364; 369; 374, 376

273. BEGINNING ON OR NEAR 4.11.8 - STILL ONGOING, SPORTS OFFICIATING, DEFENDANT, R. PESCHOCK, ACTIVITIES SPECIALIST TO DATE! CONTINUE, ABUSE PLAINTIFF FOR HAVING SUED HER, FILED A GRIEVANCE AGAINST DEFENDANT, PESCHOCK, AND COMMUNICATING WITH AUTHORITIES, DEFENDANT, PESCHOCK ACTIONS CONSTITUTED CONSPIRACY RETALIATION-N-FREE SPEECH VIOLATION PER FIRST AMENDMENT; 42 USC 1985 SEE 52; 187-191; 338-342; 351; 355, 358-364; 376

274. ON OR NEAR 1.15.18; SICK CALL, DEFENDANT, J. BIRONE, DOCTOR; RATIONALE FOR HIS MISCONDUCT, PLAINTIFF SUED DEFENDANT, BIRONE CO-WORKERS, CONSTANTLY FILED GRIEVANCES AND COMMUNICATED WITH AUTHORITIES, DEFENDANT, BIRONE ACTIONS CONSTITUTED CONSPIRACY RETALIATION-N-FREE SPEECH VIOLATIONS; 1ST AMENDMENT; 42 USC 1985; SEE 52; 114, 115, 260

275. ON OR NEAR 4.3.18; 3.13.18; 12.4.18; 2.4.19. SICK CALL, DEFENDANT, E. KAUFFMAN, PACS, EACH OCCASION, DEFENDANT, KAUFFMAN PROFESSED A DENIAL OF MEDICAL CARE BECAUSE PLAINTIFF SUED HIM, SUED HIS COWORKERS, ALWAYS FILED GRIEVANCES-N-COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, KAUFFMAN ACTIONS CONSTITUTED CONSPIRACY RETALIATION-N-FREE SPEECH VIOLATIONS PER FIRST AMENDMENT; 42 USC 1985 SEE: 52; 118-120, 195-196; 121, 26; 338-342; 350-352; 354, 363, 364-369; 375, 376; 21-30; 35-37, 39-41; 43-86; 338-342; 352-353; 354; 363-369; 375-376

276. ON OR NEAR 10.18.17; EYE EXAMINATION, DEFENDANT, R. IRWIN, OPTOMETRIST, DELIBERATE INDIFFERENCE TO PLAINTIFF WEARING DARK SUNGLASSES, RIGHT EYE DISCHARGING PUS-N-BLOOD, DEFENDANT, IRWIN RESPONDED TO PLAINTIFF REPEATED REQUEST TO BE SEEN BY OPHTHALMOLOGIST, DEFENDANT, IRWIN APPEARED ANGRY WITH PLAINTIFF, DECLARED TO PLAINTIFF "YOU SUR HAVE AN AWFUL TO TELL AUTHORITIES, KEEP MY NAME OUT OF YOUR GRIEVANCES" ON OR NEAR 9.27.17; 10.18.17; 2.19.19; ALL THREE OCCASIONS, EYE EXAMINED; DEFENDANT, R. IRWIN DENIED PLAINTIFF, ACCORDING TO DEFENDANT IRWIN, TO PENALIZE PLAINTIFF FOR SUING HIM, FILING GRIEVANCE AGAINST DEFENDANT, IRWIN, PLAINTIFF HAD SUED DEFENDANT, IRWIN CO-WORKER, ALWAYS FILED GRIEVANCE-N-COMMUNICATED WITH AUTHORITIES, DEFENDANT, IRWIN CONSTITUTED CONSPIRACY CRUEL-N-UNUSUAL PUNISHMENT, RETALIATION-N-FREE SPEECH VIOLATIONS UNDER 1ST, 8TH, AND 14TH AMENDMENT; 42 USC 1985 SEE: 52; 196, 197; 157, 262; 338-342; 350-353; 354; 364-369; 363; 375; 376; 40, 21; 54

277. ON OR NEAR 12.24.18; 3.22.19, SICK CALL, DEFENDANT, R. PLAYSO, PAC; ENCOURAGED CO-WORKERS-N-ACTED IN CONCERT TO DENY PLAINTIFF MEDICAL CARE TO PENALIZE PLAINTIFF FOR SUING DEFENDANT, PLAYSO, FILING GRIEVANCES AGAINST DEFENDANT, PLAYSO; SUING SCI-SOMERSET MEDICAL PROFESSIONALS, ALWAYS FILING GRIEVANCES-N-COMMUNICATIONS WITH AUTHORITIES; DEFENDANT, PLAYSO ACTIONS CONSTITUTED RETALIATION, CONSPIRACY-N-FREE SPEECH VIOLATIONS PER 1ST AMENDMENT; 42 USC 1985; SEE 52; 198, 199; 141; 153, 143, 263 54, 46; 338-342; 350-352; 354 21; 363-369; 375, 376

COMPLAINT: W V. D

(34)

278. ON OR NEAR 1,18,19; SICK CALL, DEFENDANT, J, DARLING, CRNP, ACTED IN CON-
CERT TO PENALIZE PLAINTIFF FOR SUING SCI-SOMERSET MEDICAL PROFESSIONALS, DEFEND-
ANT, DARLING COWORKER; AND PLAINTIFF CONTINUEOUS FILING GRIEVANCES, AND COM-
MUNICATIONS WITH AUTHORITIES, DEFENDANT, DARLING ACTIONS CONSTITUTES RE-
TALIATION CONSPIRACY-N-FREE SPEECH VIOLATIONS, PER FIRST AMENDMENT, 42 USC
1985 SEE; 52,122,264,21,27,42-51,56-60,200,39,40,22-26;40,338-342,350;350-352,363-369,
375;376;54;

