IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY U. WASHINGTON | : | CIVIL ACTION |
| V. | : | NO. 19-196 |
| RICHARD HUTCHINSON, MD, et al. | : | |

MOTION TO WITHDRAW APPEARANCE

Now comes, Attorney, Alexander R. Ferrante's, Motion for leave to withdraw as counsel pursuant to Local Rule 83.2(C)(4) for Defendant, Joseph Girone, MD, in the above-captioned matter and in furtherance thereof, state as follows:

1. This is a §1983 matter filed by Henry U. Washington ("Washington"). Washington's complaint alleges that the Medical Defendants violated his constitutional rights and has a cause of action against them pursuant to 42 U.S.C. §1983 and the relevant provisions of the United States Constitution.

2. On February 26, 2020, the undersigned entered his appearance for defendant, Joseph Girone, MD.

3. As the case has developed, counsel has learned that the allegations set forth by Washington in his Complaint against Dr. Girone, that Dr. Girone was employed by another employer and was not an employee of Correct Care Solutions, LLC/Wellpath.

4. Consequently, the undersigned seek leave to withdraw his appearance, as he is not the appropriate counsel to represent Dr. Girone in this matter.

5. The undersigned has conferred with Attorney, Aaron S. Jayman, who presently will be representing Dr. Girone in this matter. Attorney Jayman has advised that he will be

entering his appearance on behalf of Dr. Girone upon the undersigned's withdrawal.

WHEREFORE, Alexander R. Ferrante, Esquire, respectfully asks that the Court grant his Motion to Withdraw his appearance on behalf of Defendant, Joseph Girone, MD

GOLD & FERRANTE, P.C.

BY:     /S/ ALEXANDER R. FERRANTE
ALEXANDER R. FERRANTE
Attorney for Defendants, Kansky Delisma, MD, Dakota Testa, PA, Ellis Kaufman, PA, James Fetterman, PA, Richard Hutchinson, PA, and Roxanne Playso, PA

716 N. Bethlehem Pike, Suite 208
Lower Gwynedd, PA 19002
(215)885-1118
email: arf@goldferrantelaw.com


CERTIFICATE OF SERVICE

       I hereby certify that I have sent a true and correct copy of Motion to Withdrawal Appearance via US First Class Regular Mail and ECF Filing (noted below) on this date to the following individuals:

HENRY UNSELD WASHINGTON
AM-3086
S.C.I. Somerset
1600 Walters Mill Rd
Somerset, PA 15510
US First Class Mail

Timothy Mazzocca
Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Email: tmazzocca@attorneygeneral.gov

                              /s/ ALEXANDER R. FERRANTE
                              ALEXANDER R. FERRANTE

DATE: June 24, 2020