IFE PHYSICALLY TO REMOVE CURSORY EXAM, DEFENDANT, KAUFFMAN, SHOUTED, YOU ARE NOTHING MORE THAN A PARASITE, GET OUT, YOU BLACK MEN ARE ALL PARASITES. DEFENDANT, KAUFFMAN ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT   SEE: 120,121,147,142,168,169,170,175-177,391-393,395,409-418, 292,293,310,380-383,393,406,407,422,423;

126. ON OR NEAR 12.13.18, SICK CALL, DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF IN DARK GLASSES, RIGHT EYE DISCHARGING PUS, INABILITY TO SPEAK ALOUD, NON STOP PAIN-N-DISCOMFORTS THROUGHOUT INTESTINAL TRACT. DEFENDANT, DELISMA, TOLD PLAINTIFF, YOU MUST LEARN TO LIVE WITH PAIN-N-SUFFERING, OTHERWISE PLAINTIFF MAKE BLACKS LOOK WEAK-N-HELPLESS. THEN DEFENDANT, DELISMA WALKED TO THE DOOR WHERE A SPANISH SPEAKING INMATE WAS WAITING TO BE SEEN BY ANOTHER MEDICAL PROFESSIONAL.   SEE: 123,122,127,128,143,148-150,156-158,160-165,172-174, 184, 391,392,409-418

127. SAME EVENT, DEFENDANT DELISMA TOLD THE OTHER MEDICAL PROFESSIONAL THAT HE WAS GOING TO TREAT THE SPANISH SPEAKING INMATE SO THAT OTHER MEDICAL PROFESSIONAL SHOULD CALL THE NEXT INMATE. DEFENDANT, DELISMA ENGAGED IN COMMUNICATION IN SPANISH WITH THE SPANISH SPEAKING INMATE, TOLD PLAINTIFF TO RETURN TO THE BLOCK. THE SPANISH SPEAKING INMATE WAS YOUNG-N-JOVIAL   SEE: 380-383,392,395,406,407,409,410-418,422,423

128. SAME EVENT, DEFENDANT, DELISMA ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT   SEE: 21,35,37-41,71,73,201-205

129. ON OR NEAR 12.19.18, CONFIDENTIAL INTERVIEW, DEFENDANT, E. TICE, WARDEN DELIBERATE INDIFFERENCE TO PLAINTIFF FOOT FUNGUS CAUSING PLAINTIFF FEET TO BE COVERED IN OPEN SORES WHEREIN PLAINTIFF SOCKS WERE BLOODY. HAVING SEEN THIS DEFENDANT, TICE SAID I DON'T WANT TO SEE THE OTHER FOOT. ACCORDING TO DEFENDANT, TICE, HE WAS FULLY AWARE OF PLAINTIFF NEED OF MEDICAL CARE, PLAINTIFF WAS BEING PUNISHED FOR HAVING SUED SCI-SOMERSET MEDICAL STAFF-N-DOC STAFF   SEE: 30,31,36,40,66,74,85,90-92, 278-281

130. SAME EVENT, DEFENDANT, E. TICE DENIED PLAINTIFF REQUESTS FOR MEDICAL CARE (ALSO RELIGIOUS PRACTICE, RLUIPA RIGHT, EQUAL PROTECTION OF EMPLOYMENT), DECLARED WHY, FUCK NO! AS LONG AS I AM WARDEN YOU GET NOTHING, EVEN IF IT MEANT YOUR SURVIVAL. DEFENDANT, TICE DECLARED, I AM GOING TO PENALIZE YOU FOR YOUR CONTINUOUS COMMUNICATIONS WITH AUTHORITIES; FILING GRIEVANCES-N-LAW SUITS. BECAUSE DEFENDANT OBSERVED THE FACT THAT PLAINTIFF WAS NOT BEING PROVIDED MEDICAL CARE, DID NOT CORRECT THESE 1st, 8th, 14th AMENDMENTS, AND RLUIPA RIGHTS ABUSES, DEFENDANT, TICE IS ALSO VIOLATING PLAINTIFF RIGHTS, WHICH CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT, EQUAL PROTECTION, FREE SPEECH-N-RLUIPA PER 1st, 8th, 14th AMD, RLUIPA

131. ON OR NEAR 12.20.18, SICK CALL, DEFENDANT, J. FETTERMAN, CRNPA, DELIBERATE INDIFFERENCE TO PLAINTIFF HAVING EXPERIENCED A NIGHT OF DIARRHEA, NON STOP PAIN-N-DISCOMFORT THROUGHOUT INTESTINAL TRACT, BOTH FEET COVERED IN OPEN SORES, SOCKS IN BLOOD AND OTHER CHRONIC HEALTH PROBLEMS, DEFENDANT, FETTERMAN LEAVES PLAINTIFF AND GOES TO THE NEXT ROOM AND CONFERS WITH DEFENDANT R. PLAYSO (BASED ON WHAT PLAINTIFF HEARD)   SEE: 132-136,391-393,409-418,297,380-383,393,395,406,407,422,423; 314

132. SAME EVENT: DEFENDANTS, R. PLAYSO, PAC AND J. FETTERMAN, CRNPA, WHERE DEFENDANT PLAYSO TOLD DEFENDANT, FETTERMAN   SEE: 131,134,135,147,171, 391-393,409-418, 21,37-41

(14)

AC: 3:19-CV-00196

NO! DON'T GIVE HIM A DAMN THING, JUST TELL PLAINTIFF TO LEAVE, DEFENDANT, FETTERMAN RETURNED, WITHOUT PROVIDING A CURSORY EXAM, TOLD PLAINTIFF TO LEAVE. ACTING IN CONCERT, DEFENDANTS, FETTERMAN-N-PLAYSO VIOLATED PLAINTIFF RIGHTS CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT SEE: 27, 36; 37-41; 71; 73; 230; 231

133. ON OR NEAR 12.24.18, SICK CALL, DEFENDANT, J. FETTERMAN, CRNP, DELIBERATE INDIFFERENCE TO PLAINTIFF NON STOP PAIN-N-DISCOMFORT CAUSED BY INTESTINAL GRIPE, TO SUCH A DEGREE PLAINTIFF WAS UNABLE TO STAND UPRIGHT; LITTLE OR NO EYESIGHT IN RIGHT EYE; AND INABILITY TO SPEAK ALOUD. SEE: 234; 235; 21; 35; 37-41; 71; 73; 295; 312; 380-383; 393; 395; 406; 407; 422; 423

