IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON
PLAINTIFF

v.

KANSKY DELISMA Defendants et al.

NO. 3:19-CV-00196
JUDGE LENIHAN

DECLARATION OF HENRY UNSELD WASHINGTON

I, HENRY UNSELD WASHINGTON, AM THE PLAINTIFF IN THE ABOVE CAPTIONED

1. PLAINTIFF MOVES THIS COURT WITH THE DECLARATION OF HENRY UNSELD WASHINGTON

2. PAGES 14-55 OF MY AMENDED COMPLAINT, WASHINGTON V. DELISMA 3:19-CV-00196 WAS PLACED IN THE FIRST CLASS MAIL 12 PAGES ON MONDAY, TUESDAY, AND WEDNESDAY AND 7 PAGES ON THURSDAY (INCLUDING THIS DECLARATION) JULY 6,7,8,9; 2020

3. AT LEAST 5 PAGES ARE BEING MAILED FOR THE THIRD TIME; THE SECOND TIME FOR THOSE FIVE PAGES WERE SUBMITTED MORE THAN TWO WEEKS AGO

4. I BEG THIS COURT TO SERIOUSLY CONSIDER THAT MY AMENDED COMPLAINT WAS NOT FULLY DELIVERED TO THIS COURT (13 PAGES OF 55) PROBABLY DIDN'T OCCUR DUE TO LOSS MAIL, I BELIEVE MY AMENDED COMPLAINT WAS COMMANDEERED.

AFTER HAVING READ THE FOREGOING DECLARATION OF HENRY UNSELD WASHINGTON, AND HEREBY VERIFY THAT THE RESPONSES THEREIN ARE TRUE, EXECPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEFS, AND AS TO THOSE, I BELIEVE THEM TO BE TRUE PURSUANT TO 28 USC §§ 1746, I CERTIFY UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT. EXECUTED THIS 9th DAY OF JULY 2020; AT SCI-SOMERSET, SOMERSET, PA

DATED: 7.9.20

"RESPECTFULLY SUBMITTED"
S/Henry Unseld Washington
HENRY UNSELD WASHINGTON
AM-3086
PRO SE

**FILED**
JUL 14 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

3:19-CV-00196 DECLARATION

ALIZE PLAINTIFF FOR FILING GRIEVANCES AND LAWSUITS AGAINST ~~FETTERMAN~~-N-SCI SOMERSET MEDICAL STAFF, CONTINUOUS COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, FETTERMAN ALLEGED ACTION CONSTITUTE FREE SPEECH VIOLATIONS PER 1st AMENDMENT, 42 USC 1985 SEE: 134; 135; 136; 21; 26; 35; 40-60; 62;

298. DEFENDANT, R. HUTCHINSON, PA-C; CONSPIRACY-N-RETALIATION DURING SICK CALL TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUIT AGAINST DEFENDANT, HUTCHINSON-N-SCI-SOMERSET MEDICAL STAFF, CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, HUTCHINSON ALLEGED ACTIONS CONSTITUTE FREE SPEECH VIOLATIONS PER 1st AMENDMENT; 42 USC 1985 SEE: 137; 138; 21; 26; 35; 40-60; 62

299. DEFENDANT, D. TESTA, PA-C; SICK CALL; CONSPIRACY-N-RETALIATION AS PENALTY TO PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, TESTA-N-SCI-SOMERSET MEDICAL STAFF; CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, TESTA ALLEGED ACTIONS CONSTITUTE FREE SPEECH VIOLATION PER 1st AMENDMENT, 42 USC 1985 SEE: 146; 147; 151;

300. DEFENDANT, E. TICE, WARDEN; DUTY TO PROTECT, CONSPIRACY-N-RETALIATION AS PENALTY TO PLAINTIFF FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, TICE-N-SCI-SOMERSET MEDICAL STAFF; CONTINUOUS COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, TICE ALLEGE ACTION CONSTITUTES FREE SPEECH VIOLATION PER 1st AMENDMENT; 42 USC 1985 SEE: 130; 254; 257; 259; 260; 21; 26; 35; 40-60; 62

301. DEFENDANT, B.P. HYDE, ADMINISTRATOR OF HEALTH CARE, ACCESS TO CARE, CONSPIRACY-N-RETALIATION AS PENALTY TO PLAINTIFF FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, HYDE-N-SCI-SOMERSET MEDICAL STAFF; CONTINUOUS COMMUNICATION WITH AUTHORITIES, DEFENDANT, HYDE ALLEGED ACTION CONSTITUTE FREE SPEECH VIOLATIONS PER 1st AMENDMENT; 42 USC 1985 SEE: 135; 139; 140; 21; 26; 35; 40-60; 62

302. DEFENDANT, W.L. BOWERS, A BLOCK UNIT MANGE, HOUSING ASSIGNMENT, CONSPIRACY-N-RETALIATION, ANGRY WITH PLAINTIFF FOR HAVING SUED DEFENDANT, BOWERS; DEFENDANT, BOWERS ASSIGNED/APPROVED FOR PLAINTIFF AN ELDERLY INMATES, HAVING A PLETHORA OF SERIOUS HEALTH PROBLEM, PHYSICAL-N-PSYCHOLOGICAL; IN A STATE OF RAPID FAILING PHYSICAL-N-PSYCHOLOGICAL HEALTH, TO BE MOVED OFF THE HOUSING UNIT THAT WAS ESTABLISHED FOR INMATES WITH PHYSICAL-N-PSYCHOLOGICAL NEEDS WHICH PLAINTIFF EXHIBIT; N.B. PLUS, PLAINTIFF WAS THE OLDEST INMATE ON THIS BLOCK

303. SAME EVENT: DEFENDANT, BOWERS MOVED PLAINTIFF TO A HOUSING UNIT MORE THAN 500 YARDS AWAY FROM MEDICL DEPT., CHOW HALL, LAW LIBRARY, CHAPEL AREA, CLOTHING EXCHANGE, OTHER NECESSITIES, INCLUDING R-N-D... N.B. THIS PLAINTIFF IN A ENVIRONMENT CAUSING PLAINTIFF TO EXPERIENCE AN INCREASE OF PSYCHOLOGICAL PROBLEM, ROBBED FOR MORE THAN $180 WORTH OF PERSONAL MERCHANDISE, CONSTANT SEXUAL HARASSMENT, CONSTANT FEAR OF BEING RAPED SEE: 397; 398; 421; 253; 21; 26; 35; 40-60; 62; 408; 397; 396; 398;

304. SAME EVENT: DEFENDANT, BOWERS MOVED PLAINTIFF OFF OF THE HOUSING UNIT WHICH PLAINTIFF SORELY NEEDS TO HOUSE, AS A WAY TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, BOWERS AND SCI-SOMERSET STAFF AND MEDICAL STAFF, CONTINUOUS COMMUNICATION WITH AUTHORITIES. DEFENDANT, BOWERS ALLEGED ACTION CONSTITUTES FREE SPEECH VIOLATION PER 1st AMENDMENT, 42 USC 1985

A.C: 3:19-CV-00196                    (38)

FILED JUL 14 2020 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA

305. DEFENDANT, R. SNYDER, CAPTAIN OF SECURITY, FAILURE TO ACT, CONSPIRACY-N-RETALIATION AS PENALTY TO PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUIT AGAINST DEFENDANT, SNYDER-N-SCI-SOMERSET DOC-N-MEDICAL STAFF; CONTINUOUS COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, SNYDER ALLEGED ACTIONS CONSTITUTE FREE SPEECH PER 1st AMENDMENT, 42 USC 1985 SEE: 286; 316; 338; 420; 21; 26; 35; 40-60; 62

306. DEFENDANT, K. DELISMA, MEDICAL DIRECTOR, SICK CALL, CONSPIRACY WHEN DEFENDANT, DELISMA THROUGH A MEETING OF THE MINDS, ENCOURAGED-N-ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR SUING, PLAINTIFF FILING GRIEVANCES AGAINST DEFENDANT-N-SCI-SOMERSET MEDICAL STAFF UNDER DEFENDANT, DELISMA SUPERVISION, COMMUNICATIONS WITH AUTHORITIES. DEFENDANT DELISMA ALLEGED ACTIONS CONSTITUTE CONSPIRACY AND-N-FREE SPEECH VIOLATIONS PER 42 USC 1985; 1st AMENDMENT

307. DEFENDANT, R. PESCHOCK, ACTIVITIES SPECIALIST, JOB ASSIGNMENT, CONSPIRACY-N-RETALIATION AS PENALTY TO PLAINTIFF FILING GRIEVANCE-N-LAWSUITS AGAINST DEFENDANT, PESCHOCK, SCI-SOMERSET DOC STAFF AND MEDICAL STAFF; CONTINUOUS COMMUNICATION WITH AUTHORITIES. DEFENDANT, PESCHOCK ALLEGED ACTIONS CONSTITUTE FREE SPEECH VIOLATIONS PER 1st AMENDMENT; 42 USC 1985 SEE: 401; 407; 218-223; 21; 26; 35; 40-60; 64

308. DEFENDANT, R. PESCHOCK, ACTIVITIES SPECIALIST, JOB ASSIGNMENT, CONSPIRACY, ENCOURAGED DEFENDANTS, THROUGH A MEETING OF THE MINDS TO ACT-N-CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, PESCHOCK-N-SCI-SOMERSET DOC-N-MEDICAL STAFF; COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, PESCHOCK ALLEGED ACTION CONSTITUTE CONSPIRACY AND VIOLATES PLAINTIFF RIGHTS TO FREE SPEECH PER 42 USC 1985; 1st AMENDMENT SEE 307; 380-383; 400-404; 406; 407; 418; 422

309. DEFENDANT, J. GIRONE, MEDICAL DIRECTOR, SICK CALL; THROUGH A MEETING OF THE MINDS ENCOURAGED DEFENDANTS-N-ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, GIRONE-N-SCI SOMERSET MEDICAL STAFF UNDER DEFENDANT, GIRONE SUPERVISON; COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, GIRONE ALLEGED ACTION CONSTITUTE CONSPIRACY THAT VIOLATES PLAINTIFF FREE SPEECH RIGHTS PER 42 USC 1985; 1st AMENDMENT SEE: 292; 380-383; 389; 391-393; 395; 406; 407; 409; 422; 423; 27; 40; 52; 56; 57; 59; 62;

310. DEFENDANT, R. KAUFFMAN, PACS, SICK CALL; THROUGH A MEETING OF THE MINDS ENCOURAGED DEFENDANTS-N-ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, KAUFFMAN-N-SCI-SOMERSET MEDICAL-N-DOC STAFF; COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, KAUFFMAN ALLEGED ACTION CONSTITUTE CONSPIRACY AND VIOLATES PLAINTIFF RIGHTS TO FREE SPEECH PER 42 USC 1985; 1st AMENDMENT. SEE: 293; 380-383; 406; 407; 391-393; 395; 409-418; 422; 423; 27; 40; 52; 56; 57; 59; 62

311. DEFENDANT, R. IRWIN, OPTOMETRIST, EYE EXAM; THROUGH A MEETINGS OF THE MINDS ENCOURAGED DEFENDANTS-N-ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT IRWIN-N-SCI-SOMERSET DOC-N-MEDICAL STAFF; COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, IRWIN ALLEGED ACTS CONSTITUTES CONSPIRACY AND VIOLATES PLAINTIFF FREE SPEECH RIGHTS PER 42 USC 1985; 1st AMENDMENTS.