279. ON OR NEAR 12,20,18; 12,24,18; SICK CALL; DEFENDANT, FETTERMAN, CRNP, ACTED
IN CONCERT TO PENALIZE PLAINTIFF FOR HAVING SUED DEFENDANT, FETTERMAN CO-WORK-
ERS i.e. SCI-SOMERSET MEDICAL PROFESSIONALS, COMMUNICATIONS WITH AUTHORITIES AND
CONTENUOUSLY FILING GRIEVANCES, DEFENDANT, FETTERMAN ACTIONS CONSTITUTED
CONSPIRACY, RETALIATION-N-FREE SPEECH VIOLATIONS PER FIRST AMENDMENT, 42 USC
1985; SEE: 52; 140,141,142,265;21;40,27; 338-342; 350-352, 363-369; 375;376;54

280. ON OR NEAR 1,18,19; SICK CALL; DEFENDANT, R, HUTCHENSON, DOCTOR, PENALIZED
PLAINTIFF FOR HAVING SUED DEFENDANT, HUTCHINSON-N-CO WORKERS, THE SCI-SOMER-
SET MEDICAL PROFESSIONALS, ALWAYS COMMUNICATING WITH AUTHORITIES-N-FILING
GRIEVANCES, DEFENDANT, HUTCHINSON ACTIONS CONSTITUTED RETALIATION PER 1ST.
AMENDMENT; 42 USC 1985 SEE:52; 145,266;21,40,27, 338-342; 350-352, 363-369; 375; 376,54

281. ON OR NEAR 3,22,19; 4,12,19; 6,17,19; SICK CALL; DEFENDANT, D-TESTA, PACS, ACTED
IN CONCERT TO PENALIZE PLAINTIFF FOR SUING DEFENDANT, TESTA CO-WORKER, AND SCI-
SOMERT MEDICAL PROFESSIONALS, ALWAYS FILING GRIEVANCES -N-COMMUNTCATIONS
WITH AUTHORITIES, DEFENDANT, TESTA ACTIONS CONSTITUTED CONSPIRACY, RETALIATION
-N-FREE SPEECH VIOLATIONS PER FIRST AMENDMENT, 42 USC 1985; SEE 52, 53,158,166,267;41;27;
40,54; 338-342; 350-352; 54

282. ON OR NEAR 11-7,18; 12,19,18; 7,19,19; INTERVIEWS; DEFENDANT, E,TICE; WARDEN; ACTED IN
CONCERT TO PENALIZE PLAINTIFF FOR SUING SCI-GREENE-N-SCI-SOMERSET DOC STAFF, AND
MEDICAL PROFESSIONALS, FILING GRIEVANCES, AND COMMUNICATIONS WITH AUTHORITIES,
WHEREIN DEFENDANT, TICE PARTICIPATED IN THE MISCONDUCT, OR DID NOT CORRECT OR STOP
THE MISCONDUCT OF THOSE UNDER HIS SUPERVISION. DEFENDANT, TICE ACTION -N-NON ACT-
IONS CONSTITUTED CONSPIRACY, RETALIATION-N-FREE SPEECH VIOLATIONS UNDER
FIRST AMENDMENT; 42 USC 1985; SEE: 52,127,209,268;21;27;40;54;230-234;232;236;247;
266;338-342; 350-352; 363-369; 375; 376; 31

283. ON OR NEAR 12,24,18; 1,17,19; 5-6,19 - 5,8,19; SICK CALL-N- ACCESS TO MEDICAL CARE, DE-
FENDANT, B,P, HYDE, HEALTH CARE ADMINISTRATOR; ACTED IN CONCERT TO PENALIZE
PLAINTIFF FOR SUING DEFENDANT, HYDE, AND SCI-SOMERSET MEDICAL PROFESSIONALS,
DOC STAFF, FILING NUMEROUS GRIEVANCES, AND COMMUNICATIONS WITH AUTHORITIES,
DEFENDANT, HYDE ACTIONS CONSTITUTED CONSPIRACY, RETALIATION-N-FREE SPEECH
VIOLATIONS PER FIRST AMENDMENT; 42 USC 1985; SEE 52, 159; 160,141,269; 21;27;39;36;
66;40; 338-342; 350-354.; 363-369; 375;376;349; 31

284. PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE
WRONG DESCRIBED HEREIN HAS BEEN AND WILL CONTINUE TO BE IRREPARELY INJURED BY
THE CONDUCT OF DEFENDANTS UNLESS THIS COURT GRANT THE DECLARATORY AND INJUNCT-
IVE RELIEF WHICH PLAINTIFF SEEKS.
COMPLAINT = W V.D

## VII. INJURY

285. PLAINTIFF ALLEGED AND INCORPORATE BY REFERENCE PARAGRAPHS 1—284

286. IRREPARABLE INJURY OF LOST OF REWARDS IN THE AFTERLIFE DUE TO DENIAL OF "DAILY" PRAISE-N-WORSHIP, AND PROSELYTIZING, STILL ONGOING TO __DATE__!

287. HEART FAILURE

288. BOTH FEET COVERED IN CALLUS SKIN CAUSING WALK TO BE PAINFUL

289. THE MANDATES OF WASHINGTON V. KLEM SETTLEMENT, SCI-SOMERSET ALREADY APPROVED OF EXCESS RELIGIOUS-N-LEGAL PROPERTY, WHICH TO __DATE__! HAS CAUSED PLAINTIFF "DAILY" PRACTICE OF PLAINTIFF RELIGIOUS BELIEFS TO BE IMPOSSIBLE

290. AFFECTS OF DIGESTIVE DISORDER, i.e. PERICARDITIS, VISION PROBLEMS, LOSS OF MUSICAL PHYSIQUE MEMORY LOSS, LOSS OF STAMINA, ENERGY, CONCENTRATION, CIRCULATION PROBLEM, SUDDEN-N-GROSS LOSS OF WEIGHT

291. FURTHER LOSS OF EYESIGHT IN RIGHT EYE

292. PSYCHOLOGICAL DAMAGES AS RESULT OF INABILITY TO PRACTICE RELIGIOUS BELIEFS

293. EARLY STAGE OF DEMENTIA

294. LOSS OF ABILITY TO EAT-N-DIGEST VARIOUS FOODS

295. INABILITY TO RAISE VOICE ABOVE A WHISPER

296. IRREVERSIBLE FOOT FUNGUS, WHICH ENTAILS BLACKENED TOE NAILS, FEET COVERED IN SKIN SO DRY IT'S LIKED UNTO ALLIGATOR HIDE, AND LARGE CALLUSES