134. SAME EVENT, DEFENDANTS, J. FETTERMAN, R. PLAYSO, PAC, -N- B.P. HYDE HEALTH CARE ADMINISTRATOR ACTED CONCERT, DEFENDANT, FETTERMAN RESPONDED BY LEAVING PLAINTIFF TO GO TO DEFENDANT, B.P. HYDE OFFICE, AND THEN BOTH CAME OUT TOGETHER AND ENTERED DEFENDANT, R. PLAYSO'S OFFICE LOCATED NEXT DOOR TO DEFENDANT FETTERMAN OFFICE WHERE PLAINTIFF SAT NEAR THE DOOR WHEREIN PLAINTIFF HEARD DEFENDANTS, FETTERMAN, -PLAYSO-N-HYDE SAY TO DEFENDANT, FETTERMAN, THIS GUY IS SUING THE BOTH OF US SO DON'T GIVE HIM SHIT, DEFENDANT, FETTERMAN, SAID "THIS GUY IS BAD OFF" SEE: 230; 231; 21; 35; 37-41; 71; 73; 27; 26; 35; 40-60; 62; 64;

135. SAME EVENT, DEFENDANTS, PLAYSO-N-HYDE, SAID IN ANGER, WHO GIVES A SHIT, "FUCK HIM", DEFENDANT FETTERMAN, RETURNED AND TOLD PLAINTIFF TO GET OUT OF HIS OFFICE, PLAINTIFF SAID PLEASE, AT LEAST GIVE PLAINTIFF SOME MEDICINE FOR PAIN, DEFENDANT FETTERMAN SNAPPED: "FUCK NO! NOW SUE ME TOO, JUST GO, WITHOUT CONDUCTING A CURSORY EXAM, NO MEDICINE, NO MEDICAL CARE, DEFENDANTS, FETTERMAN, PLAYSO-N-HYDE, ACTING IN CONCERT VIOLATED PLAINTIFF RIGHTS CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT SEE: 147; 171; 391-393; 395; 406; 407; 422; 423 301; 318; 380-383; 314; 395;

136. ON OR NEAR JAN, 2019, SICK CALL, DEFENDANT J. FETTERMAN, CRNP, DELIBERATE INDIFFERENCE TO PLAINTIFF STRUGGLE TO STAND DUE TO A LACK OF STRENGTH AFTER A NIGHT OF DIARRHEA, AND NON STOP PAIN-N-DISCOMFORT IN THE INTESTINAL TRACT, AND OTHER CHRONIC HEALTH PROBLEMS. DEFENDANT, FETTERMAN, RESPONDED, I DON'T GIVE A DAMN, ANYBODY CAN SEE YOU'RE IN PAIN, YOU DESERVE TO BE IN PAIN, YOU MAY AS WELL SUE ME, TOO, GET OUT OF MY OFFICE. NOT EVEN MEDICINE FOR PAIN, NO CURSORY EXAM. DEFENDANT, FETTERMAN ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT SEE: 21; 23-30; 33; 35; 36; 52; 62-71; 74; 75-89

137. 1.18.19, SICK CALL, DEFENDANT, R. HUTCHINSON, PAC, DELIBERATE INDIFFERENT TO PLAINTIFF ANKLES SWOLLEN NEAR TWICE NORMAL SIZE, AND BLOODY SOCKS DUE TO OPEN SORES ON PLAINTIFF FEET CAUSED BY FOOT FUNGUS, DEFENDANT, HUTCHINSON, RESPONDED, YOU ARE SUING ME, I WOULD BE A FOOL TO HELP YOU; I AM CALLING THE SHOTS NOW, YOU CAN GET OUT OF MY OFFICE MR. WASHINGTON. NEXT TIME YOU'LL HESITATE IN WHO YOU DECIDE TO SUE. SEE 391-393; 409-418; 298; 315; 380-383; 393; 395; 406; 407; 422; 423

138. SAME EVENT, DEFENDANT, R. HUTCHINSON NEVER TOUCHED PLAINTIFF PHYSICALLY TO PERFORM A CURSORY EXAM, SENT PLAINTIFF AWAY IN NON STOP PAIN-N-DISCOMFORT WITHOUT PAIN MEDICINE. DEFENDANT, HUTCHINSON ACTION VIOLATED PLAINTIFF RIGHT AND CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

AC: 3:19-CV-00196 (15)

139. On or near 1.17.19, incoming mail, Defendant, B.P. Hyde, Health Care Administrator, deliberate indifference to Plaintiff timely submitted sick call request drafted in accordance to DC-ADM 820, wherein Plaintiff sought medical care for chronic health problems causing non stop pain-n-discomfort. Defendant, B.P. Hyde discarded Plaintiff sick call request by returning Plaintiff sick call request to Plaintiff in the incoming mail. Defendant, Hyde per policy should schedule a inmate who submitted a sick call request to be seen by medical professionals the next day after having received the sick call request. SEE: 242; 243

140. Same event, Defendant, Hyde deliberate indifference caused Plaintiff to experience unnecessary pain-n-suffering. N.B. TO DATE! Plaintiff sick call request, draft according to DC-ADM 820, are regularly returned to Plaintiff in the incoming mail. Defendant, Hyde actions violated Plaintiff right, and constitute cruel-n-unusual punishment per 8th Amendment.

141. On or near 2.4.19, sick call, Defendant, E. Kauffman, PAC deliberate indifference to Plaintiff non stop pain-n-discomfort in the intestinal tract to such a degree sleep is disruptive; fingers-elbows-n-ankles deformed, urethra stricture, and irreversible foot fungus. Defendant, Kauffman response was "He don't have the time to hear Black men whine" then sue him for not providing Plaintiff medical care. SEE: 82; 83; 23-29; 30; 33; 35; 36; 52; 63-73; 75-89

142. Same event, Defendant, Kauffman never touched Plaintiff physically for a cursory exam, no medicine for pain; told Plaintiff to leave. Defendant, Kauffman action violated Plaintiff rights, and constitute cruel-n-unusual punishment per 8th Amendment. SEE: 226; 227;

143. On or near 2.8.19, sick call, Defendant, K. Delisma, Medical Director, deliberate indifference to Plaintiff experiencing non stop pain-n-discomfort in the intestinal tract to where Plaintiff is awaken from sleep; struggled to speak; and other chronic health problems. Defendant, Delisma response, "Plaintiff was causing we Black folk to look weak in the eyes of white people by Plaintiff continuous request for medical care when Blacks have Obama Care", no cursory exam, no medicine for pain. Defendant, Delisma action violated Plaintiff rights and constitute cruel-n-unusual punishment per 8th Amendment. SEE: 42; 53-60

144. On or near 2.19.19, eye exam, Defendant, R. Irwin, optometrist deliberate indifference to Plaintiff lost of eyesight in right eye while exhibiting swelling, and pain with each eye movement. Defendant, Irwin angry that Plaintiff having sued Defendant, Defendant, Irwin to Plaintiff "you can go blind in both eyes for what I care" refused to refer Plaintiff the ophthalmologist for laser surgery. SEE: 72; 21; 23-30; 33; 35; 36; 52; 63-65; 66-73; 75-89

145. Same event: Defendant, Irwin refusal to refer Plaintiff to a ophthalmologist for laser surgery forced Plaintiff to endure unnecessary pain-n-suffering, and allowed Plaintiff lack of eyesight to get worst. Defendant, Irwin action violated Plaintiff rights and constitute cruel-n-unusual punishment per 8th Amend.