312. DEFENDANT, R. PLAYSO, PACS, SICK CALL; THROUGH A MEETING OF THE MINDS DEFENDANT, PLAYSO ENCOURAGED OTHER DEFENDANTS-N-ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, PLAYSO-N-SOMERSET DOC-N-MEDICAL STAFF; CONTINUOUS COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, PLAYSO ALLEGED ACTIONS CONSTITUTE CONSPIRACY AND VIOLATES PLAINTIFF FREE SPEECH RIGHTS PER 42 USC 1985; 1st AMENDMENT SEE: 131;132;134;135;295;380-383;395;406;407;391-393;395;409-418;422;423.

313. DEFENDANT, L. DONNELLY, CRNP, SICK CALL; THROUGH A MEETING OF THE MINDS DEFENDANT, DONNELLY ENCOURAGED DEFENDANTS-N-ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, DONNELLY-N-DOC-N-MEDICAL STAFF; COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, DONNELLY ALLEGED ACTIONS CONSTITUTE CONSPIRACY, AND FREE SPEECH VIOLATIONS PER 42 USC 1985; 1st AMEND.

314. DEFENDANT, J. FETTERMAN, CRNP, SICK CALL; THROUGH A MEETINGS OF THE MINDS DEFENDANT, FETTERMAN ENCOURAGED DEFENDANTS-N-ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, FETTERMAN-N-SCI-SOMERSET DOC-N-MEDICAL STAFF; COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, FETTERMAN ALLEGED ACTIONS CONSTITUTE CONSPIRACY AND FREE SPEECH VIOLATIONS PER 42 USC 1985; 1st AMENDMENT SEE: 131;133;134;135;295;136;297;380-383;391-393;395;406;407;409-418;422;423;27;40;52;56;57;59;62

315. DEFENDANT, R. HUTCHINSON, PACS, SICK CALL; THROUGH A MEETING OF THE MINDS DEFENDANT, HUTCHINSON ENCOURAGED DEFENDANTS-N-ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, HUTCHINSON-N-SCI-SOMERSET DOC-N-MEDICAL STAFF; COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, HUTCHINSON ALLEGED ACTIONS CONSTITUTE CONSPIRACY AND FREE SPEECH VIOLATIONS 42 USC 1985; 1st AMENDMENT SEE: 298; 380-383;391-393;395;406;407;409-418;422;423;27;40;52;56;57;59;62

316. DEFENDANT, D. TESTA, PACS, SICK CALL; THROUGH MEETING OF THE MINDS DEFENDANT, TESTA ACTED IN CONCERT-N-ENCOURAGED DEFENDANTS TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, TESTA-N-SCI-SOMERSET DOC-N-MEDICAL STAFF; COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, TESTA ALLEGED ACTION CONSTITUTE CONSPIRACY AND FREE SPEECH VIOLATION PER 42 USC 1985; 1st AMENDMENT SEE: 146;147;151;159;299;316;380-383;391-393;395;406;407;409-418;422;423

317. DEFENDANT, E. TICE, WARDEN, FAILURE TO ACT, THROUGH MEETINGS OF THE MINDS DEFENDANT, TICE ENCOURAGED THOSE UNDER HIS SUPERVISION, AND DEFENDANTS-N-ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, TICE-N-DOC STAFF UNDER DEFENDANT, TICE SUPERVISION, AND MEDICAL STAFF; COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, TICE ALLEGED ACTIONS CONSTITUTE CONSPIRACY AND FREE SPEECH VIOLATIONS PER 42 USC 1985; 1st AMENDMENT

318. DEFENDANT, B.P. HYDE, HEALTH CARE ADMINISTRATOR; ACCESS TO SICK CALL, THROUGH MEETING OF THE MINDS DEFENDANT, HYDE ENCOURAGED MEDICAL STAFF-N-DOC STAFF TO ACT WITH DEFENDANT, HYDE IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANTS, HYDE-N-DOC STAFF, AND MEMBERS OF THE MEDICAL STAFF; COMMUNICATIONS WITH AUTHORITIES. DEFENDANT, HYDE ALLEGED ACTION CONSTITUTE CONSPIRACY AND FREE SPEECH VIOLATIONS PER 42 USC 1985; 1st AMENDMENT. SEE: 301;134;135;380-383;391-395;406;407;409-418;422;423

AC: 3-19-CV-00196      (40)

319. DEFENDANT, H. SROKA, GRIEVANCE COORDINATOR, FAILURE TO ACT, THROUGH MEETING OF MINDS DEFENDANT, SROKA ENCOURAGED OTHER DEFENDANTS -N- ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES -N- SUING DEFENDANT AT SCI-GREENE, CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, SROKA ALLEGED ACTION CONSTITUTES CONSPIRACY, AND FREE SPEECH VIOLATION PER 42 USC; 1st AMENDMENT

320. DEFENDANT, P. MAUST, CHAPLAIN SUPERVISOR, DENIAL OF RELIGIOUS LITERATURE, THROUGH MEETING OF MINDS DEFENDANT, MAUST ENCOURAGED OTHER DEFENDANTS -N- ACTED IN CONCERT TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES -N- LAWSUITS AGAINST DEFENDANT, MAUST -N- SCI-SOMERSET DOC -N- MEDICAL STAFF, COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, MAUST ALLEGED ACTION CONSTITUTE CONSPIRACY -AND FREE SPEECH VIOLATIONS PER 42 USC 1985; 1st AMENDMENT. — SEE 380-383, 290, 267-284, 257-259, 260-264, 283, 286, 406-408, 415, 427

321. PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONG DESCRIBED HEREIN HAS BEEN AND WILL CONTINUE TO BE IRREPARABLE INJURED BY THE CONDUCT OF DEFENDANTS UNLESS THIS COURT GRANT THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS

VII: INJURY
322. PLAINTIFF ALLEGED AND INCORPORATE BY REFERENCE PARAGRAPHS 1-321
323. IRREPARABLE INJURY OF LOST OF REWARDS IN THE AFTERLIFE DUE TO DENIAL OF "DAILY" WORSHIP -N- PRAISE; AND PROSELYTIZING, STILL ONGOING TO DATE!
324. HEART FAILURE, HEART VALVE DISEASE
325. BOTH FEET COVER IN CALLUS SKIN, MAKING WALKING PAINFUL; FEET IN BLOOD
326. THE MANDATES OF WASHINGTON V. KLEM, SETTLEMENT, SCI-SOMERSET ALREADY APPROVED AS EXCESS PROPERTY (LEGAL -N- RELIGIOUS) WHICH TO DATE! HAS CAUSED PLAINTIFF APPROXIMATELY 2,550 STRAIGHT DAYS OF "DAILY" PRACTICE OF PLAINTIFF RELIGIOUS BELIEFS TO BE IMPOSSIBLE
327. ROBBED OF APPROXIMATELY $180 OF PERSONAL MERCHANDISE, AND PSYCHOLOGICAL TRAUMA
328. AFFECT OF DIGESTIVE DISORDER, i.e. PERICARDITIS, VISION PROBLEMS, LOSS OF MUSCLAR PHYSIQUE, MEMORY LOSS, LOSS OF STAMINA -ENERGY- N- CONCENTRATION, CIRCULATION PROBLEMS, LOSS OF MY NORMAL TESTOSTERONE LEVEL, SUDDEN LOSS OF WEIGHT
329. FURTHER LOSS OF EYESIGHT IN RIGHT EYE
330. PSYCHOLOGICAL DAMAGES AS RESULT OF INABILITY TO PRACTICE RELIGIOUS BELIEFS
331. EARLY STAGE OF DEMENTIA
332. HEARING DAMAGE IN LEFT EAR
333. INABILITY TO RAISE VOICE ABOVE A WHISPER
334. LOSS OF ABILITY TO EAT -N- DIGEST VARIOUS FOODS
335. IRREVERSIBLE FOOT FUNGUS, WHICH ENTAILS BLACKEN TOE NAILS, FEET COVERED IN SKIN SO DRY IT'S LIKED UNTO ALLIGATOR HIDE, AND LARGE CALLUSES
336. DETERIORATION OF MUSCLES
337. DEFORMED FINGERS, ANKLES -N- ELBOWS
338. LOSS OF EXPENSIVE RELIGIOUS BOOKS

339. URETHRAL STRICTURE
340. MY INMATE JOB
341. PAY AS SPORTS OFFICIAL
342. SECURITY OF SAFE ENVIORNMENT

# VIII. PRAYER FOR RELIEF

343. PLAINTIFF ALLEGED AND INCORPORATE BY REFERENCE PARAGRAPHS 1 - 342
344. IMMEDIATE PLACEMENT IN JOHNS HOPKINS UNIVERSITY HOSPITAL, OR WALTER REED HOSPITAL; AND REMAIN THERE UNDER THE CARE OF SPECIALISTS UNTIL PLAINTIFF IS PERSONALLY CONVINCED ALL OF PLAINTIFF HEALTH PROBLEMS ARE CURED-N-CORRECTED
345. IMMEDIATE LASER EYE SURGERY ON "BOTH EYES" CONDUCTED A WILLS EYE CLINIC IN PHILADELPHIA
346. IMMEDIATE MEDICAL CARE BY OPHTHALMOLOGIST, GASTROENTEROLOGIST, ONTO-LARYNGOLOGIST, UROLOGIST, CARDIOLOGIST, DERMATOLOGIST, PODIATRIST, AND ALL OTHER SPECIALIST, CONDUCTED AT JOHNS HOPKINS UNIVERSITY HOSPITAL, OR WALTER REED HOSPITAL.
347. ALL MEDICAL CARE FREE OF CHARGE, PROVIDED THREE DAYS OF PLAINTIFF CHOICE ON A WEEKLY BASIS; SICK CALL THE NEXT DAY, DOCTORS VISIT, MEDICINES FOR LIFE, INCLUDING HOSPITAL STAYS-N-SPECIALIST
348. CONJUGAL VISITS, NO TIME LIMITS, ANY-N-EVERY DAY, WITH AS MANY VISITOR OF PLAINTIFF CHOICE, WITH ANY WOMAN PLAINTIFF DESIRE, INCLUDING DOC STAFF OR A CONTRACT EMPLOYEE OF DOC; THIS PRIVILEGES IS TO BE APPLICABLE UNTIL PLAINTIFF DEATH; INSIDE OF A FACILITY WITH REST ROOM, SHOWER, OUTDOOR-N-INDOOR EXERCISE, STOVE-N-REFIGERATOR, HEATING AND COOLING SYSTEM, CABLE T.V.-N-RADIO
349. LIFE TIME DIET SUPPLEMENT OF PLAINTIFF CHOICE
350. FOLLOW UP MEDICAL CARE BY SPECIALIST CONDUCTED WEEKLY
351. ALL CARE TO MEET STANDARD OF 8th AMENDMENT
352. MEDICAL RECORD SHOULD INSTRUCT THAT PLAINTIFF BE HOUSED IN CELL OF CHOICE AT ALL TIME, REMAIN IN PLACE UNTIL DEATH
353. LIFE TIME PERMANENT Z CODE STATUS
354. HAIR TRANSPLANT
355. TO BE ENFORCED IN ANY-N-ALL FACILITIES AFFILIATED WITH PA. DOC (INCLUDING OUT PATIENT PROGRAMS, HALFWAY HOUSES-N-MENTAL INSTITUTION) SHALL PROVIDE PLAINTIFF SPACE, A SPECIFIC DAY OF THE WEEK, AND TIME FOR WEEKLY WORSHIP SERVICES, AND STUDY GROUPS, AND SEAG: SELF ENHANCEMENT AWARENESS GROUP; ALL CONSISTING OF 120 MINUTES PER SESSION; ANNUAL CELEBRATIONS, AND FESTIVITIES THAT ARE RECOGNIZED BY THE CHILDREN OF THE SUN CHURCH, i.e. BLACK HISTORY MONTH, i.e. THE ENTIRE MONTH OF FEBRUARY, KWANZAA, i.e. DECEMBER 26 - JANUARY 1st; AFRIKAN LIBERATION DAY - MAY 25th; JUNETEENTH; NAKUMBAKAY - NOVEMBER 11th, AND ANNUAL PICNIC; PLAINTIFF RELIGIOUS SERVICES ARE GROUNDED IN THE TEACH-