297. DETERIORATION OF MUSCLES

298. DEFORMED ANKLES, ELBOWS, FINGERS

299. LOSS OF EXPENSIVE RELIGIOUS BOOKS

300. URETHRAL STRICTURE

301. DUE TO DENIAL OF MEDICAL CARE AT ALL TIMES RELEVANT THE FOREGOING INEVITABLE WILL GET WORST

## VIII. PRAYER FOR RELIEF

302. PLAINTIFF ALLEGED AND INCORPORATE BY REFERENCE PARAGRAPHS 1-301

303. IMMEDIATE PLACEMENT IN JOHNS HOPKINS OR WALTER REED HOSPITAL AND REMAIN THERE UNDER THE CARE-N-PROVIDED CARE BY SPECIALISTS UNTIL PLAINTIFF IS PERSONALLY CONVINCED ALL OF PLAINTIFF HEALTH PROBLEMS ARE CURED OR CORRECTED.

304. IMMEDIATE NEEDED SURGERY ON EYE OR EYES AT WILLS EYE CLINIC IN PHILADPHIA.

305. IMMEDIATE MEDICAL CARE BY OPHTHALMOLOGISTS, GASTROENTEROLOGISTS, OTOLARYNGOLOGIST, UROLOGIST, CARDIOLOGISTS, DERMATOLOGISTS, PODIATRISTS AND ALL OTHER SPECIALISTS, CONDUCTED AT JOHNS HOPKINS UNIVERSITY HOSPITAL, OR WALTER REED HOSPITAL

306. ALL MEDICAL CARE FREE OF CHARGE, i.e. SICKCALL, DOCTORS VISITS, MEDICINES FOR LIFE, INCLUDING HOSPITAL STAYS-N-SPECIALISTS

307. PLAINTIFF'S PERSONAL CHOICE OF A SUPPLEMENTAL DIETS, PERMANENTLY FOR LIFE

308. FOLLOW UP MEDICAL CARE BY SPECIALISTS CONDUCTED ON A WEEKLY BASIS

309. PROVIDE PLAINTIFF WITH A DOCTOR'S VISIT THREE DAYS PER WEEK FOR LIFE WITH-COMPLAINTS W.V.D

OUT HAVING TO ~~SUBMIT A SICK CALL REQUEST~~

310. MEDICAL DEPARTMENT RESPOND THE NEXT DAY WITH CARE THAT MEETS THE REQUIREMENTS OF THE EIGHTH AMENDMENT TO EACH-N-EVERY SICK CALL REQUEST

311. MEDICAL RECORDS THAT DICTATES THAT PLAINTIFFS TO BE ONLY! HOUSED ON THE TOP TIER UNTIL PLAINTIFF IS CONVINCE PERSONALLY IT IS A HEALTH PROBLEM, OR PLAINTIFF REQUEST TO MOVE

312. PERMANENT Z-CODE STATUS

313. HAIR TRANSPLANT

314. NO LIMITS ON IN CELL STORAGE, AND R-N-D STORAGE SPACE

315. TO BE ENFORCED IN FACILITIES AFFILIATED WITH THE PA. DOC (INCLUDING OUT PATIENT PROGRAMS, HALFWAY HOUSES-N-MENTAL INSTITUTIONS) SHALL PROVIDE PLAINTIFF SPACE, A SPECIFIC DAY OF THE WEEK, AND TIME FOR WEEKLY WORSHIP SERVICES, AND STUDY GROUPS, AND SEAG: SELF ENHANCEMENT AWARENESS GROUP; ALL CONSISTING OF 120 MINUTES PER SSESSION; ANNUAL CELEBRATIONS, AND FESTIVITIES THAT ARE RECOGNIZED BY THE CHILDREN OF THE SUN CHURCH, i.e. BLACK HISTORY MONTH i.e. THE ENTIRE MONTH OF FEBRUARY, KWANZAA SEASON, i.e. DECEMBER 26 - JANUARY 1st; AFRIKAN LIBERATION - MAY 25A; JUNETEENTH; NAKUMBAKAY - NOVEMBER 11th; AND ANNUAL PICNIC; PLAINTIFF RELIGIOUS SERVICES ARE GROUNDED IN THE TEACHINGS OF THE CHILDREN THE SUN CHURCH. . . . THE CHILDREN OF THE SUN CHURCH GRANTED PERMANENT PERMISSION TO SPONSOR A SALE ONCE EVERY THIRTY DAYS, WHEREIN THE CHILDREN OF THE SUN CHURCH RECEIVES ONE HUNDRED PERCENT OF THE PROFITS-N-PROCEEDS, TOTAL FREEDOM TO INVITE A SPEAKER, OR GUEST SPEAKER FOR WORSHIP SERVICES-N-FESTIVITIES, PLAINTIFF WILL DECIDE

316. PERMANENT ASSIGNMENT AS FACILITATOR FOR CHRISTIAN BLACK STUDIES GROUP, LEADER OF THE CHILDREN OF THE SUN WORSHIP SERVICES, AND THE SELF ENHANCEMENT AWARENESS GROUP: SEG; PAID JOB WITH HIGHEST POSSIBLE HOURLY RATE FOR EACH GROUP, EIGHT HOURS WORK DAY, AND SEVEN DAYS WORK WEEK

317. IMMEDIATE COMPLETE COMPLIANCE, PERMANENTLY WITH THE DICTATES OF THE WASHINGTON V. KLEM, SETTLEMENT AGREEMENT

318. A DECLARATION THAT STATES THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF RIGHTS UNDER PA. CONSTITUTION, ARTICLE 1 ¶ 26; AND FIRST, EIGHTH AND FOURTEENTH AMENDMENTS, 42 USC 1875; 2000cc, 1-5; 18 USC 1311247

319. PRELIMINARY-N-INJUNCTIVE RELIEF

320. COMPENSATORY DAMAGES IN THE AMOUNT OF #1,030,000 AGAINST EACH DEFENDANT JOINTLY AND SEVERALLY, PER VIOLATION OF PLAINTIFF 1st, 8th, 14th, AND RLUIAM RIGHTS, AND 42 USC 1985; 18 USC 1311247