AC: 3:19-CV-00196  (16)

146. ON OR NEAR 3.29.19, SICK CALL, DEFENDANT, D. TESTA, PAGS, DELIBERATE INDIFFERENCE TO PLAINTIFF NON STOP PAIN-N-DISCOMFORT IN THE INTESTINAL TRACT ACCOMPANIED BY DIARRHEA WHEREAS DISRUPTING SLEEP. DEFENDANT, TESTA RESPONDED BY LEAVING PLAINTIFF TO GO TO THE OFFICE OF DEFENDANT, B. PLAYSO, NEXT DOOR. PLAINTIFF HEARD THEM TALKING. DEFENDANT, PLAYSO, PAGS STATED, "HE IS SUING ME AND OTHERS IN THIS DEPARTMENT. NEVER GIVE HIM ANYTHING, SEND HIM AWAY IMMEDIATELY." DEFENDANT, TESTA, SAID HE REALLY DOES LOOK TO BE BAD OFF SICK. DEFENDANT, PLAYSO SAYS THAT DOESN'T MATTER, SEND HIM AWAY.

147. SAME EVENT, DEFENDANTS, TESTA-N-PLAYSO ACTED IN CONCERT, DEFENDANT, TESTA RETURNED, AND WITHOUT A CURSORY EXAM OR MEDICINE FOR PAIN, TOLD PLAINTIFF TO LEAVE AT ONCE. DEFENDANTS, TESTA-N-PLAYSO ACTED IN CONCERT VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT.

148. ON OR NEAR 4.2.19, SICK CALL DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF CHRONIC HEALTH PROBLEMS, CAUSING ZERO EYE SIGHT IN RIGHT EYE, SLOW HEART RATE, DEFORMED FINGERS-ANKLES-N-ELBOWS, ALL TOE NAILS DISCOLORED-N-FEET OFTEN COVERED IN OPEN SORES; DEMENTIA; NON STOP PAIN-DISCOMFORT IN THE INTESTINAL TRACT TO SUCH A DEGREE PLAINTIFF IS AWAKEN FROM SLEEP. PLAINTIFF BEGGED FOR MEDICINE FOR PAIN SEE: 21, 23-30, 33, 35, 36, 52, 63-73, 75-89, 409-418, 422, 423

149. SAME EVENT: DEFENDANT, DELISMA ANGRY WITH PLAINTIFF FOR FILING GRIEVANCES AGAINST DEFENDANT, DELISMA, AND FILING LAW SUITS AGAINST MEMBERS OF THE MEDICAL STAFF, WHICH IS UNDER DEFENDANT, DELISMA SUPERVISION; AND PLAINTIFF CONTINUOUS COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, DELISMA DECLARED, I PERSONALLY WARNED YOU, WHEN YOU DIS-CONTINUE FILING LAW-SUITS-N-GRIEVANCES, AND COMMUNICATING WITH AUTHORITIES, THAT'S WHEN YOU GET PROPER MEDICAL CARE; PLAINTIFF DIDN'T LISTEN; PLAINTIFF IS NOW FILING GRIEVANCES AGAINST DEFENDANT, DELISMA.

150. SAME EVENT, DEFENDANT, DELISMA, DECLARED, YOU BROUGHT THIS ON YOURSELF, SO GO FIND YOUR MEDICAL CARE ELSEWHERE. NO MEDICINE FOR PAIN, NOT EVEN A CURSORY EXAM. DEFENDANT, DELISMA TOLD PLAINTIFF TO LEAVE HIS OFFICE. DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT. SEE 149; 163; 164

151. ON OR NEAR 4.12.19; SICK CALL; DEFENDANT, D. TESTA, PAGS; DELIBERATE INDIFFERENCE TO PLAINTIFF WEARING DARK SUNGLASSES, RIGHT EYE SWOLLEN SHUT-N-THROBBING IN PAIN. DEFENDANT, TESTA LEFT PLAINTIFF AND CONFERRED WITH HER CO-MEDICAL PROFESSIONAL NEXT DOOR, WHEREIN PLAINTIFF HEARD DEFENDANT, TESTA SAY TO THAT PERSON, WASHINGTON EYE IS SWOLLEN SHUT. THE CO-WORKER TOLD DEFENDANT, TESTA, SO WHAT, SEND HIM AWAY. DEFENDANT, TESTA RETURNED, AND DIDN'T GIVE PLAINTIFF PAIN MEDICINE, OR A CURSORY EXAM, OR A CLOSE-UP LOOK OF PLAINTIFF RIGHT EYE, BUT DEFENDANT, TESTA BEGUN TO SCOLD PLAINTIFF IN RACIST OVERTONES; GAVE PLAINTIFF THE MIDDLE FINGER, SHOUTED, CAN YOU SEE THIS, NOW GET OUT. DEFENDANT, TESTA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMED.

152. ON OR NEAR 5.4.19 – 5.8.19, EMERGENCY MEDICAL CARE. DEFENDANT, B.P. HYDE, HEALTH CARE ADMINISTRATOR, DELIBERATE INDIFFERENCE. DEFENDANT, HYDE IS RESPONSIBLE FOR PROVIDING INMATES ACCESS TO MEDICAL CARE, WHICH INCLUDES SICK CALL-N-EMER-

AC: 3:19-CV-00196       (17)

GENCY MEDICAL CARE. PLAINTIFF AWAKEN UNABLE TO HEAR IN THE LEFT EAR. THE AB POD OFFICER REPEATEDLY CONTACTED THE MEDICAL DEPARTMENT ON PLAINTIFF BEHALF. FOR THE TWO DAYS AB POD OFFICERS ON ALL THREE SHIFT DID THE SAME, ALL TO NO AVAIL.

153. SAME EVENT: PRIOR TO 5.6.19; AND ALSO ON 5.6.19, 5.7.19, 5.8.19, PLAINTIFF SUBMITTED SICK CALL REQUEST DRAFTED ACCORDING TO DC-ADM 820. BECAUSE PLAINTIFF NAME WAS NOT CITED ON THE DAILY CALL OUT OFFICER ON THE FIRST, SECOND-N-THIRD SHIFT REPEATEDLY CONTACTED MEDICAL DEPARTMENT FOR THE SAKE OF HELPING PLAINTIFF GAIN ACCESS TO MEDICAL CARE. NO AVAIL. THEREFORE, PLAINTIFF SICK CALL REQUEST WAS PROBABLY DISCARDED. DURING THIS PERIOD PLAINTIFF EXPERIENCED PAIN-N-SWELLING, CLOSING THE EARHOLE, BEHIND THE EAR EXTENDING DOWN THE BACK OF THE NECK. SEE: 393, 394