INGS OF THE CHILDREN OF THE SUN CHURCH. . . THE CHILDREN OF THE SUN CHURCH GRANTED PERMANENT PERMISSION TO SPONSOR A SALE ONCE EVERY THIRTY DAYS, WHEREIN THE CHILDREN OF THE SUN CHURCH RECEIVES ONE HUNDRED PERCENT OF THE PROFITS-N-PROCEEDS, TOTAL FREEDOM TO INVITE A SPEAKER, OR GUEST SPEAKER FOR WORSHIP SERVICES-N-FESTIVITIES, PLAINTIFF WILL DECIDE

356. PERMANENT ASSIGNMENT AS FACILITATOR FOR CHRISTIAN BLACK STUDIES GROUP, LEADER OF THE CHILDREN OF THE SUN WORSHIP SERVICES, AND THE SELF ENHANCEMENT GROUP: SEAG; PAID JOB WITH HIGHEST PER HOUR PAY AVAILABLE FOR ANY INMATE IN PA DOC FOR EACH OF FOREMENTED GROPS, EIGHT HOUR WORK DAY, SEVEN DAY WORK WEEK; PAY CONTINUE WHILE IN RHU, AC OR DC STATUS; PLAINTIFF SHALL BE ALLOWED TO ATTEND ANY-N-ALL STUDY GROUPS-N-WORSHIP SERVICES CONDUCTED IN GENERAL POPULATION

357. IMMEDIATED COMPLETE COMPLIANCE PERMANENTLY WITH THE DICTATES OF AN EXTENDED VERSION OF WASHINGTON V. KLEM SETTLEMENT AGREEMENT

358. A DECLARATION THAT STATES THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF RIGHTS UNDER PA. CONSTITUTION, ARTICLE 1 §§ 26; AND FIRST, EIGHTH AND FOURTEENTH AMENDMENTS, 42 USC 1985; 2000cc, 1-5; 18 USC 13 §§ 247

359. PRELIMINARY-N-INJUNCTIVE RELIEF

360. COMPENSATORY DAMAGES IN THE AMOUNT OF _____ AGAINST EACH DEFENDANT JOINTLY AND SEVERALLY PER VIOLATION OF PLAINTIFF 1st, 8th, AND 14th AMENDMENTS, AND RLUIPA, AND 42 USC 1985; 2000cc, 1-5; 18 USC 13 §§ 247

361. COMPENSATORY DAMAGES FOR PSYCHOLOGICAL OR EMOTIONAL INJURY IN THE AMOUNT OF

362. TWENTY DOLLARS WORTH OF FREE PHOTO COPY FREE OF CHARGE, PER WEEK

363. A LIFETIME SUBSCRIPTION OF PLAINTIFF CHOICE OF FOUR DIFFERENT NEWSPAPERS, MAGAZINES, NEWSLETERS, AND WEEKLY SUPPLY OF PLAINTIFF CHOICE OF ARTICLES OF 20 SEPARATE ARTICLES; AND ONE BOOK OF PLAINTIFF CHOICE FREE OF CHARGE EACH MONTH

364. HYGIENE-N-COSMETIC (i.e. SKIN LOTION, AFTER SHAVE, SHAVE CREAM, DEODORANT, TOOTHPASTE, SOAP) OF PLAINTIFF CHOICE UPON REQUEST FREE OF CHOICE

365. PLAINTIFF CHOICE OF EYEGLASSES FRAMES UPON REQUEST FREE OF CHOICE

366. ASSIGNED PERMANENT CREW CHIEF OF BOTH BASKETBALL-N-SOFTBALL OFFICIALS; PERMANENT MEMBER OF FOOTBALL-N-VOLLEYBALL OFFICIALS, ENFORCED IN ALL PA. DOC PRISONS WHERE PLAINTIFF IS HOUSED, PAY GUARANTEED AT HIGHEST POSSIBLE PAY RATE, SEVEN DAYS WORK WEEK, EIGHT HOUR WORK DAY, APPLICABLE ON AC OR DC, EVEN IN RHU OR PRISON LOCK DOWN

367. ALLOWED TO POSSESS A SMALL COFFEE POT IN CELL EVEN RHU

368. PUNITIVE DAMAGES IN THE AMOUNT OF _____ AGAINST EACH DEFENDANT JOINTLY AND SEVERLY FOR EACH VIOLATION OF PLAINTIFF 1st, 8th, AND 14th AMENDANTS RIGHTS RLUIPA RIGHTS PER 18 USC 13 §§ 247; 42 USC 1985; 2000 cc, 1-5

369. LIFE TIME SUBSCRIPTION OF CABLE T.V., AND A T.V. AND RADIO OF PLAINTIFF CHOICE FREE OF CHARGE

370. PLAINTIFF CHOICE OF T.V., TYPEWRITER, RADIO, 4-STINGERS ANNUALLY; RE-

AC: 3:19-CV-00196

PAIRS OR REPLACEMENT FOR LIFE FREE OF CHARGE
371. COMMUTATION IMMEDIATELY
372. COMPENSATED FOR THE COST IN THIS LAW SUIT
373. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE

## IX. DECLARATION OF HENRY UNSELD WASHINGTON

374. PLAINTIFF ALLEGES AND INCORPORATE BY REFERENCE PARAGRAPHS 1-373
375. HENRY UNSELD WASHINGTON HEREBY DECLARES:
376. I, HENRY UNSELD WASHINGTON, AM THE PLAINTIFF IN THIS LEGAL ACTION CURRENTLY HOUSED AT SCI-SOMERSET
377. ON OR NEAR 8.10.09, FOR THE SECOND TIME PLAINTIFF WAS TRANSFERRED INTO SCI-GREENE, AND REMAINED IN THE RHU UNTIL 7.14.15, WHEN TRANSFERRED INTO SCI-SOMERSET, AFTER HAVING ENDURED NEAR 71 STRAIGHT MONTHS OF A REIGN OF HIDEOUS "SEXUAL-N-PHYSICAL ASSAULTS", AND "SEXUAL HARASSMENT", DENIED BASIC HUMAN NEEDS, RLUIPA, FREE SPEECH, ACCESS TO COURT, EQUAL PROTECTION, CARRIED OUT AGAINST PLAINTIFF SEVERAL TIMES OVER BY BOTH THE SCI-GREENE DOC-N-MEDICAL STAFFS
378. IN PLAINTIFF NEVER ENDING QUEST TO OBTAIN JUSTICE FOREMENTIONED ABUSES, AND DENIAL OF MEDICAL CARE PLAINTIFF BEGIN; CONTINUING TO DATE! TELLING PEOPLE OF INFLUENCE BY MAIL, e.g. POPES: FRANCIS-N-JOHN PAUL, MOTHER TERESA, WINNE-N-NELSON MANDELA, HILLARY-N-BILL CLINTON, GEORGE BUSH, MICHELLE-N-BARACK OBAMA, JILL-N-JOE BIDEN, MELANIA, IVANKA-N-DONALD TRUMP, MIKE PENCE, JARED KUSHNER, GENERAL JOHN KELLY, KRISTEN NEILSEN, JEFF SESSIONS, LORETTA LYNCH, ERIC HOLDER, REINCE PRIEBUS, ED RENDELL, TOM WOLFE, PA. U.S.-N-STATE SENATORS, -CONGRESS PERSON-N-LEGISLATORS, PA. GOVENORS, U.S. CONGRESSIONAL BLACK CAUCUS, PA. LEGISLATIVE BLACK CAUCUS, BLACK PERSONALITIES OF T.V. i.e. DON LEMON, GEORGE HOWELL, VAN JONES; AND OTHERS: CHRIS CAUMO, WOLF BLIZER, ELECTED OFFICIALS, SPORTS FIGURES, U.S. DISTRICT COURT, PA DOC CENTRAL OFFICE, JANET RENO, GRIEVANCES, i.e. "AUTHORITIES"
379. PLAINTIFF ALSO CONTACTED SEVERAL RENOWN ATTORNEYS, e.g. GLORIA ALRED, LISA BLOOM, ANGELINA BRYANT, VIC WALCZAK, LETICIA CHAVEZ-FREED, SUSAN LIN, A. SCOTT BOLDEN, BLAINE JONES, JEFFREY FIEGER, ROY BLACK, WILLIAM KUNSTER, RON KUBY, BRET GROTE, DUSTIN MCDANIELS, JOHNNIE COCRAN
380. THIS CAUSED PA. DOC COMMISSIONER, JOHN WHEZEL, PA. DOC CENTRAL OFFICE, PRISON STAFF, MEDICAL PROFESSIONALS, UNIT MANAGERS, COUNSELORS, PSYCHOLOGISTS, PSYCHIATRIST, etc. TO RETALIATE ACTING IN CONCERT AGAINST PLAINTIFF IN THE MOST VICIOUS WAY, STILL ONGOING TO DATE!
381. DEFENDANTS, KANSKY DELISMA, WILLIAM L. BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, ROBERTA PESCHOCK, JOSEPH BIRANE, ELLIS KAUFFMAN, ERIC

AC:3:19-CV-00196 (44)

TICE, RICHARD IRWIN, ROXANNA PLAYSO, LARENE DONNELLY, JAMES FETTERMAN, RICHARD HUTCHINSON, DAKOTA TESTA, BRIAN P. HYDE, GERALD PUSKAR, ON MORE THAN TWO OCCASIONS, SOME THREE-FOUR TIMES DECLARED THEY WERE GOING TO PENALIZE PLAINTIFF FOR FILING GRIEVANCES-N-LAWSUITS AGAINST THEM PERSONALLY, OR COWORKERS, DOC STAFF-N-MEDICAL PROFESSIONALS AT SCI-SOMERSET-N-SCI-GREENE, THEIR FAMILY MEMBERS, FRIENDS NEIGHBORS, ARMY BUDDIES, etc; CONTINUOUS COMMUNICATIONS WITH AUTHORITIES (i.e. U.S. DISTRICT COURT, D.O.J., FILING GRIEVANCES-N-REQUEST TO STAFF) CONCERNING NOT RESPONDING TO PLAINTIFF TIMELY SUBMITTED GRIEVANCES AND/OR CONCERNING THEIR CONTINUOUS RETALIATIONS AGAINST PLAINTIFF SEE: 27, 31, 40, 56, 57, 60, 64, 130, 251, 252, 291-320, 201-203, 406, 407, 422