321. COMPENSATORY DAMAGES FOR PSYCHOLOGICAL OR EMOTIONAL INJURY IN THE AMOUNT OF 1,000,000

322. TWENTY DOLLARS OF FREE PHOTO COPYING PER WEEK

323. A LIFE TIME SUBSCRIPTION OF PLAINTIFF CHOICE OF FOUR DIFFERENT NEWSPAPERS, MAGAZIES, NEWSLETTERS; AND A WEEKLY SUPPLY OF PLAINTIFF CHOICE OF ARTICLES

COMPLAINT: W V. D

OF 20 SEPARATE ARTICLES, AND ONE BOOK OF PLAINTIFF CHOICE FREE OF CHARGE

324. HYGIENE-N-COSMETIC (SKIN LOTION, AFTER SHAVE, SHAVING CREAM, DEODORANT, TOOTH-PASTE, SOAP) OF PLAINTIFF CHOICE FREE OF CHARGE UPON REQUEST

325. PLAINTIFF CHOICE OF EYEGLASS FRAMES UPON REQUEST FREE OF CHARGE

326. PERMANENT ASSISTED THE CREW OF BOTH BASKETBALL-N-SOFT BALL OFFICIALS ENFORCED IN ALL PA. PRISONS WHERE PLAINTIFF IS HOUSED, PAY GUARANTEED AT THE HIGHEST POSSIBLE PAY RATE, SEVEN DAYS WORK WEEK EVEN WHILE HOUSED IN RHU

327. PUNITIVE DAMAGES IN THE AMOUNT OF $40,000,000 AGAINST EACH DEFENDANT JOINTLY AND SEVERLY FOR EACH VIOLATION OF PLAINTIFF 1st, 8th, 14th AMENDMENT RIGHTS, RLUIPA RIGHTS, 42 USC 1985; 18 USC 13 §24

328. PROVIDE LIFE TIME SUBSCRIPTION OF CABLE T.V. FREE OF CHARGE

329. PLAINTIFF CHOICE OF TYPEWRITER, RADIO, STINGER @ SEPARATE ONES, T.V. ANNUALLY, REPAIRS OR REPLACEMENT, FOR LIFE FREE OF CHARGE

330. COMMUTATION IMMEDIATELY

331. COMPENSATED FOR THE COST IN THIS LAW SUIT

332. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.


# IX. DECLARATION OF HENRY UNSELD WASHINGTON

333. PLAINTIFF ALLEGES AND INCORPORATE BY REFERENC PARAGRAPHS 1-332

334. HENRY UNSELD WASHINGTON HERE BY DECLARES:

335. I, HENRY UNSELD WASHINGTON, AM THE PLAINTIFF IN THIS LEGAL ACTION CURRENTLY HOUSED AT SCI-SOMERSET

336. ON OR NEAR 8.10.09, FOR THE SECOND TIME PLAINTIFF WAS TRANSFERRED INTO SCI-GREENE, AND REMAINED IN THE RHU UNTIL 7.14.15, WHEN TRANSFERRED INTO SCI-SOMERSET, AFTER HAVING ENDURED NEAR 71 STRAIGHT MONTHS OF A REIGN OF HIDEOUS "SEXUL-N-PHYSICAL ASSAULTS" AND "SEXUAL HARASSMENT", DENIED BASIC HUMAN NEEDS, RLUIPA, FREE SPEECH, ACESS TO COURT, EQUAL PROTECTION, CARRIED OUT AGAINST ME SEVERAL TIMES OVER BY BOTH THE SCI-GREENE DOC-N-MEDICAL STAFFS

337. IN PLAINTIFF NEVER ENDING QUEST TO OBTAIN JUSTICE FOR MENTIONED ABUSES, AND DENIAL OF MEDICAL CARE PLAINTIFF BEGIN CONTINUE TO DATE! TELLING PEOPLE OF INFLUENCE BY MAIL, e.g. POPES FRANCIS-N-JOHN PAUL, MOTHER TERESA, WINNE-N-NELSON MANDELLA, HILLARY-N-BILL CLINTON, GEORGE W. BUSH, MICHELLE-N-BARACK OBAMA, JILL-N-JOE BIDEN, MELANIA, IVANKA-N-DONALD TRUMP, MIKE PENCE, JARED KUSHNER, GENERAL JOHN KELLY KRISTEN NEILSEN, JEFF SESSIONS, LORRETTA LYNCH, ERIC HOLDER, REINCE PRIEBUS TED RENDELL, TOM WOLFE, PA. U.S.-N-PA. SENATORS, CONGRESS PERSON-N-LEGISLATURES, PA. GOVERNORS, U.S. CONGRESSIONAL BLACK CAUCUS, PA. LEGISLATIVE BLACK CAUCUS, BLACK T.V. PERSONALITIES DON LEMON, CHRIST CUMO; GEORGE HOWELL, VAN JONES; WOLF BLIZER, ELECTED OFFICOMPLAINTS. W.V.D.

(38)

CIALS, SPORTS FIGURES, U.S. DISTRICT COURT, PA. DOC CENTRAL OFFICE, JANET RENO, GRIEVANCES, i.e. "AUTHORITIES" SEE: 27, 363

338. PLAINTIFF ALSO CONTACTED SEVERAL DIFFERENT ATTORNEYS e.g., ANGELINA BRYANT, VIC WALCZAK, LETICIA CHAVEZ-FREED, SUSAN LIN, A. SCOTT BOLDEN, BLAINE JONES, JEFFREY FIEGER, ROY BLACK, WILLIAM KUNSTER, RON KUBY, BRET GROTE, DUSTIN McDANIELS, COUNTLESS OTHERS

339. THIS CAUSED PA. DOC COMMISSIONER'S JOHN WHEZEL, PA. DOC CENTRAL OFFICE, PRISON STAFF, MEDICAL PROFESSIONALS, UNIT MANAGERS TO RETALIATE AGAINST PLAINTIFF IN THE MOST VICIOUS WAY; STILL ONGOING AT SCI-SOMERSET TO <u>DATE</u>!