154. SAME EVENT. DURING THE 5.6.19 - 5.8.19, TIME SPAN, WHAT FOLLOWED IS FOR THE NEXT FOUR STRAIGHT WEEKS PLAINTIFF EXPERIENCED A LOSS OF HEARING IN THE LEFT EAR. PLAINTIFF LEFT EARHOLE REMAIN SWOLLEN SHUT FOR MORE THAN TWO WEEK THE SWELLING BEHIND THE EAR-N-DOWN INTO THE NECK AREA COULD BE DETECTED FOR NEARLY A MONTH. HAD THE MEDICAL DEPARTMENT, i.e., MEDICAL STAFF RESPONDED TO PLAINTIFF SICK CALL REQUEST, AND/OR TO THE MANY CALL MADE BY AB POD OFFICERS PLAINTIFF PROBABLY WOULD NOT HAVE UNDERGONE SUCH UNNECESSARY PAIN-N-SUFFERING SEE: 21, 36, 66, 84, 85, 89, 139, 140, 152-155, 166, 178-183

155. SAME EVENT: DEFENDANT, B.P. HYDE NON RESPONSE TO THE NUMEROUS CALLS FOR EMERGENCY, AND NON RESPONSE TO PLAINTIFF MANY SICK CALL REQUEST DRAFTED IN ACCORDING TO DC-ADM 820, IS A DENIAL OF ACCESS TO MEDICAL CARE VIOLATED PLAINTIFF RIGHTS AND CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

156. ON OR NEAR 5.30.19, SICK CALL; DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF FEET COVERED IN BLOOD DUE TO FOOT FUNGUS; STILL LOSS OF HEARING EXPERIENCED IN LEFT EAR; AND NON STOP PAIN-N-DISCOMFORT IN THE INTESTINAL TRACT. DEFENDANT, DELISMA RESPONDED BY WALKING OUT OF THE OFFICE, THE BEGAN A CONVERSATION WITH ANOTHER INMATE WAITING TO BE SEEN BY ANOTHER MEDICAL PROFESSIONAL, THEN RETURNED, DECLARED TO PLAINTIFF, "I AM VERY HAPPY YOU'RE IN PAIN", "PAIN IS GOOD FOR YOU"

157. SAME EVENT: DEFENDANT, DELISMA MADE NO EFFORT TO CONDUCT A CURSORY EXAM NO MEDICINE FOR PAIN; DEFENDANT, DELISMA LAUGHED UNCONTROLLABLY. STILL LAUGHING DEFENDANT, DELISMA POINTED TO THE DOOR, DECLARED, "OUT, GET THE FUCK OUT", AND AS PLAINTIFF LUMBERED AWAY DEFENDANT, DELISMA STATED "FILE A GRIEVANCE ON THAT". DEFENDANT, DELISMA ACTS VIOLATED PLAINTIFF RIGHTS AND CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

158. ON OR NEAR 6.17.19, SICK CALL; DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, AND D. TESTA, PAC, DELIBERATE INDIFFERENCE TO PLAINTIFF SERIOUS MEDICAL NEEDS, i.e., DUE TO PLAINTIFF NON STOP PAIN-N-DISCOMFORT IN THE INTESTINAL TRACT PLAINTIFF OBTAIN LESS THAN SIX HOURS OF SLEEP IN THE LAST 4 DAYS. WHILE WAITING IN THE LOBBY DEFENDANT, DELISMA PASS THROUGH DEFENDANT, DELISMA CAME OVER TO PLAINT-

IF DECLARED WASHINGTON, MAN, ARE YOU GOING TO MAKE IT INSIDE, YOU JUST LOOK LIKE YOU'RE AT DEATH'S DOOR"

159. SAME EVENT: DEFENDANT, D. TESTA, WHEN PLAINTIFF WAS CALLED INSIDE, AND BEFORE PLAINTIFF COULD TAKE A SEAT DEFENDANT, TESTA RUSHED OUT OF DEFENDANT, DELISMA OFFICE, DECLARED AS SHE HELD THE MIDDLE FINGER OF BOTH HAND EXTENDED, THESE ARE FOR YOU, DON'T SIT DOWN. DEFENDANT, DELISMA, HAD JUST SPOKEN TO PLAINTIFF IN THE LOBBY, WITHOUT A CURSORY EXAM, OR MEDICINE FOR PAIN PLAINTIFF WAS TOLD TO LEAVE. DEFENDANTS, DELISMA-N-TESTA ACTIONS VIOLATED PLAINTIFF RIGHTS AND CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

160. ON OR NEAR 8.1.19, SICK CALL, DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF NON STOP PAIN-N-DISCOMFORT IN THE INTESTINAL TRACT CAUSING PLAINTIFF TO BE AWAKEN FROM SLEEP; OPEN SORES ON BOTH FEET, PERIODIC LOSS OF HEARING IN THE LEFT EAR, URETHRA STRICTURE WHEREIN PLAINTIFF IS FORCED TO KEEP THE HEAD OF PENIS WRAPPED IN TOILET PAPER, PLAINTIFF BEGGED DEFENDANT, DELISMA FOR MEDICINE FOR PAIN, DEFENDANT, DELISMA USED THE MIDDLE FINGER OF BOTH HAND RAISED-N-HELD WITHIN INCHES OF PLAINTIFF FACE, AS DEFENDANT, DELISMA USED A TWISTING MOTION WITH THE RAISED MIDDLE FINGER OF BOTH HAND, THEN TOLD PLAINTIFF TO GET ON THESE-N-ROTATE.

161. SAME EVENT: DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

162. ON OR NEAR 9.5.19, IN TRAVEL; DEFENDANT, K. DELISMA, DUTY FOR CARE-N-DELIBERATE INDIFFERENCE TO HAVING RECOGNIZED PLAINTIFF ON THE SIDEWALKS AS DEFENDANT, DELISMA WAS IN ROUTE TO STAFF DINING HALL. DEFENDANT, DELISMA STOPPED PLAINTIFF AND ASKED PLAINTIFF, ARE YOU GOING TO MAKE IT? YOU ARE LIMPING, IS IT YOUR FEET AGAIN? WHY ARE YOU CROUCHING? PLAINTIFF SAID PLEASE HELP ME, MY FEET ARE BLEEDING, MY STOMACH IS KILLING ME, I AM REALLY HURTING, PLEASE DO SOMETHING FOR ME IMMEDIATELY

163. SAME EVENT: DEFENDANT, K. DELISMA, (PRIOR TO AND AFTER PLAINTIFF SUBMITTED TWO-THREE SICK CALL REQUEST; MORE THAN SIX STRAIGHT WEEKS PLAINTIFF SICK CALL REQUEST HAD BEEN DISCARDED) RESPONDED, PLAINTIFF, YOU CONTINUE COMMUNICATIONS AUTHORITIES, FILING GRIEVANCES AGAINST DEFENDANT, DELISMA PERSONALLY, AND STAFF UNDER DEFENDANT, DELISMA SUPERVISION, SO AS A PUNISHMENT, ACCORDING TO DEFENDANT, DELISMA; DEFENDANT, DELISMA WOULD NOT PROVIDE PLAINTIFF MEDICAL CARE; PLAINTIFF WAS ON HIS OWN, DEFENDANT, DELISMA KNEW OF PLAINTIFF NEED FOR MEDICAL CARE BUT REFUSED TO PROVIDED CARE. DEFENDANT, DELISMA ACTIONS-N-FAILURE TO FULFILL HIS DUTY OF CARE VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENTS

164. ON OR NEAR 10.2.19, SICK CALL; DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF STRUGGLE TO SPEAK WHEREIN PLAINTIFF WAS ASKED TO PUT HIS COMPLAINT ON PAPER, AND PLAINTIFF WAS CONTINUOUSLY SPITTING BLOOD, AND FEET COVERED IN CALLUSES FORCING PLAINTIFF TO WALK WITH PAIN. DEFENDANT, DEFENDANT, DELISMA DECLARED, I AM GLAD YOU CAN'T TALK, THIS WAY YOU DON'T HAVE SO MUCH TO TELL AUTH-

AC: 3:19-CV-00196                    (19)

ORITIES, TOO BAD PLAINTIFF CAN STILL WRITE; DEFENDANT, DELISMA REMOVED PLAINTIFF FROM THE CHAIR, TOLD PLAINTIFF TO GO. NO MEDICINE FOR PAIN, NOT EVEN A CURSORY EXAM. DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENTS

165. ON OR NEAR 11.1.19; SICK CALL; DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF NON STOP PAIN-N-DISCOMFORT IN THE INTESTINAL TRACT TO SUCH DEGREE PLAINTIFF HAD TO BE EXTRA CAUTIOUS NOT TO STAND TOO FAST, SO IT DID NOT EXACERBATE THE PAIN. DEFENDANT, DELISMA RESPONDED, LAUGHING AS DEFENDANT SPOKE, YOU STILL HAVEN'T GOTTEN PASS YOU PAIN WASHINGTON, TOLD PLAINTIFF TO LEAVE. NO MEDICINE FOR PAIN, NO CURSORY EXAM. DEFENDANT, DELISMA ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMD

166. ON OR NEAR 11.7.19; OFFICE OF ABPD MADE CALL TO MEDICAL BECAUSE PLAINTIFF TIMELY SUBMITTED SICK CALL REQUEST DRAFTED ACCORDING TO DC-ADM 820, WERE NOT BEING RECOGNIZED, PLAINTIFF SUBMITTED TWO-THREE SICK CALL REQUEST WEEKLY, SOME RETURNED IN THE INCOMING MAIL. THE SIGNATURE OF DEFENDANT, G. PUSKAR WAS DISCOVERED ON MORE THAN ONE. DEFENDANT, PUSKAR, NURSE SUPERVISOR, DELIBERATE INDIFFERENCE TO PLAINTIFF NEED TO BE SEEN BY MEDICAL PROFESSIONALS FOR CHRONIC AILMENTS. DEFENDANT, PUSKAR ACT OF DISCARDING PLAINTIFF SICK CALL REQUEST VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

167. ON OR NEAR 12.5.19, SUMMONED TO MEDICAL; DEFENDANT, B.P. HYDE, HEALTH CARE ADMINISTRATOR, DELIBERATE INDIFFERENCE, TO PLAINTIFF NON STOP PAIN-N-DISCOMFORT CAUSE BY PLAINTIFF FEET COVERED IN OPEN SORES, STRUGGLE TO SPEAK-N- TO STAND UPRIGHT, PAINFUL DRY SKIN ON BOTH LEGS, PAIN IN TESTICLES; PLAINTIFF BEGGED FOR MEDICINE FOR PAIN. DEFENDANT, B.P. HYDE, DECLARED TO PLAINTIFF THAT PLAINTIFF WAS SUMMONED TO MEDICAL TO TELL PLAINTIFF, THAT DEFENDANT, HYDE DIDN'T OWE PLAINTIFF A DAMN THING, STOP SUBMITTING SICK CALL REQUEST; PLAINTIFF WILL GET MEDICAL CARE WHEN DEFENDANT, HYDE SAID SO, RETURN TO THE HOUSING UNIT. NO PAIN MEDICINE, NO CURSORY EXAM, DEFENDANT, HYDE ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

168. ON OR NEAR, 1.2.20, SICK CALL, DEFENDANT, E. KAUFFMAN, PAC; DELIBERATE INDIFFERENCE. WHILE HOUSED IN THE RHU, WHILE STRUGGLING TO SPEAK, INTESTINAL GRIPE TO SUCH A DEGREE PLAINTIFF WAS UNABLE TO SLEEP FOR PAST 72-HOURS, DEFENDANT, KAUFFMAN ACT AS THE ASSISTANT TO A DOCTOR; OF COURSE A PAC IS CONSIDERED TO HAVE LESS SAY THAN A DOCTOR; WHERE, IN THIS INSTANCE, THE DOCTOR WAS PRESCRIBING MEDICINES FOR PLAINTIFF AILMENT, WHEREIN DEFENDANT, KAUFFMAN INTERVENED

169. SAME EVENTS DEFENDANT, KAUFFMAN, DECLARED TO THE DOCTOR, NO, DON'T GIVE PLAINTIFF DAMN THING, HE IS SUING ME, LET HIM SUFFER; DEFENDANT, TOOK OVER THE SESSION, TOLD THE RHU GUARD TO PLACE PLAINTIFF BACK TO THE CELL, THE NEXT FOUR DAY'S WAS SHEER AGONY, WHICH INCLUDED INABILITY TO SPEAK, SPITTING BLOOD. NO MEDICINE FOR PAIN. DEFENDANT, KAUFFMAN ACTS VIOLATED PLAINTIFF RIGHTS AND

AC: 3:19-CV-00196 (20)

CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENT.