382. EACH DEFENDANT, ROUTINELY TAUNTED PLAINTIFF WITH THEIR BRAGGING-N-BOASTING OF HAVING PENALIZE PLAINTIFF CAUSING PLAINTIFF TO EXPERIENCE HEART ATTACK SYMPTOMS, DENIAL OF MEDICAL CARE-RLUIPA-RELIGIOUS PRACTICE-EQUAL PROTECT-N-FREE SPEECH RIGHTS, CONSPERACY, RETALIATION, DENIAL OF ACCESS TO INMATE GRIEVANCE SYSTEM, DICTATES OF WASHINGTON V. KLEM, SETTLEMENT SEE: 40, 62, 148, 201-203, 248-290, 323, 333, 338, 333, 334, 381, 383, 406, 407

383. THESE WERE NOT! JUST INDIVIDUALS BLOWING OFF STEAM, EACH SCI-SOMERSET DOC STAFF MEMBER-N-MEDICAL PROFESSIONALS CITED IN THIS LEGAL ACTION FOLLOWED UP THEIR THREATS WITH ACTIONS REPEATED OVER-N-OVER SEE: 381, 382, 201-203, 406, 1-423 PASSIM

384. PLAINTIFF EXHAUSTED ALL AVAILABLE REMEDIES PURSUANT TO DC-ADM, 804 INMATE GRIEVANCE SYSTEM, e.g. NUMEROUS TIMES PLAINTIFF SUBMITTED TWO-THREE TIMES, AND A REQUEST TO STAFF BECAUSE THE INITIAL GRIEVANCE TIMELY SUBMITTED WERE NOT RESPONDED TO SEE: 56, 89-97, 99-104, 201-203, 381-383, 406

385. EACH-N-EVERY GRIEVANCE I SUBMITTED WHERE I REQUESTED MONETARY RELIEF THE GRIEVANCE COORDINATOR DID NOT RESPOND TO. SOME MORE THAN TWO TIMES I ASKED CONFIDENTIALLY WHY. THE GRIEVANCE COORDINATOR, H. SROKA RESPONDED AS IF SHE TOOK EXCEPTION TO MY ASKING SUCH QUESTION. SHE FLAT OUT TOLD ME SHE WAS NOT GOING TO RESPOND TO EVERY GRIEVANCE WHERE I REQUESTED MONETARY RELIEF, AND MY REQUEST TO STAFF CONCERNING WHY SHE DIDN'T RESPOND TO THOSE GRIEVANCES. ACCORDING TO MS. SROKA THE WARDENS AND DEPUTY WARDENS GAVE HER DIRECT ORDERS NOT TO RESPOND. SEE: 201-203, 381-383, 388, 406, 407

386. THE WARDEN, DEPUTY WARDEN, AND DEFENDANT, SROKA DURING THEIR TENURE, ON MORE THAN FEW OCCASSIONS I MADE THE WARDEN, TREVOR WINGARD-N-DEPUTY MELISSA HAINSWORTH, AWARE THAT ALL OF MY GRIEVANCES WHERE I'D REQUESTED MONETARY RELIEF WERE NOT RESPONDED TO. DURING EACH INTERVIEW, CONDUCTED SEPARATELY FROM THE OTHER I WAS SCOLDED-N-ACCUSSED OF COMMITTING DISCORD AMONG/INMATES-N-STAFF; TOLD I WAS DISCOURTEOUS, BEING DISRESPECTFUL, DISRUPTIVE, DESTRUCTIVE; ACCORDING TO THE WARDENS: WINGARD-N-HAINSWORTH, THEY BOTH HAD GIVEN THE GRIEVANCE COORDINATOR, H. SROKA DIRECT ORDERS NOT TO RESPOND TO EVERY GRIEVANCE WHERE I REQUESTED MONETARY RELIEF, AND I WOULD BE WASTING MY TIME TO CONTINUE FILING GRIEVANCES REQUESTING MONETARY RELIEF SEE: 201-203, 381-383, 406, 407

387. ACCORDING TO THE GRIEVANCE COORDINATOR, H. SROKA, DECLARED, THERE WAS ABSO-
AC: 3:19-CV-00196    (45)

LUTELY NO FAULTS OR SHORTCOMINGS IN THE GRIEVANCES I'D FILED WHICH SHE ASSIGNED A GRIEVANCE TRACKING NUMBER, OTHERWISE SHE WOULD HAVE REJECTED MY GRIEVANCE. ACCORDING TO MS. SROKA, IT WAS NOT NECESSARY FOR ME TO REQUEST MONETARY RELIEF IN A GRIEVANCE, WHY COULDN'T I GET IT. SEE: 21; 201-203; 381-383; 406-407

388. I BELIEVE IT WOULD BE HELPFUL FOR THE COURT TO KNOW, I AM 76 PLUS YEARS OF AGE, WEAK, OFTEN IN SUCH PAIN-N-DISCOMFORT I AM UNABLE TO STAND UPRIGHT, INCAPABLE OF SPEAKING ALOUD. I DO NOT HAVE A ARMY, I AM A POOR BLACK MALE, NO FAMILY MEMBERS IN THE STATE OF PENNSYLVANIA, BOTH PARENTS ARE NOW DECEASED, THEREFORE, I AM UNABLE TO HIRE AN ATTORNEY; AND NOBODY OF INFLUENCE TO SPEAK IN MY BEHALF, SO I CANNOT! FORCE THE GRIEVANCE OFFICER TO RESPOND TO MY GRIEVANCES, I APPEALED TO BOTH WARDEN WHOM TOLD ME THAT I WAS WRONG FOR REQUESTING MONETARY RELIEF, AND THE GRIEVANCE COORDINATOR NOT RESPONDING TO MY GRIEVANCE WAS THE PROPER ACTION TO TAKE AND GROUNDED IN DOC POLICY DC-ADM 804; PLUS BOTH OPENLY STATED THEY'D PERSONALLY TOLD MS. SROKA NOT! TO RESPOND, I'VE DONE ALL I CAN DO. IF BOTH WARDENS AND THE GRIEVANCE COORDINATOR HERSELF ALL ACTED IN CONCERT AGAINST ME. SEE: 21; 201-203; 381-383;

389. I AM NOT A HEALTHY PERSON, HAVING GONE THROUGH SIX STRAIGHT YEAR OF SHEER TORTURE, i.e. FINGERS, CARROTS, CUCUMBERS, BATON TIPS POKED INTO MY RECTUM, DISINFECTENT-TOBACCO-N-SNUFF SPIT-CATCHUP SQUIRTED INTO MY RECTUM, PUNCHED, JABBED WITH STICKS, KICKED, DENIED FOOD, MEDICAL CARE, SPAT UPON, etc., I AM VIVIDLY AFRAID FOR MY LIFE, EACH TIME I FILE A GRIEVANCE I AM ATTACKED; I SUFFER; I AM 76 PLUS YEARS OF AGE, NOBODY TO ACT ON MY BEHALF; SO IF THE WARDENS (E. TICE, M. HAINSWORTH, T. WINGARD) WON'T HELP ME, THEN A GRIEVANCE COORDINATOR CAN SUMMARILY DISCARD MY GRIEVANCE, AND I'M TOLD SHE IS NOT GOING TO RESPOND. I AM HELPLESS, I TRULY CANNOT FORCE THE GRIEVANCE COORDINATOR TO RESPOND TO MY GRIEVANCE SEE: 201-203; 381-383; 406; 407

390. PLAINTIFF IS THE FOUNDER-N-LEADER OF THE CHILDREN OF THE SUN CHURCH, WHO EARN REWARDS IN THE AFTERLIFE BASED ON THE NUMBER OF EYES I OPEN WITH THE TEACHINGS OF THE CHURCH CONCERNING AFRIKAN GOD, HIS NAME, AFRIKAN PEOPLE-KINGDOMS-EMPIRES-HEROINES-HEROES, etc. THE RELIGIOUS BOOKS-N-LITERATURE, AND THE RELIGION ARE ONE-N-THE SAME, SO E. TICE, W.L. BOWERS-N-P. MAUST DENY ME MY ALREADY APPROVED RELIGIOUS BOOKS-N-LITERATURE THEN THEY ARE DENYING ME MY RELIGIOUS PRACTICE SEE: 2; 21; 35; 41; 48; 54; 201-203; 210-211; 248-275; 280-290; 381-383; 392; 397; 305-305; 406; 407; 420

391. TO DATE! MY HEALTH IS RAPIDLY FAILING, I SUBMIT 2-3 SICK CALL REQUEST ON WEEKLY BASIS, RARELY ARE THE SICK CALL REQUEST RECOGNIZED AND WHEN THEY ARE I AM MOCKED, WHAT FOLLOWS IS MEDICAL PROFESSIONALS AT SCI-SOMERSET TO DATE! ARE DENYING ME MEDICAL CARE THAT IS REQUIRED BY THE EIGHTH AMENDMENT; STILL NEAR BLIND IN RIGHT EYE, A YELLOW OIL BEING DISCHARGED FROM MY RECTUM, RIGHT LEG SWOLLEN FAR BEYOND NORMAL SIZE WHERE AT TIMES I DRAG RIGHT LEG WHEN WALKING, PERIODIC LOSS OF HEARING IN LEFT EAR-N-OTHER TIMES BUZZING SOUND IN LEFT EAR, SO WEAK WALKING IS TIRESOME LABOR, UNABLE TO SPEAK ALOUD, URETHRAL STRICTURE, CON-

AC: 3:19-CV-00196    (76)

TINUOUS PAIN IN DIGESTIVE TRACT, UNABLE TO EAT APPROXIMATELY EIGHTY PERCENT OF THE FOODS SERVED TO INMATES WITHOUT EXPERIENCING NON STOP EXCRUCIATING PAIN -N- EXTREME DISCOMFORT THROUGHOUT MY DIGESTIVE TRACT, etc. WITHOUT THE HELP OF THE COURT I WILL PROBABLY DIE BROKE, BLIND, HUNGRY, FULL BLOWN DEMENTIA, AND BLAMED FOR MY OWN DEATH SEE: 21; 23-26; 33-36; 38; 41; 59; 61; 62; 78-88; 113-115; 120-128; 139-170; 244; 245; 201-203; 146; 179-181; 185; 381-383; 406; 47; 28

392. I AM A DARK SKIN BLACK MALE WHO DEFENDANT CONSISTANTLY SINGLED OUT FOR MOCKERY, DENY MEDICAL CARE, RELIGIOUS PRACTICE, AND BASIC HUMAN NEEDS SPORTS OFFICIATING JOB. SEE: 21; 26; 65; 70; 112-120; 124-127; 138; 141; 143; 150-152; 160; 52; 201-203; 380; 381-383; 389; 406; 407;