340. DEFENDANTS, K. DELISMA, WILLIAM L. BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, R. PESCHOCK, J. GIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROXANNE PLAYSO, LARENE DONNELLY, FETTERMAN, RICHARD HUTCHINSON, D. TESTA, E. TICE, B.P. HYDE ON MORE THAN TWO OCCASIONS, SOME THREE-FOUR TIMES THEY WERE GOING TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES AGAINST THEM PERSONALLY, OR THEIR COWORKERS, FOR SUING DOC STAFF-N-MEDICAL PROFESSIONALS AT SCI-SOMERSET-N-SCI-GREENE, THEIR FAMILY MEMBERS, FRIENDS, NEIGHBORS, ARMY BUDDIES etc., CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, i.e. U.S. DISTRICT COURT, D.O.J., FILING GRIEVANCES-N-REQUEST TO STAFF CONCERNING PLAINING PLAINTIFF TIMELY SUBMITTED GRIEVANCES NOT BEING RESPONDED TO, /AND OR CONCERNING THEIR CONTINUOUS RETALIATIONS AGAINST PLAINTIFF. SEE: 27, 31, 40, 56, 57, 60-64, 138, 217, 218, 259-283

341. EACH DEFENDANT, ROUTINELY TAUNTED PLAINTIFF WITH THEIR BRAGGING-N-BOASTING OF HAVING PLAINTIFF PENALIZE BECAUSE PLAINTIFF TO EXPERIENCE HEART ATTACK SYMPTOMS, DENIAL OF MEDICAL CARE-RLUIPA-RELIGIOUS PRACTICE-EQUAL PROTECTION-N-FREE SPEECH RIGHTS, CONSPIRACY, RETALIATION, DENIAL OF ACCESS TO INMATE GRIEVANCES SYSTEM, DICTATES OF <u>WASHINGTON V. KLEM</u> SETTLEMENT SEE: 40, 52, 57, 60, 63, 136, 223, 342

342. THESE WERE NOT JUST INDIVIDUALS BLOWING OFF STEAM, EACH SCI-SOMERSET DOC STAFF MEMBERS-N-MEDICAL PROFESSIONALS CITED IN THIS LEGAL ACTION FOLLOWED UP THEIR THREATS WITH ACTION SEVERAL TIMES OVER SEE: 1-376 PASSIM

343. PLAINTIFF EXHAUSTED ALL AVAILABLE REMEDIES PURSUANT TO DC-ADM, 804 INMATE GRIEVANCE SYSTEM, e.g. NUMEROUS TIMES PLAINTIFF SUBMITTED TWO-THREE TIMES, AND REQUEST TO STAFF BECAUSE THE INITIAL GRIEVANCES, TIMELY SUBMITTED WERE NOT RESPONDED TO. SEE: 56, 88-98, 100-105, 342

344. EACH-N-EVERY GRIEVANCE SUBMITTED WHERE I REQUESTED MONETARY RELIEF THE GRIEVANCE COORDINATOR DID NOT RESPOND TO, SO MORE THAN TWO TIMES I ASKED CONFIDENTIALLY, WHY: THE GRIEVANCE COORDINATOR, H. SROKA RESPONDED AS IF SHE TOOK EXCEPTION TO MY ASKING SUCH A QUESTION, SHE FLAT OUT TOLD ME SHE WAS NOT GOING TO RESPOND TO EVERY GRIEVANCE WHERE I REQUESTED MONETARY RELIEF AND MY REQUEST TO STAFF CONCERNING WHY SHE DIDN'T RESPOND TO THOSE GRIEVANCES, ACCORDING TO MS. SROKA THE WARDENS, AND DEPUTY WARDENS GAVE HER DIRECT ORDERS NOT TO RESPOND SEE: 342, 347

COMPLAINT: VI. V. D

(39)

345. THE WARDEN AS DEPUTY WARDEN DURING THE TENURE OF DEFENDANT, H. SROKA TREVOR WINGARD-N- MELISSA HAINSWORTH. ON MORE OCCASION I MADE BOTH AWARE THAT ONE OF MY GRIEVANCE WHERE I'D REQUESTED MONETARY RELIEF WERE NOT SPONDED TO. DURING EACH INTERVIEW, CONDUCTED SEPARATELY FROM THE OTHER I WAS SCOLDED-N-ACCUSED OF MY COMMITTING DISCORD AMONG INMATES-N-STAFF, TOLD I WAS DISCOURTEOUS, BEING DISRESPECTFUL, DISRUPTIVE, DESTRUCTIVE; ACCORDING TO THE WARDENS: WINGARD-N-HAINSWORTH, THEY BOTH HAD GIVEN THE GRIEVANCE COORDINATOR, H. SROKA, DIRECT ORDERS NOT TO RESPOND EVERY GRIEVANCE WHERE I REQUESTED MONETARY RELIEF, AND I WOULD BE WASTING MY TIME TO CONTINUE FILING GRIEVANCES REQUESTING MONETARY RELIEF

346. ACCORDING TO THE GRIEVANCE COORDINATOR, H. SROKA, DECLARED, THERE WAS ABSOLUTELY NO FAULTS OR SHORT COMINGS IN THE GRIEVANCES I'D FILED WHICH SHE ASSIGNED A GRIEVANCE TRACKING NUMBER, OTHERWISE SHE WOULD HAVE REJECTED MY GRIEVANCE, ACCORDING TO MS. SROKA, IT WAS NOT NECESSARY FOR ME TO REQUEST MONETARY RELIEF IN A GRIEVANCE, WHY COULDN'T I GET IT