170. ON OR NEAR 1.28.20, SICK CALL, DEFENDANT, E. KAUFFMAN, PAC. DELIBERATE INDIFFERENCE TO PLAINTIFF EXHIBITING SYMPTOMS VERY SIMILAR TO THE CORONA VIRUS, i.e. COUGH, FEVER, RUBBER LEG, FEELING AS IF TO COLLAPSE AT ANY MOMENT; AND AS WELL AS THE NON STOP PAIN-N-DISCOMFORT CAUSED BY CHRONIC AILMENT. DEFENDANT, KAUFFMAN REFUSED TO PROVIDE PLAINTIFF CARE. DEFENDANT, KAUFFMAN DENIAL OF CARE VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT SEE: 383; 406; 707

171. ON OR NEAR 1.28.20, SICK CALL, DEFENDANT, R. PLAYSO, PAC. DELIBERATE INDIFFERENCE TO PLAINTIFF EXHIBITING SYMPTOMS SIMILAR TO CORONA VIRUS, i.e. COUGH, FEVER, RUBBER LEGS, THE FEELING OF FAINT; AND ADDITIONALLY NON STOP PAIN-N-DISCOMFORT CAUSED BY CHRONIC AILMENT. DEFENDANT, PLAYSO, HEARD CO-WORKER, DEFENDANT E. KAUFFMAN REFUSE TO PROVIDE CARE, DEFENDANT, PLAYSO ACTING IN CONCERT ALSO REFUSED TO PROVIDE CARE. DEFENDANT, PLAYSO DENIAL OF CARE VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT SEE: 21; 23-30; 33; 35, 36; 52; 63-73; 75-89;

172. ON OR NEAR 1.28.20, SICK CALL, DEFENDANT, K. DELISMA, MEDICAL DIRECTOR. DELIBERATE INDIFFERENCE TO PLAINTIFF EXHIBITING SYMPTOMS LIKEN TO CORONA VIRUS, i.e. COUGH, FEVER, RUBBER LEGS, THE FEELINGS OF FAINT; AND ADDITIONALLY NON STOP PAIN-N-DISCOMFORT CAUSED BY CHRONIC AILMENTS. WHEN DEFENDANT, DELISMA WAS TOLD THAT DEFENDANTS, E. KAUFFMAN-N-R. PLAYSO REFUSED TO PROVIDE PLAINTIFF CARE, DEFENDANT, DELISMA SAID, IF THEY WONT SEE PLAINTIFF,

173. THEN DEFENDANT, WILL NOT PROVIDE CARE TOO. DEFENDANT DELISMA WAS TOLD THAT PLAINTIFF LOOKS AWFUL, DEFENDANT DELISMA RESPONDED, TELL PLAINTIFF TO COME BACK TOMORROW, DEFENDANT, DELISMA WAS TOLD PLAINTIFF WILL PROBABLY NEED HELP MAKING IT BACK TO THE HOUSING UNIT LET ALONE RETURN TOMORROW. DEFENDANT DELISMA, AGAIN, SAID AS HE WALKED PASS PLAINTIFF "I'LL SEE HIM TOMORROW."

174. SAME EVENT. DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

175. ON OR NEAR 1.29.20, SICK CALL, DEFENDANT, E. KAUFFMAN, PAC. PER INMATE CALL OUT PLAINTIFF WAS TO BE SEEN DEFENDANT, K. DELISMA; DOCTOR, WHO DECLARED HE WOULD SEE PLAINTIFF TOMORROW. WHILE WAITING TO BE SEEN BY DEFENDANT DELISMA, DELISMA COMES OUT-N-TELLS THE DOC STAFF PLAINTIFF WILL BE SEEN BY DEFENDANT, E. KAUFFMAN, THEN DEFENDANT, DELISMA WALKED PASS PLAINTIFF, WASN'T SEEN AGAIN.

176. SAME EVENT. DEFENDANT, E. KAUFFMAN, PAC DELIBERATE INDIFFERENCE TO PLAINTIFF SO AFFECTED BY CORONA LIKE SYMPTOMS, i.e. COUGH, FEVER, RUBBER LEGS, VOMITING, FEELING OF FAINT; AND ADDITIONALLY, NON STOP PAIN-N-DISCOMFORT OF CHRONIC AILMENT, WHERE DOC STAFF HELP PLAINTIFF TO A SEAT, AND AFTERWARD WAS HELPED TO A SEAT INSIDE DEFENDANT, KAUFFMAN OFFICE. DEFENDANT, KAUFFMAN RESPONDED, SINCE PLAINTIFF WAS SUING DEFENDANT, KAUFFMAN, IT IS NOTHING MORE THAN A TURN OF FAIR PLAY-N-POETIC JUSTICE THAT DEFENDANT, KAUFFMAN GIVE PLAINTIFF SOME OF PLAINTIFF

AC: 3:19-CV-00196       (21)

OWN MEDICINE; DEFENDANT, KAUFFMAN DECLARED, GET THE HELL OUT OF MY OFFICE.

177. SAME EVENT: DEFENDANT, KAUFFMAN, DECLARED, PLAINTIFF SMELLED OF VOMIT. DEFENDANT, KAUFFMAN, FURTHER DECLARED, THIS ISN'T SICK CALL, PLAINTIFF WILL HAVE TO GO TO SICK CALL FOR CARE. NOW, SUE THAT. PLAINTIFF STRUGGLED TO HIS FEET AS DEFENDANT, KAUFFMAN LAUGHED, SAID HOW'S THAT. PLAINTIFF HAVING TO STOP SEVERAL TIMES ON THE WAY BACK TO THE HOUSING UNIT. DEFENDANT, KAUFFMAN ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT.

178. ON OR NEAR 9.27.19, ACCESS TO MEDICAL CARE, DEFENDANT, R.P. HYDE, HEALTH CARE ADMINISTRATOR, DELIBERATE INDIFFERENCE TO PLAINTIFF HAVING SUBMITTED A SICK CALL REQUEST DRAFTED PURSUANT TO DC-ADM 820, CONCERNING SERIOUS CHRONIC HEALTH PROBLEMS. DEFENDANT, HYDE ANGRY WITH PLAINTIFF FOR SUING DEFENDANT, HYDE; DEFENDANT, HYDE RETURNED PLAINTIFF SICK CALL REQUEST TO PLAINTIFF IN THE MAIL WHICH DENIED PLAINTIFF ACCESS TO MEDICAL CARE, WHEREBY PLAINTIFF WAS FORCED TO UNDERGO UNNECESSARY PAIN-N-SUFFERING. DEFENDANT, HYDE DENIAL OF ACCESS TO MEDICAL CARE VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMED.

179. ON OR NEAR 12.24.19; DENIAL OF ACCESS TO PRESCRIBED MEDICINE; DEFENDANT, G. PUSKAR, NURSE SUPERVISOR; DELIBERATE INDIFFERENCE TO PLAINTIFF, WHILE HOUSED IN THE RHU REQUEST FOR PRESCRIBED MEDICINES FOR HIGH BLOOD PRESSURE. ANGRY WITH PLAINTIFF FOR FILING GRIEVANCES-N-LAW SUITS CONCERNING DEFENDANT, PUSKAR CO-WORKER, DEFENDANT, PUSKAR INTERCEPTED PLAINTIFF REQUEST TO REQUEST MEDICINES. DEFENDANT, PUSKAR FOR NON MEDICAL REASONS CAUSED PLAINTIFF TO BE WITHOUT PRESCRIBED MEDICINES WHICH PLACED PLAINTIFF AT RISK OF STROKE OR HEART ATTACK. DEFENDANT PUSKAR ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMD.