393. WITHOUT BEING IN PLAINTIFF PRESENCE FOR WEEKS, IGNORING 2-3 SICK CALL REQUEST PER WEEK, AND NUMEROUS REQUEST TO STAFF ADDRESSED TO DEFENDANT, K. DELISMA THE MEDICAL DIRECTOR, HAVING <u>NEVER</u>! TOUCHED PLAINTIFF PHYSICALLY TO CONDUCT A CURSORY EXAMINATION OF BLOOD PRESSURE, HEART RATE, BREATHING PATTERN -N- PUPIL DILATION, NO LAB TESTING OF BLOOD -URINE OR STOOL SAMPLES, OR PAP SMEAR, YET DEFENDANT, DELISMA ORDERED HIS SUBORDINATES, i.e. NURSE PRACTITIONERS -N- PHYSICIAN ASSISTANTS; E. KAUFFMAN, R. IRWIN, R. PLAYSO, L. DONNELLY, J. FETTERMAN, R. HUTCHINSON, D. TESTA; DEFENDANT, J. BIRONE INSTRUCTED THE SAME; NOT TO PROVIDE ME MEDICAL CARE FOR THOSE HEALTH PROBLEMS. N.B. DEFENDANT, DELISMA HABITUALLY AVOID PHYSICAL CONTACT WITH ME FOR WEEKS, OR COMMUNICATIONS WITH ME BY MAIL OR PHONE, NOR HAD DEFENDANT, DELISMA EVER PROVIDED ME AN EXAMINATION, YET THE MEDICAL PROFESSIONALS FORENAMED TURNED ME AWAY WHILE I WAS IN NOT STOP EXCRUCIATING PAIN -N- EXTREME DISCOMFORT SEE: 21; 25; 113; 114; 123; 125; 133; 136; 139; 143; 147; 150; 201-203; 215; 406; 407; 422; 423; 99-198 PASSIM

394. SEVERAL TIMES OVER DEFENDANT, B.P. HYDE HAS BEEN MADE AWARE, AND MORE THAN TWO OCCASIONS HYDE WAS PERSONALLY CONFERRED WITH, THEN (AS LATE AS 5.14.20) STOOD AT THE SIDE OF MEDICAL PROFESSIONALS WHO TALKED TO ME IN A RACIST -N- BIGOTED MANNER, REFUSE TO PROVIDE ME MEDICAL CARE FOR SERIOUS HEALTH PROBLEMS, SENDING ME AWAY IN NON STOP EXCRUCIATING PAIN -N- EXTREME DISCOMFORT, DEFENDANT, HYDE DID NOT ATTEMPT TO STOP OR CORRECT THE RACIST -N- BIGOTED, AND ILLEGAL ACTIONS OF DEFENDANTS, i.e. MEDICAL PROFESSIONALS, BUT DEFENDANT, HYDE ENCOURAGED IT, SAYING "FUCK HIM". I WAS MOVED TO DEEP FEAR, CAUSING ME TO URINATE ON MYSELF. I AM VIVIDLY AFRAID FOR MY LIFE AND EVE MORE SO TO BE NEAR DEFENDANTS OF THE MEDICAL PROFESSIONALS, AND B.P. HYDE SEE: 27; 23; 36; 40; 63-68; 76-84; 136; 142; 152-155; 167; 178; 182; 183; 186-193; 195; 201-203; 343; 343; 381; 382; 383; 406; 407; 422; 423

395. WHITE INMATES ARE PROVIDED DIETS -N- MEDICAL CARE BY SPECIALIST UPON REQUEST, BASED UPON NON MEDICAL REASONS, i.e. RACE, RELIGION, NOT SIGNING OFF ON GRIEVANCE #659236, COMMUNICATION WITH AUTHORITIES I AM BEING CONTINUOUSLY DENIED A DIET SUPPLEMENT CONSISTING OF READILY AVAILABLE FOODS AT A MINIMAL COST AND ZERO MAN HOURS; DEFENDANTS, DELISMA, BIRONE, KAUFFMAN, IRWIN, PLAYSO, DONNELLY, HUTCHINSON, FETTERMAN, TESTA, HYDE, DENIED -N- CONTINUOUSLY DENY ME CARE

AC: 3:19-CV-00196                    (47)

BY SPECIALIST-N-MEDICINES "ALREADY ORDERED" BY DOCTORS, AND RECOMMENDED BY SPECIALIST SEE: 21,25,28,30,64,47,70,71,73,63-65,76,89,280-290,201-203,381-383,377,406,407,422,423

396. I AM CONTINUOUSLY HAUNTED BY SATAN, AND NAGGED BY EVIL SPIRITS DUE TO THE FACT I HAVE BEEN RENDERED UNABLE TO PRACTICE MY RELIGIOUS BELIEFS, DUE TO DEFENDANTS, P. MAUST, W.L. BOWERS, AND R. SNYDER DENIAL OF RELIGIOUS LITERATURE, C.F. THE "DAILY" PRACTICE OF MY RELIGIOUS BELIEFS PROVIDED ME WITH A BARRIER WHERE THE SPIRIT OF THE DEVIL-N-SATAN AVOIDED ME. SEE: 21-48, 54, 59, 201-203, 210-216, 248-275, 302-304, 381-383, 390, 392, 397, 406, 407, 422, 423

397. BECAUSE I HAVE DEMENTIA; THE EARLY STAGES, I WAS ASSIGNED TO A SPECIAL NEED BLOCK BY PSYCHOLOGISTS-N-PSYCHIATRIST, AND MY MENTAL CONDITION HAS "NEVER" IMPROVED, BASED ON NON PENALOGICAL REASONS DEFENDANT BOWERS (i.e. RACE, RELIGION, RETALIATION, PENALTY FOR COMMUNICATIONS WITH AUTHORITIES, FILING GRIEVANCES-N-LAWSUITS AGAINST DEFENDANT, BOWERS) HAD ME MOVED TO A HOUSING UNIT WHERE MY WELL BEING WILL DEFINITELY BE AT RISK MENTALLY-N-PHYSICIALLY; TO DATE! MY PSYCHOLOGICAL PROBLEMS HAS BEEN EXACERBATED, AND I WAS ROBBED OF MORE THAN $80 OF MERCHANDISE AND REMOVED FROM MY JOB. SEE: 21, 27, 40, 45-62, 105-113, 206-212, 215-216, 247-277, 280-290, 302-304, 381-383, 391, 396, 406, 421, 201-203, 406, 407, 421-423

398. BEING IN THE EARLY STAGES OF DEMENTIA, MY RELIGIOUS PRACTICE, AND THE LOCATION OF THE CELL I AM ASSIGNED TO TWO CRUCIAL COMPONENTS THAT PROVIDES ME SOME MEASURE OF STABILITY, TO DATE! I AM BEING DENIED MY RELIGIOUS PRACTICE, AND "FORCED" TO HOUSE IN A LOCATION THAT DEPRIVES ME OF ALL SERENITY WHICH IS CAUSING ME A CONTINUOUS MENTAL STRUGGLE; WITH NUMEROUS COMPATIBLE CELLS AVAILABLE DURING 10,16,17 - FEBRUARY 2019 SPAND, WHITE INMATES ARE NOT ASSIGNED TO THE CELL I WAS FORCED! TO HOUSE FOR 420 PLUS STRAIGHT DAYS, DUE TO THE LOCATION OF THE CELL, IN THE PAST I WAS MOVED OUT THE "EXACT SAME CELL" DUE TO THE PSYCHOLOGICAL AFFECTS I EXPERIENCED, DEFENDANT, W.L. BOWERS WAS AWARE OF ALL OF THE FOREMENTIONED INFORMATION PRIOR TO HIS ASSIGNING ME TO THE CELL; STILL DEFENDANT, BOWERS DISREGARDED THE RISK TO MY MENTAL HEALTH, STILL ASSIGNED ME TO THAT CELL, DEFENDANT, BOWERS DISREGARDED THE FOREMENTIONED INFORMATION PROVIDED TO HIM BY MORE THAN THREE PSYCHOLOGISTS-AND TWO PSYCHIATRIST, WHOM SUCCINCTLY TOLD DEFENDANT, BOWERS THAT, I AM BEING PERMANENTLY DAMAGED PSYCHOLOGICALLY DUE TO WHERE I WAS BEING HOUSED FORCEFULLY, DEFENDANT, BOWERS, RESPONSE, "WASHINGTON'S ANCESTORS LIVED IN HUTS, SO WHAT IS THE BIG DEAL, WHITE INMATES ARE READILY PLACED IN THE NUMEROUS AVAILABLE COMPATIBLE CELLS UPON REQUEST WHILE I WAS BEING DENIED DURING THE 10,16,17 - FEBRUARY 2019 SPAND, BASED ON NON PENALOGICAL INTEREST, i.e. RACE, RELIGION, NOT SIGNING OFF ON GRN # 659236, COMMUNICATION WITH AUTHORITIES, MY HAVING SUED HIM. SEE: 27, 55, 105-113, 206-211, 248-251, 253, 255-259, 268-277, 282, 283, 302-304, 381-383, 406, 422, 407;

399. WHEN I SPOKE TO GRIEVANCE COORDINATOR, H. SROKA, I ALSO SHOWED HER MY FEET WHICH EXHIBITED MY TOENAILS ALL BLACKENED, DISCHARGING PUS-N-BLOOD, DEFEND-

ANTSAOKA RESPONSE WAS "MY GOD! YOU NEED TO BE SEEN BY A DOCTOR", "YOU NEED NEED A DOCTOR'S CARE", "IT IS YOUR OWN FAULT", "STOP YOUR SUING-N-FILING GRIEVANCES REQUESTING MONETARY RELIEF" AND "THEN YOU'LL GET THE MEDICAL CARE YOU NEED". SEE: 27, 30, 31, 103, 104, 117-119, 129, 130, 241, 317, 381-383, 201-203, 404, 407, 421-423

400  TO DATE! DEFENDANT, R. PESCHOCK, INTENTIONALLY TREATS ME AS A CLASSIC STEPCHILD FOR NO RATIONAL REASON, BASED ON NON PENOLOGICAL REASONS, i.e. SUING DEFENDANT, PESCHOCK, FILING GRIEVANCE AGAINST DEFENDANT, PESCHOCK, AND FOR SUING SCI-SOMERSET DOC STAFF, COMMUNICATIONS WITH AUTHORITIES, DEFENDANT, PESCHOCK, e.g. REMOVING ME FROM MY OFFICIATING JOB ROLE SOLELY BECAUSE HER PET/FAVORITE OFFICIAL DID NOT WANT TO BE PLACED IN AN ASSIGNMENT REQUIRED MORE PHYSICAL MOVEMENT, THEN ASSIGNED ME TO THAT ASSIGNMENT DEFENDANT, PESCHOCK DIDN'T WANT. N.B. THE ASSIGNMENT I WAS REMOVED FROM I PERFORMED VERY EFFICIENTLY, AND THE ASSIGNMENT DEFENDANT, PESCHOCK CHOSE TO AVOID CAN PERFORM SUFFICIENTLY    SEE: 20, 27, 40, 201-203, 217-223, 307, 308, 381-383, 401-407, 422