347. I BELIEVE IT WOULD BE HELPFUL FOR THE COURT TO KNOW, I AM 75 PLUS YEARS OF AGE, AGED, WEAK, OFTEN IN SUCH PAIN -N- DISCOMFORT I AM UNABLE TO STAND UPRIGHT, INCAPABLE OF SPEAKING ALOUD, I DO NOT HAVE A ARMY, I AM A POOR BLACK MALE, NO FAMILY MEMBERS IN THE STATE OF PENNSYLVANIA, BOTH PARENTS NOW DECEASED, THEREFORE, I AM UNABLE TO HIRE AN ATTORNEY, AND NOBODY OF INFLUENCE TO SPEAK ON MY BEHALF, SO I CAN NOT! FORCE THE GRIEVANCE OFFICER TO RESPOND TO MY GRIEVANCES, I APPEALED TO BOTH WARDENS WHOM TOLD ME THAT I WAS WRONG FOR REQUESTING MONETARY RELIEF, AND THE GRIEVANCE COORDINATOR NOT RESPONDING TO MY GRIEVANCE WAS THE PROPER ACTION TO TAKE AND GROUNDED IN DOC POLICY DC-ADM 804; PLUS BOTH OPENLY STATED THEY'D PERSONALLY TOLD MS. SROKA NOT! TO RESPOND, I'VE DONE ALL I CAN DO, IF BOTH WARDENS, AND THE GRIEVANCE COORDINATOR HER SELF ALL ACTED IN CONCERT AGAINST ME

348. I AM NOT A HEALTHY PERSON, HAVING GONE THROUGH SIX STRAIGHT YEARS OF SHEER TORTURE, i,e. FINGERS, CARROTS, CUCUMBERS, BATON TIPS POKED INTO MY RETUM, DISINFECTENT-TOBACCO-N-SNUFF SPIT-CATCHUP SQUIRTED INTO MY RETUM, PUNCHED, JABBED WITH STICKS, KICKED, DENIED FOOD, MEDICAL CARE, SPAT UPON, etc. I AM VIVIDLY AFRAID FOR LIFE, EACH TIME I FILE A GRIEVANCE I AM ATTACKED; I SUFFER; I AM 75 PLUS YEARS OF AGE, NOBODY ACTS ON MY BEHALF; SO IF THE WARDENS (E. TICE, M. HAINSWORTH, T. WINGARD) WON'T HELP ME, THEN A GRIEVANCE COORDINATOR CAN SUMMARILY DISCARD MY GRIEVANCES, AND I'M TOLD SHE NOT GOING TO RESPOND, I AM HELPLESS, I TRULY CANNOT FORCE THE GRIEVANCE COORDINATOR TO RESPOND TO MY GRIEVANCE. SEE: 336, 342

349. PLAINTIFF IS THE FOUNDER-N-LEADER OF THE CHILDREN OF THE SUN CHURCH, WHO EARN REWARDS IN THE AFTERLIFE BASED ON THE NUMBER OF EYES I/FOLLOWERS OPEN WITH THE TEACHINGS OF THE CHURCH CONCERNING AFRIKAN BOOK, HIS NAME, AFRIKAN PEOPLE-KINGDOMS-EMPIRES-HEROINES-HEROES, etc. THE RELIGIOUS BOOK-N-LITERATURE, AND THE RELIGION ARE ONE-N-THE SAME, SO E. TICE, W.L. BOWERS-N-P. MAUST DENY ME MY COMPLAINT: W.V. O

(40)

ALREADY APPROVED RELIGIOUS BOOKS -N- LITERATURE THEY ARE DENYING ME MY RELIGIOUS PRA-
SEE 21; 35; 41; 68; 154; 181-186; 215-243; 248-258; 271; 272; 342; 351; 355; 356; 363; 364; 369, 373, 374
CTICE. 48, 44

350. TO DATE! MY HEALTH IS RAPIDLY FAILING, I SUBMIT 2-3 SICK CALL REQUEST ON WEEKLY
BASIS, RARELY ARE THE SICK CALL REQUEST RECOGNIZED AND WHEN THEY ARE I AM MOCK-
ED, WHAT FOLLOWS IS MEDICAL PROFESSIONALS AT SCI-SOMERSET TO DATE! ARE DENY-
ING ME MEDICAL CARE THAT IS REQUIRED BY THE EIGHTH AMENDMENT; STILL NEAR
BLIND IN RIGHT EYE, SO WEAK WALKING IS TIRESOME, UNABLE TO SPEAK ALOUD, URE-
THRAL STRICTURE, CONTINUING DIGESTIVE                   PAIN, UNABLE TO EAT APPROX-
IMATELY EIGHTY PERCENT OF THE FOODS SERVED TO INMATES WITHOUT EXPERIENCING
NON STOP EXCRUCIATING PAIN-N-EXTREME DISCOMFORT THROUGHOUT MY DIGESTIVE
TRACT, etc. WITHOUT THE HELP OF THE COURT I WILL PROBABLY DIE BROKE, BLIND,
HUNGRY FULL BLOWN DEMENTIA, BLAMED FOR MY OWN DEATH.
SEE; 21, 23-26; 28; 29; 33-36; 39; 41; 59; 61; 62; 66; 80-87; 113-120; 122; 133; 128-136; 139-170; 192-211; 343, 376

351. I AM A DARK SKIN BLACK MALE WHO DEFENDANTS CONSISTANTLY SINGLED OUT FOR
MOCKERY, DENY MEDICAL CARE, RELIGIOUS PRACTICE, AND BASIC HUMAN NEEDS, SPORTS
OFFICIATING. SEE; 21; 26; 53, 65; 76, 112; 114; 115; 117; 120; 122; 123; 128; 132-135; 145; 148; 150; 157-159;
149; 167; 343; 376

352. WITHOUT BEING IN PLAINTIFF PRESENCE FOR WEEKS IGNORING 2-3 SICK CALL RE-
QUEST PER WEEK, AND NUMEROUS REQUEST TO STAFF ADDRESSED TO DEFENDANT K, DE-
LISMA, THE MEDICAL DIRECTOR, HAVING NEVER! TOUCHED PLAINTIFF PHYSICALLY
TO CONDUCT A CURSORY EXAM OF BLOOD PRESSURE, HEART RATE, BREATHING PATTERN-N-PU-
PIL DILATION; NO LAB TESTING OF BLOOD; URINE OR STOOL SAMPLE, OR PAP SMEAR, YET,
DEFENDANT, DELISMA ORDERED HIS SUBORDINATES, i.e. NURSE PRACTITIONERS-N-PHYSICI-
ANS ASSISTANTS, J, GIRONE, E, KAFFMAN, R, IRWIN, R, PLAYSO, L, DARLING, FETTERMAN, R,
HUTCHINSON, D, TESTA; NOT TO PROVIDE ME MEDICAL CARE FOR THOSE HEALTH PROB-
LEMS. N.B. DEFENDANT, DELISMA HABITUALLY AVOID PHYSICAL CONTACT WITH ME FOR
WEEKS, OR COMMUNICATIONS WITH ME BY MAIL OR PHONE, NOR HAD DEFENDANT, DE-
LISMA EVER PROVIDED ME AN EXAMINATION, YET THE MEDICAL PROFESSIONALS, FORENAM-
ED TURNED ME AWAY WHILE I WAS IN NON STOP EXCRUCIATING PAIN-N-EXTREME
DISCOMFORT
SEE; 21; 25; 114; 118; 120; 122; 131; 133; 140; 143; 144; 146; 150; 154; 157; 166; 342; 376