180. ON OR NEAR 12.30.19; DENIAL OF PRESCRIBED MEDICINE; DEFENDANT G. PUSKAR, NURSES' SUPERVISOR, DELIBERATE INDIFFERENCE TO PLAINTIFF NEED FOR PRESCRIBED MEDICINES FOR HIGH BLOOD PRESSURE. WHILE HOUSED IN THE RHU PLAINTIFF SUBMITTED A REQUEST TO DEFENDANT, K. OBLISMA, MEDICAL DIRECTOR BECAUSE PLAINTIFF DID RECEIVE HIS HIGH BLOOD PRESSURE MEDICINE. DEFENDANT, PUSKAR INTERCEPTED THE REQUEST, FOR THE SECOND TIME; ANGRY WITH PLAINTIFF FOR FILING GRIEVANCE-N-FILING LAW SUIT AGAINST MEDICAL STAFF. THIS CAUSE PLAINTIFF MISS PRESCRIBED MEDICINES NEXT EIGHT STRAIGHT DAYS WHICH PLACE PLAINTIFF AT RISK OF STROKE-N-HEART ATTACK. DEFENDANT, PUSKAR ACTIONS BASED ON NON MEDICAL REASONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT. RETURN REQUEST IN MAIL WITH DEFENDANT SIGNATURE.

181. ON OR NEAR 12.3.19; DENIAL OF ACCESS TO CARE, DEFENDANT, G. PUSKAR, NURSES SUPERVISOR; DELIBERATE INDIFFERENCE TO PLAINTIFF SICK CALL REQUEST DRAFTED PURSUANT TO DC-ADM-820, CONCERNING SERIOUS CHRONIC AILMENT. DEFENDANT, PUSKAR ANGRY WITH PLAINTIFF FOR SUING-N-FILING GRIEVANCES AGAINST MEDICAL STAFF, DEFENDANT, PUSKAR RETURNED THE SICK CALL REQUEST, WITH DEFENDANT, PUSKAR SIGNATURE TO PLAINTIFF IN THE MAIL, WHICH DENIED PLAINTIFF ACCESS TO MEDICAL CARE, AND FORCED PLAINTIFF TO UNDERGO DAYS OF UNNESSARY PAIN-N-SUFFERING. DEFENDANT, PUSKAR ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT.

182. On or near 1.24.20; access to medical care, Defendant, B.P. Hyde, Health Care Administration; Defendant, Hyde angry with plaintiff for suing Defendant, Hyde. Defendant, Hyde was deliberate indifference to plaintiff submitting sick call request crafted pursuant to DC-ADM 820, concerning plaintiff exhibiting corona virus like symptoms, i.e. cough, fever, rubber legs, vomiting, feeling faint

183. Same event: Defendant, Hyde, signed the sick call request, (which also concerned the non stop pain-n-discomfort of chronic ailment), and returned this sick call request to plaintiff in the mail, which caused plaintiff experience unnecessary pain-n-suffering, during the rise of Covid 19. Defendant, B.P. Hyde, to date!, continue to return plaintiff sick call request in the mail, Defendant, Hyde action violated plaintiff rights, and constitute cruel and unusual punishment per 8th Amendment

184. On or near 2.3.20, sick call, Defendant, K. Delisma, Medical Director, deliberate indifference to exhibiting symptoms like to corona virus, i.e. cough, fever, rubber legs, feeling faint, and the non stop pain-n-discomfort of chronic ailment, Defendant, Deslisma responded "plaintiff is not the first person to cough", plaintiff is suing Defendant, Delisma so plaintiff should go to the court house for medical care; Defendant, Delisma told plaintiff to leave, no medicine for pain, not even a cursory exam; plaintiff was sent away in non stop pain-n-discomfort while exhibiting Covid 19 like symptoms, which can be fatal. Defendant, Delisma actions violated plaintiff rights-n-constitute cruel-n-unusual punishment per 8th Amendment

185. On or near 2.7.20; mocked/racist overtone, Defendant, B. Puskar, nurse's supervisor, deliberate indifference, while plaintiff exhibited corona virus like symptoms, e.g. cough, sneezing, rubber legs, faint, vomity; fever; and non stop pain-n-discomfort of chronic ailments, Defendant, Puskar response, "you blacks think white people owe you something", you're in prison, remember that, at plaintiff age, plaintiff should expect to be sick, blacks want white people to be their care taker; even with corona like symptoms plaintiff was told to get the hell out, no medicine for pain; not even a cursory exam. Defendant, Puskar, action violated plaintiff rights-n-constitute cruel-n-unusual punishment per 8th Amendment.

186. On or near 2.10.20; mockery-n-racist overtones, summoned to medical by Defendant, B.P. Hyde, health care administrator, deliberate indifference to plaintiff, who at the exact moment exhibited corona like symptoms, e.g. coughing, fever, sneezing, rubber leg, feeling faint. Defendant, Hyde responded with a hardy laugh, as nurse told plaintiff you're still alive, we don't want one of our pet to die. Defendant, Hyde heard plaintiff tell the nurse about the formentioned symptoms; and non stop pain-n-discomfort caused by chronic ailments.

187. Same event: the nurse told plaintiff to get out, plaintiff begged for medicine for pain, the nurse responded, she did not have the authority

AC: 3:19-cv-00196      (23)

TO PRESCRIBE MEDICINE, DIAGNOSE HEALTH PROBLEMS OR REFER SOMEONE TO SPECIALIST, ONLY THE DOCTOR, NPA OR PA HAS THE AUTHORITY TO DO THE THINGS YOU'RE ASKING FOR, MY ROLE IS TO SEE IF YOU'RE STILL ALIVE. PLAINTIFF REQUEST TO BE SEEN BY THE DOCTOR, PA, OR NPA WAS DENIED BY DEFENDANT, HYDE, WHO GAVE PLAINTIFF A DIRECT ORDER, MR. WASHINGTON, NO YOU CAN'T SEE THE DOCTOR, NPA OR PA, I AM TELLING YOU TO LEAVE.

188. SAME EVENT: BECAUSE DEFENDANT, HYDE HAD FIRST HAND KNOWLEDGE OF ALL OF THE FOREGOING, AND THAT PLAINTIFF WAS DENIED MEDICINE FOR PAIN, AND EVEN WITH COVID 19 LIKE SYMPTOMS, AS WELL AS NON STOP PAIN-N-DISCOMFORT OF "CHRONIC AILMENTS" PLAINTIFF WAS SENT AWAY WITHOUT EVEN A CURSORY EXAM, HAVING WITNESSED THE ABOVE TAKE PLACE PERSONALLY, AND NOT TAKE STEP TO CORRECT THOSE ABUSES THEREFORE DEFENDANT, HYDE IS ALSO GUILTY OF HAVING CARRIED OUT THE ABUSE HIMSELF. DEFENDANT, HYDE NON ACTION-N-ACTIONS VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