401  TO DATE! DEFENDANT, R. PESCHOCK REGULARLY INSULTED ME, e.g. TO PENALIZE ME FOR MY SUING HER, FILING GRIEVANCE AGAINST HER, DEFENDANT, PESCHOCK PERMITED FIRST-N-SECOND YEAR NOVICE TO ROLES I HAVE ADEQUATELY PERFORMED FOR MORE THAN FOUR DECADES, GIVING SUCH INDIVIDUALS TWICE THE WORK HOURS-N-PAY I WAS ALLOWED ALTHOUGH I AM FULLY CAPABLE OF PERFORMING THE JOB ROLE THESE LESS KNOWLEDGEABLE-N-SKILLED-N-SKILLED OFFICIALS ARE CURRENTLY BEING ASSIGNED, DEFENDANT PESCHOCK ACTS OF RETALIATION OVIATES AROUND MY AGE-N-MY SUING HER. SEE: 217-223, 381-383

402  DEFENDANT, PESCHOCK INSCRIBED IN MY RECORD A DESCRIPTIONS OF ME THAT IS TANTAMOUNT TO A CHARACTER ASSASSINATION, WHEREIN I AM PORTRAYED TO BE RETARDED   SEE: 201-203, 400, 401-407, 422

403  TO DATE! DEFENDANT, PESCHOCK ACTS TO PUNISH PLAINTIFF FOR HAVING SUED HER-N-FILING A GRIEVANCE AGAINST HER THAT EVERY WRITTEN TEST OR ORAL, AND LIVE TEST GIVEN TO DATE! IN THE SPORTS OF BASKETBALL, SOFTBALL, VOLLEYBALL AND FLAG FOOTBALL I HAVE CONSISTENTLY SCORED THE HIGHEST OR AMONG THE HIGHEST, AND IT IS A RARITY THAT I GIVE A INCORRECT RESPONSE   SEE: 201-203, 381-383, 400-402, 404-407, 422
N.B. SOLELY TO PENALIZE ME DEFENDANT, R. PESCHOCK IGNORE OR DISREGARD THE OBVIOUS MISTAKE OF OTHERS, THEN PASS JUDGMENT IN HARSH DEGREE AGAINST ME FOR THE EXACT SAME MISTAKE, WHICH I SELDOM MAKE, EVEN DECLARING ME TO BE JUST ANOTHER OFFICIAL, WHILE DECLARING MORE THAN ONE OFFICIAL TO BE HER MAIN FOUR OFFICIALS, WHO SKILLS, KNOWLEDGE OF THE GAME-N-EXPERIENCE, DEFENDANT, PESCHOCK ACTIONS, WITTINGLY-N-UNWITTINGLY FOSTERS-N-SUPPORT, AS WELL AS ADVANCES A CLICK-RELIGIOUS AFFILIATION AND/OR GEOGRAPHIC AFFILIATION.   SEE: 201-203, 21, 381-383, 400-402, 404-407, 422

404  PRIOR TO MY IMPRISONMENT MY PARTTIME JOB WAS OFFICIATING SOFTBALL AND BASKETBALL, WITHIN THE PRISON SYSTEM I OFFICIATED BASKETBALL, SOFTBALL-FOOTBALL-N-VOLLEYBALL, TO DATE! 42 YEARS INSIDE OF THE PRISON SYSTEM, I AM ORIGINALLY FROM THE STATE OF PENNSYLVANIA, NOT ORIGINALLY FROM PHILADELPHIA

AC: 3:19-CV-00196                     (49)

NOT IN A HOMOSEXUAL RELATIONSHIP, NOT A MUSLIM, NOT AFFILIATED WITH A PRISON GANG, AND I AM NOT A MEMBER OF A CLICK. ALL OF THE OTHER OFFICIALS CONSIST OF INMATES FROM PENNSYLVANIA. THE MAJORITY ARE NATIVES TO PHILADELPHIA, COMMONLY FROM THE SAME AREA OF PHILADELPHIA; 95% OF THE OFFICIALS ARE INVOLVED IN HOMOSEXUAL RELATIONSHIPS, MOST ARE MUSLIM, WITH THE EXCEPTION OF MYSELF, ALL ARE MEMBERS OF A CLICK. THIS MAKES ME THE ODD MAN OUT. . . . THE SOFTBALL, BASKETBALL, FOOTBALL AND VOLLEYBALL OFFICIATING GROUPS ARE SELECTED-N-ASSIGNED TO MOST DESIREABLE ROLES, AND AFFORDED MORE WORK HOURS BASED UPON A CLICK, i.e. RELIGION, GANG AFFILIATIONS, SEXUAL ATTRACTION. I AM NOT A MEMBER OF THE IN CROWD, SO DEFENDANT, PESCHOCK WITTINGLY OR WITTINGLY AIDED-N-ABETTED THE FUNCTIONING OF A "CLICK" BY ASSIGNING ME TO THE MOST UNDESIREABLE ROLES; AND ASSIGNING INMATES WITH LESS SKILLS AND EXPERIENCE TO THE MOST DESIREABLE ROLES; N.B. THE EXACT SAME MISCONDUCT OCCURRED DURING SOFTBALL-N-FOOTBALL, WHEREBY I WAS DENIED WORK HOURS WHILE OFFICIALS WITH FAR LESS SKILLS ARE AFFORDED TWICE THE HOURS I AM AFFORDED, BASED UPON NON PENOLOGICAL REASONS, i.e. AGE, RELIGION, SEXUAL PREFERENCE, GANG AFFILIATION, i.e. "A MEMBER OF THE CLICK", DEFENDANT, PESCHOCK TARGETED ME, FOR NO RATIONAL REASON, INTENTIONALLY DISCRIMINATED AGAINST ME-N-TREATED ME LIKENED TO A STEPCHILD. GIVING THOSE WITH LESS SKILLS A HUGE-N-TOTALLY UNWARRANTED ADVANTAGE. SEE: 21; 27; 40; 201-203; 381-383; 400-403; 404-407; 422

405. WHEN I USE THE TERM "AUTHORITIES" IT SHOULD BE INTERPRETED TO INCLUDE COLLECTIVELY: GRIEVANCES, COMMUNICATIONS WITH PA. DOC CENTRAL OFFICE, PA. GOVERNOR, U.S. DEPARTMENT OF JUSTICE, U.S. PRESIDENT, U.S. ATTORNEY GENERALLY, PRISON ADVOCACY GROUPS, U.S. VICE PRESIDENT, U.S. FIRST LADY, PA. STATE POLICE, U.S. DISTRICT COURT, COUNSELOR, PSYCHIATRIST, PSYCHOLOGIST, LIEUTENANT, SERGEANT, CAPTAIN, MAJOR, WARDEN's ASSISTANT, DEPUTY WARDENS, HEALTH CARE ADMINISTRATOR, DOC COMMISSIONER, etc. SEE: 1-404; 406-423; 201-203 - PASSIM

406. PART OF DEFENDANTS MANTRA WAS: "A BLACK MAN'S WORD WILL NOT STAND AS TESTIMONY AGAINST A WHITE MAN, BECAUSE NOBODY WILL EVER ACCEPT THE BLACK MAN WORD AS TRUTH-N-FACTS AS LONG AS THE WHITE MAN DECLARES THAT WHAT THE BLACK MAN IS SAYING AGAINST THE WHITE MAN IS NOT TRUE, EVERYONE WILL BELIEVE THE WHITE MAN EVERY TIME. SEE: 1-423 PASSIM

407. DEFENDANTS OPENLY STATED REPEATEDLY THAT THEY ARE PENALIZING ME WITH THEIR CONDUCT FOR FILING GRIEVANCES AGAINST THEM PERSONALLY, OR MY HAVING SUED THEM PERSONALLY AND/OR MY HAVING SUED THEIR RELATIVES, NEIGHBOR, ARMY BUDDIES, FRIENDS, INLAWS, DOC STAFF, AND MEDICAL STAFF-N-PROFESSIONALS WHILE I WAS HOUSE AT SCI-GREENE-N-HERE IN SCI-SOMERSET; AND MY CONTINUOUS FILING GRIEVANCES AGAINST THEM PERSONALLY REQUESTING MONETARY RELIEF, AND CONTINUOUS COMMUNICATIONS WITH AUTHORITIES CONCERNING RETALIATIONS AGAINST ME. THEY WERE GOING TO BREAK ME OUT OF THE HABIT. I HEARD THIS DURING NEARLY EVERY INTERVIEW WITH WARDEN EIGHE; AS WELL AS R. PESCHOCK, P. MAUST, R. SNYDER, K. DELISMA, B. P. HYDE, W. L. BOWSER, H. SOAKA AS WELL AS EACH DEFENDANT. SEE 21-423; PASSIM 201-203

AC#: 3:19-CV-00196         (50)

FILED
JUL 14 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

408". TO DATE! ON A DAILY BASIS I HAVE THE NEED TO SPEAK WITH A PSYCHOLOGIST BECAUSE SEVERAL TIMES DURING THE DAY LIGHT HOURS I AM HAUNTED BY VISIONS OF MY BEING GANG RAPED BY DOC STAFF-N-MEDICAL PROFESSIONALS, WHEREAS MY RECTUM IS SO TATTERED-N-TORN I AM INCAPABLE OF EXPERIENCE A NORMAL BOWEL MOVEMENT I AM AWAKEN FROM MY SLEEP MORE THAN ONCE, AND ON SOME NIGHTS THREE TIME EACH NIGHT BY DREAMS LIKENED TO THE FOREMENTIONED DESCRIPTION. THE LOCATION OF WHERE I AM FORCED! TO HOUSE UNTIL FEBRUARY 2019 FOSTERS SUCH EXPERIENCE, AGAIN, FROM JANUARY 10, 2020, I WAS FORCED TO HOUSE IN AN ENVIRONMENT WHICH INDUCE THE EXPERIENCES THAT WERE ONCE STABLIZED; WHEREBY MY LIFE IS BECOMING MORE AND MORE DAILY CHAIN OF NIGHTMARES-N-TERRIFYING VISIONS ONGOING TO DATE! SEE: 21; 201-203; 105-112; 113; 206-211; 248-251; 253; 255-259; 268-277; 281-283; 302-304; 381-383; 406; 407; 422; 410; 423

409. BECAUSE I AM UNABLE TO DIGEST APPROX 90% OF THE FOODS SERVED TO THE INMATES DUE TO MY LONG EXISTING SYMPTOMS OF WHIPPLES DISEASE, ACCORDING TO THREE DOC MEDICAL PROFESSIONALS, AND GEISINGER'S MEDICAL CENTER. TO DATE! I AM FORCED TO BEG FOR THE LEFT OVERS FROM OTHER INMATES TRAY SEE: 2; 21; 23; 67; 71; 201-203; 381-383; 406; 407; 422; 410; 423

410. ON THE APPROXIMATE DATES 11.7.19; 12.24.19; 12.30.19; 12.3.19; ACCORDING TO THE SIGNATURE; AND NOTICABLE HANDWRITING MY TIMELY SUBMITTED SICK CALL REQUEST WERE COMMANDEERED FROM THE OUTGOING MAIL, RETURNED TO ME IN THE INCOMING WHICH CAUSED ME TO EXPERIENCE UNNECESSARY PAIN-N-SUFFERING. THE ACTION WAS DONE BY B. PUSKAR CONSTITUE FREE SPEECH VIOLATIONS WHICH IS A VIOLATION OF PLAINTIFF 1st AMENDMENT RIGHT SEE: 21; 23; 166; 179-181; 185; 201-203; 244; 245; 381-383; 406; 407; 422; 410; 423