353. SEVERAL TIMES OVER DEFENDANT, B.P. HYDE HAS BEEN MADE AWARE, AND MORE THAN
TWO OCCASIONS HYDE WAS PERSONALLY CONFERRED WITH, THEN STOOD AT THE SIDE OF MED-
ICIAL PROFESSIONALS TALKED TO ME IN A RACIST-N-BIGOTED MANNER, REFUSED TO PRO-
VIDE ME MEDICAL CARE FOR MY SERIOUS HEALTH PROBLEMS, SENDING ME AWAY IN NON
STOP EXCRUCIATING PAIN-N-EXTREME DISCOMFORT. DEFENDANT, HYDE DID NOT ATTEMPT TO
STOP OR CORRECT THE RACIST-BIGOTED, AND ILLEGAL ACTIONS OF DEFENDANTS; i.e. MEDICAL PRO-
FESSIONALS, BUT DEFENDANT, HYDE, ENCOURAGED IT, SAYING "FUCK HIM"
I WAS MOVED TO DEEP FEAR, CAUSING ME TO URINATE ON MYSELF, I AM VIVIDLY AFRAID FOR MY
LIFE AND EVEN MORE SO TO BE NEAR DEFENDANTS OF MEDICAL PROFESSIONALS -N- B.P. HYDE.
SEE; 143; 149; 159-162; 249; 283; 8 342; 376; 21

COMPLAINT: W. V. 0              (57) (41)

354. WHITE INMATES ARE PROVIDED UPON REQUEST, BASED UPON NON MEDICAL REASONS, i.e. RACE, RELIGION, NOT SIGNING OFF ON GRN # 659236, COMMUNICATION WITH AUTHORITIES I AM BEING CONTINUOUSLY DENIED A DIET SUPPLEMENT CONSISTING OF READILY AVAILABLE FOODS AT A MINIMAL COST, AND ZERO MANHOURS, DEFENDANTS, K. DELISMA, J. BIRONE, E. KAUFFMAN, R. IRWIN, R. PLAYSO, L. DONNELLY, R. HUTCHINSON, FETTERMAN, D. TESTA, B.P. HYDE DENIED-N-CONTINUOUSLY DENY ME CARE BY SPECIALIST-N-MEDICINES ALREADY "ORDERED" BY DOCTORS AND RECOMMENDED BY SPECIALIST SEE:21;25;28;30;64;67;70;71;73;336;342;366;376

355. I AM CONTINUOUSLY HAUNTED BY SATAN, AND NAGGED BY EVIL SPIRITS DUE TO THE FACT I HAVE BEEN RENDERED UNABLE TO PRACTICE MY RELIGIOUS BELIEFS, DUE DEFENDANTS, P. MAUST, W.L. BOWERS, AND R. SNYDER DENIAL OF RELIGIOUS LITERATURE & THE DAILY PRACTICE OF MY RELIGIOUS BELIEFS PROVIDED ME WITH A BARRIER WHERE THE SPIRIT OF THE DEVIL-N- SATAN AVOIDED ME. SEE:30;47;54;59; 214;217; 21-47;48;54; 181;184;213-243;248-258;371;373;374;379;351;356

356. I HAVE DEMENTIA, WHICH IS IN ITS EARLY STAGE, MY RELIGIOUS PRACTICE AND THE LOCATION OF THE CELL I AM ASSIGNED TO ARE TWO CRUCIAL COMPONENTS THAT PROVIDES ME SOME MEASURES OF STABILITY, TO DATE! I AM BEING DENIED MY RELIGIOUS PRACTICE, AND "FORCED" TO HOUSE IN A LOCATION THAT DEPRIVES ME OF ALL SERENITY WHICH IS CAUSING ME A CONTINUOUS MENTAL STRUGGLE, WITH NUMEROUS COMPATIBLE CELLS AVAILABLE, DURING 10.6.17 - FEBRUARY 2019 SPAND, WHITE INMATES ARE NOT ASSIGNED TO THE CELL I WAS FORCED! TO HOUSE FOR #20 PLUS STRAIGHT DAYS, DUE TO THE LOCATION OF THE CELL. IN THE PAST I WAS MOVED OUT OF THE "EXACT SAME CELL" DUE TO THE PSYCHOLOGICAL AFFECT I EXPERIENCED. DEFENDANT, W.L. BOWERS WAS AWARE OF ALL OF THE FOREMENTIONED INFORMATION PRIOR TO ASSIGNING ME TO THE CELL; STILL DEFENDANT, BOWERS DISREGARDED THE RISK TO MY MENTAL HEALTH, STILL ASSIGNED ME TO THAT CELL. DEFENDANT, BOWERS DISREGARDED THE FOREMENTIONED INFORMATION PROVIDED TO HIM BY MORE THAN THREE PSYCHOLOGISTS, AND TWO PSYCHIATRISTS, WHOM SUCCINCTLY TOLD DEFENDANT, BOWERS THAT I AM BEING PERMANENTLY DAMAGED PSYCHOLOGICALLY DUE TO WHERE I WAS BE HOUSED FORCEFULLY, DEFENDANT, BOWERS RESPONSE, "WASHINGTON'S ANCESTORS LIVED IN HUTS, SO WHAT IS THE BIG DEAL, WHITE INMATES ARE READILY PLACED IN THE NUMEROUS AVAILABLE COMPATIBLE CELL UPON REQUEST WHILE I WAS DURING THE 10.16.17 - FEBRUARY 2019 SPAND BEING DENIED BASED ON NON PENOLOGICAL INTEREST, i.e. RACE, RELIGIOUS BELIEFS, NOT SIGNING OFF ON GRN # 659236, COMMUNICATION WITH THE AUTHORITIES. SEE:21;106-112;121;174;175;177-179;342;363-368;375;374