189. SAME EVENT: JAS AS PLAINTIFF STEP OUT OF THE OFFICE ONE OF THE NURSES GREETED PLAINTIFF, AND SAID "YOU DON'T LOOK WELL, PLACED THEIR HAND ON PLAINTIFF FOREHEAD, YOU HAVE A TEMPERATURE; I CAN'T BELIEVE YOU'RE BEING SENT BACK WITH NO MEDICINE FOR THAT TEMPERATURE; AND PRIOR TO GETTING TO THE LAST DOOR A SECOND NURSE CONDUCTED THE SAME EXAM, DECLARED PLAINTIFF INDEED HAD A FEVER, AND SAID YOU'RE BEING TO RETURN TO YOUR HOUSING UNIT WITH A TEMPERATURE LIKE THAT, WITH NO MEDICINE TO BRING THAT TEMPERATURE DOWN, I FIND THAT TO BE AMAZING

190. SAME EVENT: PLAINTIFF WAS FORCED TO REQUEST TO BE ALLOWED TO REST UNDER THE CANOPY AT THE DOORWAY THE ACADEMIC BUILDING, DEFENDANT, HYDE ACTION PLACED PLAINTIFF LIFE IN HIGH RISK, PLUS CORONA VIRUS CAN BE FATAL; OTHER INMATES LIVES WERE ALSO PLACED AT RISK

191. ON OR NEAR 2.17.20. SICK CALL, DEFENDANT, K. DELISMA, MEDICAL DIRECTOR; DELIBERATE INDIFFERENCE TO PLAINTIFF AT THE EXACT MOMENT, EXHIBITED SYMPTOMS LIKENED TO CORONA VIRUS, e.g. COUGHING, FEVER, GLASSY EYES, SNEEZING, RUBBER LEG, FEELING FAINT, AND NON STOP PAIN-N-DISCOMFORT, DEFENDANT, DELISMA, RESPONDED "YOU ARE SUING ME AND YOU EXPECT ME TO PROVIDE YOU MEDICAL CARE, WELL IT'S NOT GOING TO HAPPEN" I THINK YOU'RE INSANE, DEFENDANT, A MEDICAL DOCTOR REFUSED TO ADDRESS PLAINTIFF MEDICAL ISSUE, BUT COMPELLED PLAINTIFF UNDER A THREAT TO COMPLETE A PSYCHOLOGICAL TEST.

192. SAME EVENT: DEFENDANT, DELISMA, THREW PLAINTIFF OUT, NO MEDICINES, AND ALTHOUGH PLAINTIFF EXHIBITED SYMPTOMS LIKENED COVID 19, WHICH IS KNOWN BE FATAL, NOT EVEN A CURSORY EXAM, THIS PLACE PLAINTIFF LIFE-N-OTHER INMATES LIVES AT RISK. DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

193. ON OR NEAR 3.14.20, SICK CALL, DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF FOR MORE THAN A MONTH EXPERIENCE A DISCHARGE OF YELLOW OIL FROM RECTUM, AND RIGHT LEG SWOLLEN FAR BEYOND NORMAL SIZE, WHEREIN PLAINTIFF DRAGGED RIGHT LEG WHILE WALKING, DEFENDANT, DELISMA

A.C.: 3:19-CV-00196                    (24)

WAS ALSO MADE AWARE OF PLAINTIFF NON STOP PAIN-N-DISCOMFORT CAUSED BY CHRON AILMENT. DEFENDANT, DELISMA, RESPONDED, "YOU ARE SUING ME, SO YOU DON'T GET MEDICAL CARE. YOU ARE UNDER MY PUNISHMENT. DEFENDANT, DELISMA, TOLD PLAINTIFF TO GET THE HELL OUT OF HIS OFFICE. NO MEDICINE FOR PAIN

194. SAME EVENT: NOT EVEN A CURSORY EXAM. DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF RIGHTS-N- CONSTITUTED CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

195. ON OR NEAR 3.25.20, DENIAL OF ACCESS TO CARE, DEFENDANT, B.P. HYDE, HEALTH CARE ADMINISTRATOR, DELIBERATE IN TO PLAINTIFF SICK CALL REQUEST DRAFTED PURSUANT TO DC-ADM 820, CONCERNING A CONTINUOUS DISCHARGE OF YELLOW OIL FROM THE RECTUM, AND SWELLING OF RIGHT LEG, TO BE FAR BEYOND NORMAL SIZE, BOTH ONGOING FOR MORE THAN A MONTH, WHEREIN PLAINTIFF DRAGGED RIGHT LEG AS PLAINTIFF WALKED

196. SAME EVENT: PLAINTIFF EXPERIENCED NON STOP PAIN-N-DISCOMFORT CAUSED BY CHRONIC AILMENTS. DEFENDANT, HYDE, MAYBE ANGRY AT PLAINTIFF FOR SUING DEFENDANT HYDE, DEFENDANT HYDE RETURNED PLAINTIFF SICK CALL REQUEST TO PLAINTIFF IN THE MAIL. DEFENDANT, HYDE IS STILL DOING SO TO DATE! THIS DENIAL OF ACCESS TO CARE IS CAUSING PLAINTIFF TO UNDERGO WEEKS OF UNNECESSARY PAIN-N-SUFFERING. DEFENDANT HYDE ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT

197. ON OR NEAR 5.4.20, SICK CALL, DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, DELIBERATE INDIFFERENCE TO PLAINTIFF FOR MORE THAN SEVEN STRAIGHT WEEKS OF A DISCHARGE OF YELLOW OIL FROM RECTUM, AND RIGHT LEG SWOLLEN FAR BEYOND NORMAL SIZE, WHEREIN PLAINTIFF DRAGGED RIGHT LEG WHILE WALKING

198. SAME EVENT: DEFENDANT, DELISMA RESPONDED, FIRST BY DECLARING THE NURSES, NURSE SUPERVISOR, AND THE HEALTH CARE ADMINISTRATOR DO NOT HAVE THE AUTHORITY TO PRESCRIBE MEDICINES, DIAGNOSE HEALTH PROBLEMS, REFER INMATES TO SPECIALIST, ONLY! DOCTOR, NPA, AND PA HAS THE AUTHORITY TO DO SO. ACCORDING TO DEFENDANT DELISMA, DEFENDANT, B.P. HYDE -N- G. PUSKAR SUMMONED PLAINTIFF BEFORE THEM WAS THEIR OWN PERSONAL ACTS.

199. SAME EVENT: DEFENDANT, DELISMA DECLARED, PLAINTIFF SUED HIM, UNTILL PLAINTIFF HIS LAW SUIT PLAINTIFF WOULD NOT RECEIVE CARE, NO MEDICINES FOR PAIN, NOT EVEN A CURSORY EXAM. PLAINTIFF WAS TOLD TO GET OUT IMMEDIATELY. DEFENDANT, DELISMA ACTION VIOLATED PLAINTIFF RIGHTS-N-CONSTITUTE CRUEL-N-UNUSUAL PUNISHMENT PER 8th AMENDMENT.

**FILED**

JUL 09 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

AC: 3:19-CV-00196                    (25)