411. TO DATE! I AM SICK BEYOND ALL DESCRIPTION DUE TO DEFENDANT MOCKERY OF MEDICAL CARE. N.B. FOR THIS COURT TO CONTACT SCI-SOMERSET CONCERNING MY BEING DENIED MEDICAL CARE WOULD BE TO BEG FOR A COVER-UP, AND WILL OPEN UP FOR MASSIVE RETALIATIONS ... AT THIS EXACT MOMENT I AM SUFFERING FROM THE AFFECTS OF MY BEING DENIED MEDICAL CARE, e.g. MY RIGHT LEG IS SWOLLEN CAUSING PAIN, AND OFTEN I DRAG RIGHT LEG WHEN WALKING. I AM FUNCTIONING IN MISERY, THE MAJORITY OF THE FOODS SERVED TO INMATES CAUSE ME TO EXPERIENCE NON STOP EXCRUCIATING PAIN-N-EXTREME DISCOMFORT, THOSE ARE A FEW OF THE MANY AILMENTS WHICH SCI-SOMERSET IS INTENTIONALLY IGNORING AND HAD THE PROVIDED ME WITH CARE WHEN I FIRST REQUESTED CARE THE NUMEROUS HEALTH PROBLEMS I NOW EXPERIENCE COULD OF EASILY BEEN CURED OR CORRECTED, THEIR DENIAL OF MEDICAL CARE ALLOWED MY HEALTH PROBLEMS TO ADVANCE TO A STAGE WHERE I AM TORMENTED NON STOP; AND MAYBE ONLY SURGERY HAS A CHANCE OF HELPING ME SEE: 23; 21; 28-31; 33-89; 325; 389; 201-203; 381-383; 406; 139; 140; 410; 422; 423 HAD DEFENDANT PROVIDED ME THE SAME CARE, BASIC HUMAN NEEDS GUARANTEED BY THE 8th AMENDMENT, WHICH DEFENDANT SO SUCCESSFULLY PROVIDED TO ALL OTHER INMATES, ESPECIALLY WHITE INMATES, THEN PLAINTIFF HEALTH PROBABLY BE CURED OR CORRECTED AT THIS LATER DATE. SEE: 21; 201-203; 381-383; 406; 407; 410; 422; 423

I AM GOING TO BE MURDERED OUT TO PA DOC STAFF-N-MEDICAL PROFESSIONALS DISREGARD FOR PROVIDING ME MEDICAL CARE-N-SAFETY. THEN, I WILL BE BLAMED FOR MY

AC: 19-CV-00196                    (51)

OWN DEATH, NO DOC STAFF OR MEDICAL PROFESSIONAL WILL EVER BE HELD ACCOUNTABLE FOR HAVING MURDERED ME. SEE: 21; 23-29; 103; 82-87; 116-118; 146; 147; 152; 155; 178-181; 192-199; 328; 335-337; 325; 334; 422; 423; 410

412. TO DATE! DEFENDANT RESPONSE TO MY SERIOUS HEALTH PROBLEMS HAS BEEN MOCKERY-N-INSULTS LACED WITH RACIST OVERTONES, e.g., THREW PLAINTIFF OUT: 114; 26; 115; 123; 127; 132; 135-137; 146; 150; 157; 160; 164; 165; 167; 169; 176; 184; 185; 187; 192; 193; 199
TAUNTS: 26; 30; 108; 111; 112; 120; 125; 126; 141; 143; 185.
THREATS FOLLOWED UP BY ACTIONS: 39; 36; 56; 66; 84-86; 151; 163; 166; 185; 186; 40
OBAMA CARE: 52; 61; 62; 68; 70; 73; 114; 143    NOT EVEN TOUCHED PHYSICALLY: 25; 99-199 ASSUM
THE MIDDLE FINGER: 26; 151; 160; 159.    ALSO SEE: 25; 84-86; 383; 397; 406; 407; 410; 422; 423

413. WITH OIL CONTINUOUSLY BEING DISCHARGED FROM MY RECTUM DEFENDANT DISCARDED MY SICK CALL REQUEST, SUBMITTED 2-3 TIMES WEEKLY, THE DISCHARGE OF YELLOW OIL FROM MY RECTUM CONTINUED FOR APPROXIMATELY TWO STRAIGHT MONTHS NON STOP ON A DAILY BASIS. EACH SICK CALL REQUEST WAS DRAFTED ACCORDING TO THE REQUIREMENTS OF DC-ADM 820, THEREIN I WAS DENIED ACCESS TO MEDICAL CARE WHILE IN NON STOP EXCRUCIATING PAIN-N-EXTREME DISCOMFORT HAVING TO BE HUMILIATED BY THE SMELL OF HUMAN FECES DAY-N-NIGHT. SEE: 25; 36; 44; 84-87; 193; 195-199; 381-383; 391; 406; 410; 422; 423

414. WITH MY RIGHT LEG SWOLLEN TO SUCH EXTENT MY LOWER PANT LEG COULD NOT BE ROLLED UP, AND IT IS STILL SWOLLEN TO DATE! THIS BEGAN IN JANUARY 2020. I STILL HURT WHEN WALKING, I AM SUBMITTING 2-3 SICK CALL REQUEST WEEKLY DRAFTED PER REQUIREMENT OF DC-ADM 820, YET THE SICK CALL REQUEST ARE SUMMARILY RETURNED TO ME IN THE MAIL, WHEREIN I AM BEING DENIED ACCESS TO MEDICAL CARE LEAVING ME TO EXPERIENCE UNNECESSARY PAIN-N-SUFFERING, TO DATE! SEE: 23; 25; 66; 84-87; 410; 422; 423

415. BEGINNING IN JANUARY 2020 CONTINUING TO APPROXIMATE EARLY APRIL 2020 NOT ONLY WAS I IN CONSTANT FEAR FOR MY LIFE I WAS ALSO EXHIBITING SYMPTOMS OF THE CORONA VIRUS: FEVER, COUGHING, SORE THROAT, WATERY EYES, STRUGGLING TO BREATHE, RUBBERY LEGS, FEELING AS IF I WOULD COLLAPSE AT THE NEXT SECOND, I WAS BEGGING FOR MEDICAL CARE, YET I WAS MOCKED BY NURSES-N-MEDICAL PROFESSIONALS SICK CALL REQUEST DRAFTED PURSUANT TO REQUIREMENTS DC-ADM 820, SUBMITTED 2-3 TIMES WEEKLY REGULARLY DISCARDED-N-RETURNED TO ME IN THE MAIL WHICH DENIED ME ACCESS TO MEDICAL CARE AND FORCING ME TO EXPERIENCE UNDUE-N-UNNECESSARY PAIN-N-DISCOMFORT SEE: 23; 25; 66; 84-87; 182-199; 413; 414; 410; 411; 422; 423

416. AS A YOUNG BOY I USED AN AX TO HARVEST FIREWOOD, MY SUMMER JOB WAS PITCHING WATERMELONS, AS A YOUNG ADULT I DID CONSTRUCTION WORK, DRILL PRESS OPERATOR, AND A FLEXO-GRAPHIC PRINTER; THIS CAUSED ME TO DEVELOP INTO A MAN WITH BULGING MUSCLES WHICH ENTAILED MY HAVING 21" BICEPS, 215-220 lbs, WITH ENERGY LIKENED TO A TEENAGER, IT WAS COMMON PLACE FOR GUYS TO COMMENT ABOUT MY PHYSIQUE, AND FEMALE EAGER TO TOUCH MY ARMS. TO DATE! I AM A "STICK FIGURE" CONSTANTLY FATIGUED, WITH NUMEROUS HEALTH PROBLEMS. FAR FROM MY OWN PERSONAL TESTOSTERONE LEVEL OF 895 OR 795; IS NOW BELOW 400; AND FULLY CLOTHED I CONSISTENTLY WEIGH ON AVER-

AC: 19-CV-00196   (52)

AGE 182 lbs., ALL IS TO THE AFFECTS OF WHIPPLES DISEASE SEE 23, 82, 83, 328, 337, 383, 406, 423

417. THE INJURIES, e.g. INABILITY TO SPEAK ALOUD, DISCOLORED TOENAILS, IRREVERSIBLE FOOT FUNGUS, BLEEDING CALLUSES, DEFORMED FINGERS-ELBOWS-N-ANKLES, HEART VALVE DISEASE, DEMENTIA, MEMORY LOSS, URETHRA STRICTURE, INABILITY TO WALK WITHOUT PAIN - TO EAT MOST FOODS WITHOUT INTERNAL GRIPE - DEMINISHED EYESIGHT IN RIGHT EYE - LIVING WITH NON-STOP PAIN-N-DISCOMFORT - PERIODIC PAIN-N-LOSS OF HEARING IN LEFT EAR; THE VAST LOST OF WEIGHT-N-MUSCLAR PHYSIQUE; MY OWN TESTOSTERONE LEVEL VERY LOW; AND ALL CHRONIC AILMENTS BUT FOR THE DENIAL MEDICAL CARE/DELIBERATE INDIFFERENT, PROBABLY WOULD NOT HAVE ADVANCED TO THE STAGE THEY CURRENT EXIST, CAUSING ME TO EXPERIENCE UNNECESSARY PAIN-N-DISCOMFORT NON STOP SEE 23, 25, 83-87, 422, 423

418. THE INJURIES INFLICTED I SUFFERED BY DEFENDANT DELIBERATE INDIFFERENCE AND FIRST, EIGHTH-N-FOURTEENTH AMENDMENTS, 42 USC 1985; 2000cc, 1-5; 18 USC 13 §§ 247 ARE IRREPARABLE, DEFENDANTS ACTIONS WERE NOT INADVERTENCE, BUT COMMITTED AFTER FORETHOUGHT-N-PLANNING, WHEREAFTER I AM IRREPARABLY INJURED, i.e., I HAVE LOST-N-TO DATE! CONTINUE TO LOSE REWARDS IN THE AFTER LIFE CAUSED BY DEFENDANT DENIAL OF MY "DAILY" RELIGIOUS PRACTICE IN VIOLATION OF RLUIPA, AND 18 USC 13 §§ 247, CONTINUING TO DATE! FOR MORE THAN 1,100 STRAIGHT DAYS; 2,555 STRAIGHT DAYS CONCERNING LITERATURE, AND CONTINUING TO COUNT. MY LOSS OF REWARDS IN THE AFTERLIFE CANNOT BE REPLACED OR COMPENSATED FOR; AND NO MONETARY COMPENSATION, OR REWARDS OF ALL KINDS CAN REIMBURSE ME FOR MY LOSSES OF REWARDS IN THE AFTERLIFE . . . THE MENTAL DAMAGE I AM CURRENTLY EXPERIENCING CANNOT BE REVERSED, NEVER STOP EXPANDING, BECAUSE THE NATURAL PROCESS IS MENTAL ILLNESS PROGRESSIVELY GETS WORST; NEVER REVERSING ITSELF; THE SAME COURSE WITH IRREVERSIBLE FOOT FUNGUS. 268-277; 280-290; 326; 338; 325; 383; 406; 422; 423

419. BEING AN INMATE I AM COMPELLED TO COMPLY TO THE DICTATES OF DC-ADM 804, MANDATES THAT I CANNOT RESPOND UNTIL I RECEIVE THE INITIAL RESPONSE, SO WHEN THE GRIEVANCE COORDINATOR REFUSES TO MY TIMELY SUBMITTED GRIEVANCES, THEN WHAT FOLLOWS IS THOSE GRIEVANCES ARE NEVER ASSIGNED A GRIEVANCE TRACKING NUMBER, NO RECORD OF THE GRIEVANCE HAVING EVER EXISTED; AND DEFENDANTS THEN CONVENIENTLY CRY OUT THAT THE INMATE NEVER EXHAUSTED ALL OF THE INMATE'S AVAILABLE REMEDIES, I COMPLIED TO THE DICTATES OF THE POLICY, SO I SHOULD NOT BE PENALIZED WHEN I WENT THE EXTRA MILE, AND I DID SO SEVERAL TIMES OVER. DEFENDANTS, IF I AM HELD TO BLAME; THEN DEFENDANT WILL BE REWARDED FOR THEIR OWN INTENTIONAL MISCONDUCT . . . I ATTEMPTED SEVERAL TIMES TO OBTAIN A RESPONSE TO THE NUMEROUS TIMELY GRIEVANCES WHEREIN I REQUESTED MONETARY RELIEF.