357. WHEN I SPOKE TO GRIEVANCE OFFICER, H. SROKA, I ALSO SHOWED HER MY FEET WHICH EXHIBITED MY TOE NAILS ALL BLACKENED, DISCHARGING PUS-N- BLOOD, DEFENDANT SROKA RESPONSE WAS "MY GOD! YOU NEED TO BE SEEN BY A DOCTOR", "YOU NEED A DOCTORS CARE", "IT IS YOUR OWN FAULT", "STOP YOUR SUING-N-FILING GRIEVANCES REQUEST MONETARY RELIEF", AND "THEN YOU GET THE MEDICAL CARE YOU NEED. SEE:104;245;21;342

COMPLAINT: W.V.D

42

358. TO DATE! DEFENDANT, R. PESCHOCK, INTENTIONALLY TREATS ME AS A CLASS OF ONE FOR NO RATIONAL REASON, BASED ON NON PENOLOGICAL REASONS, MY FILING A GRIEVANCE AGAINST HER, DEFENDANT, PESCHOCK, e.g. REMOVING ME FROM MY OFFICIATING JOB ROLE SOLELY BECAUSE HER PET/FAVORITE OFFICIAL DID NOT WANT TO BE PLACED IN AN ASSIGNMENT THAT REQUIRED MORE PHYSICAL MOVEMENT, THEN ASSIGN ME TO THE ASSIGNMENT HE DIDN'T WANT. N.B. THE ASSIGNMENT I WAS REMOVED AWAY FROM I PERFORMED VERY EFFICIENTLY, AND THE ASSIGNMENT HER FAVORITE CHOSE TO AVOID CAN PERFORM SUFFICIENTLY. 21; 187-191; 273; 27, 40; 337-343; 172; 173; 375; 376

359. TO DATE! DEFENDANT, R. PESCHOCK REGULARLY INSULT ME, e.g. TO PENALIZE ME FOR MY SUING HER, FILING GRIEVANCE AGAINST HER, DEFENDANT, PESCHOCK PERMOTES FIRST-SECOND YEAR; OR NOVICE TO ROLES I HAVE ADEQUATELY PERFORMED FOR MORE THAN FOUR DECADES; GIVING SUCH INDIVIDUALS TWICE THE WORK HOURS-N-PAY I AM ALLOWED ALTHOUGH I AM FULLY CAPABLE OF PERFORMING JOB ROLE THESE LESS KNOWLEDGABLE-N-SKILLED OFFICIALS ARE CURRENTLY BEING ASSIGNED. DEFENDANT, PESCHOCK ACT OF RETALIATION IS TREATING ME AS A CLASS OF ONE; AND AGE RELATED.

360. TO DATE! DEFENDANT, PESCHOCK ACTS TO PUNISH PLAINTIFF FOR HAVING SUED HER-N-FILING A GRIEVANCE AGAINST HER. THE FACT THAT EVERY WRITTEN TEST OR ORAL, AND LIVE TEST GIVEN TO DATE! IN THE SPORTS OF BASKETBALL, SOFTBALL, VOLLEYBALL AND FLAG FOOTBALL I HAVE SCORED THE HIGHEST-OR AMONG THE HIGHEST; AND IT IS A RARITY THAT I GIVE AN INCORRECT RESPONSE.
- N.B. SOLELY TO PENALIZE ME DEFENDANT, R. PESCHOCK IGNORE-N-DISREGARD THE OBVIOUS MISTAKE OF OTHERS, THEN PASS JUDGMENT IN HARSH DEGREE AGAINS ME FOR THE EXACT SAME MISTAKE, WHICH I SELDOM MAKE; EVEN DECLARING ME TO BE JUST ANOTHER OFFICIAL, WHILE DECLARING MORE THAN ONE OFFICIAL TO BE HER MAIN FOUR OFFICIAL, WHOM SKILLS, KNOWKLEDGE OF THE GAME-N-EXPERIENCE. DEFENDANT, PESCHOCK ACTIONS WITTINGLY-N-UNWITTINGLY FOSTER-N-SUPPORT, AS WELL AS ADVANCES A CLICK-RELIGIOUS AFFILIATION-GEOGRAPHIC AFFILIATION

361. PRIOR TO MY BEING IMPRISONED MY PARTTIME JOB WAS OFFICIATING SOFTBALL AND BASKETBALL, WITHIN THE PRISON SYSTEM I OFFICIATED BASKETBALL, SOFTBALL-FOOTBALL-N-VOLLEYBALL; TO DATE! 41 YEARS INSIDE OF THE PRION SYSTEM, I AM NOT ORIGINALLY FROM THE STATE OF PENNSYLVANIA, NOT ORIGINALLY FROM PHILADELPHIA, NOT IN A HomoSEXUAL RELATIONSHIP, NOT A MUSLIM, NOT AFFILIATED WITH A PRISON GANG, AND I'M NOT A PART OF A CLICK, ALL OF THE OTHER OFFICIALS CONSIST OF INMATES FROM PENNSYLVANIA THE MAJORITY ARE NATIVES TO PHILADELPHIA, COMMONLY FROM THE SAME AREA OF PHILADELPHIA; 95% OF THE OFFICALS ARE INVOLVED IN HomoSEXUAL RELATIONSHIP; MOST ARE MUSLIM, WITH THE EXCEPTION OF MYSELF; ALL ARE A PART OF CLICK, THIS MAKES ME THE ODD MAN OUT. . . . THE SOFTBALL, BASKETBALL, FOOTBALL -AND VOLLEY BALL OFFICIATING GROUPS ARE SELECTED-N-ASSIGNED TO MOST DESIREABLE ROLES, AND AFFORDED MORE

COMPLAINT: W.V.D                    ⟨43⟩