420. N.B. WHILE MOVING MY PERSONAL PROPERTY FROM A CART LOCATED ON THE BOTTOM FLOOR INTO MY NEW ASSIGNED CELL ON THE TOP FLOOR TWO WHITE INMATES TOOK APPROXIMATE TWELVE OF MY RELIGIOUS BOOKS. BOTH INMATES, ADMITTED THEY STOLE MY RELIGIOUS BOOKS, REFUSED TO RETURN THEM. I PERSONALLY REPORTED THIS TO THE SECURITY CAPTAIN

AC# 3:19-CV-00196   (53)

R. SNYDER, I REMINDED HIM SEVERAL TIMES, I ALSO MADE THE LIEUTENANT OF SECURITY AWARE. EACH TIME I SAID SOMETHING ABOUT IT TO CPT. SNYDER HE RESPONDED WITH RACIST COMMENTS, DID NOTHING FOR MORE THIRTY DAYS WHICH ALLOWED THE TWO WHITE INMATES THE TIME TO TRADE MY BOOKS FOR DRUGS. PROBABLY DEFENDANT, SNYDER WAS RENOWN FOR HIS IMMEDIATE ACTION WHEN WHITE INMATES SEEKED HIS HELP. I AM A DARK SKIN BLACK MALE, SO HE DID NOT USE HIS AUTHORITY TO QUESTION BOTH WHITE INMATES INDIVIDUALLY, AND MADE NO ATTEMPT TO BRING CRIMINAL CHARGES AGAINST THEM, OR/AND REPLACE OR REIMBURSE ME FOR THE COST OF MY RELIGIOUS BOOKS. CAPT. SNYDER, DECLARED, HE WAS PUNISHING ME FOR MY NOT SIGNING OFF ON GRN #659236, MY COMMUNICATIONS WITH AUTHORITIES, FILING GRIEVANCES, SUING SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS. HAD I BEEN WHITE DEFENDANT, SNYDER WOULD HAD EXERCISED HIS AUTHORITY SEE 321; 215; 216; 284-286; 305; 332; 383; 405; 456; 422

421. I AM 76 PLUS YEARS OF AGE WITH A MYRID OF SERIOUS HEALTH AND PSYCHOLOGICAL PROBLEMS AND THE EARLY STAGES OF DEMENTIA, THUS IS THE REASON I WAS ASSIGNED TO A "SPECIAL NEEDS" BLOCK, WHEREIN I CAN ENJOY THE MUCH NEEDED CONTROL ATMOSPHERE, WHERE I CAN HAVE ACCESS TO GYM AND USE THE ABD-ROLLER, THE WEIGHT MACHINE LOCATED ON MY HOUSING UNIT. AS MENTIONED ABOVE I EXPERIENCED NUMEROUS SEXUAL ASSAULT-N-COUNTLESS SEXUAL ASSIAULTS-N-SEXUAL HARASSMENT, WHICH MAKES IT EXTREMELY DIFFICULT FOR ME WITHOUT THE ATMOSPHERE THAT COULD ONLY! BE AFFORDED ON THE "SPECIAL NEEDS" BLOCK, THAT PROVIDES SAFETY WHICH I DIRE NEEDED, STILL NEEDS TO DATE!   i.e. NOBODY STANDING ABOVE-N-OVER YOUR HEAD, AS IF THEY'RE ATTEMPTING TO INSERT THEIR PENIS INTO YOUR MOUTH, OR CAUSE YOU TO BE TOUCHED BY HIS PENIS, OR STAND BEHIND YOU WHILE RUBBING HIMSELF CAUSING HIMSELF TO GET AN ERECTION AS HE WAITS FOR YOU TO BEND OVER, OR ACTS IF HE BUMPS INTO YOU BY MISTAKE, OR TOUCH YOU WHILE HE CONTINUE TO RUB HIS PENIS OR TOUCH YOU WITH THE HAND HE WAS RUBBING HIS PENIS. I AM THE OLDEST INMATE ON THE ENTIRE BLOCK, MOST OF THE INMATES ARE LESS THAN 30-YEAR OF AGE, NO PSYCHOLOGICAL PROBLEMS, THEREFORE, THEY DID NOT MEET THE CRITERIA FOR BEING HOUSED ON A SPECIAL NEEDS BLOCK. BUT MORE TIMES THAN NOT, THE INMATES WERE "WHITE". . . DEFENDANT W.L. BOWERS, IS THE UNIT MANAGER OF THIS SPECIAL NEEDS BLOCK, AND MR. BOWERS HAS THE FINAL SON ON WHO IS AFFORDED GYM OR WHO'S MOVED OF THE BLOCK . . . . , BASED ON NON PENOLOGICAL REASONS, i.e. MY HAVING SUE HIM, MY HAVING FILED GRIEVANCE AGAINST HIM, AND PSYCHOLOGIST UNDER MR. BOWERS SUPERVISION, MY COMMUNICATIONS WITH AUTHORITIES, RACE, RELIGION, etc., HAVING DISCOVERED THAT I CITED HIM AGAIN ON A LAWSUIT (WASHINGTON V. DELISWA), MR BOWER REMOVED MY NAME FROM THE SPECIAL NEEDS GYM LIST, EVEN THOUGH I WAS STILL EXPERIENCING THE EXACT SAME PSYCHOLOGICAL PROBLEMS THAT QUALIFIED ME TO HOUSED ON A SPECIAL NEED BLOCK AS A D-CODE INMATE DID NOT CHANGE, MR. BOWERS TOOK AWAY MY D-CODE STATUS, AND LATER HAD ME MOVED TO ANOTHER HOUSING UNIT WHERE ON GOING TO DATE!, MY PSYCHOLOGICAL PROBLEMS HAS CONTINUOUSLY GOTTEN WORST, AND MORE THAN $180 OF PERSONAL MERCHANDISE HAS BEEN STOLEN FROM ME, AND MY JOB HAS BEEN TAKEN AWAY. DEFENDANT, BOWERS

~MISCONDUCT TO DATE! HAS ALREADY CAUSED ME TO BE SEXUALLY ASSAULTED MORE THAN ONCE-N-SEXUALLY HARASSED SEVERAL TIMES, AND IT IS INEVITABLE THAT I EXPERIENCE A PANIC ATTACK CAUSING ME TO SERIOUSLY INJURE ANOTHER INMATE, AND IN AN ATTEMPT TO PROTECT MYSELF ANOTHER INMATE LOSE THEIR LIFE. MY BEING SEXUALLY ASSAULTED-N-SEXUALLY HARASSED PROBABLY WOULD NOT HAVE OCCURRED SEE: 21; 40; 105-113; 206-209; 210; 302-304; 377-408; 422

422. OVER-N-OVER DEFENDANTS, SEPARATELY-N-INDIVIDUALLY REPORTS THE SAME RATIONALE THREATS; THE OTHER HAD MADE, i.e., PUNISHING ME OR PENALIZING ME FOR MY HAVING SUED THEM PERSONALLY; OR DOC STAFF-N-MEDICAL PROFESSIONALS, FOR FILING GRIEVANCES; OBAMA CARE; RECITING THE NAME-N-DOCKET NUMBER OF MY ON GOING LEGAL CASE, AND GRIEVANCE TRACKING NUMBER. I HAVE NOT SHARED THIS INFORMATION WITH DEFENDANTS CONCERNING WHOM I SUED, OR FILED A GRIEVANCE AGAINST. YET DEFENDANTS ARE RECITING TO ME INFORMATION I DIDNT SHARE WITH THEM, THEREFOR IT CAN SAFE TO SAY THAT DEFENDANTS ARE DISCUSSING THESE NAMES-N-NUMBERS AMONG THEMSELF. THERE HAS BEEN A MEETING OF THE MINDS FOR THE EXACT SAME DECLARATIONS-N-RATIONALE TO HAVE CONTINUOUSLY OCCURRED. THIS ILLUSTRATES THAT THEIR MISCONDUCT WAS NOT COINCIDENTIAL TO THE ALLEGED MISCONDUCT OF ANOTHER DEFENDANT; BUT THE PRODUCT OF DEFENDANTS HAVING MEET-N-PLANNED WHAT ACTION TO TAKE, i.e. A MEETING OF THE MINDS. SEE: 21; 40; 39-41; 52; 56-62; 66; 99-171; 201-246 PASSIM; 268-320 PASSIM; 268-320 PASSIM; 383; 129-135; 146; 147; 151-153; 168-177; 186-190; 406; 422

423. THE MEDICAL PROFESSIONALS VISIT MY HOUSING MONDAY-THROUGH-FRIDAY WHERE THEY PROVIDE MEDICAL CARE TO ALL OTHER INMATES, AND BASED UPON NON MEDICAL REASONS, THE MEDAL PROFESSIONALS DISCARD PLAINTIFF TIME SICK CALL REQUEST-N-IGNORED BLOCK OFFICER REQUEST ON MY BEHALF. MEDICAL PROFESSIONALS RESPONSED "FUCK HIM" "HE'S SUING ME" SEE: 21; 23; 29; 34; 40; 56; 70; 118; 130; 135; 139; 140; 146; 147; 166; 167-190; 195; 196

## VERIFICATION

I HAVE READ THE FOREGOING AMENDED COMPLAINT, AND HEREBY VERIFY THAT THE RESPONSES THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEFS, AND AS TO THOSE, I BELIEVE THEM TO BE TRUE

PURSUANT TO 28 USC §§ 1746, I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 22 DAY OF MAY 2020, AT SCI-SOMERSET, SOMERSET, PA.

"RESPECTFULLY SUBMITTED"
s/ Henry Unseld Washington
HENRY UNSELD WASHINGTON
AM-3086
PRO SE

DATE: 5.22.20
SECOND TIME FILED ON 7.9.20

AC: 3:19-CV-00196

(55)