IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON, PLAINTIFF

v.

KANSKY DELISMA, Defendants et al

NO: 3:19-CV-00196
JUDGE: LENIHAN
PLAINTIFF RESPONSE TO DOC #89

I, HENRY UNSELD WASHINGTON, AM THE PLAINTIFF IN THE ABOVE CAPTIONED

1. PLAINTIFF MOVES THIS COURT WITH PLAINTIFF RESPONSE TO DOC #89

2. DOC #89, PP 1,2, "PLAINTIFF'S RESPONSE TO THE MOTION TO DISMISS ATTEMPTS TO IMPERMISSIBLY RAISE ARGUMENTS BASED ON CLAIMS THAT WERE NOT PLEADED IN THE AMENDED COMPLAINT. PLAINTIFF RESPONSE: WHEN CONSIDERING A MOTION TO DISMISS THE COURT MAY CONSIDER DOCUMENTS THAT ARE ATTACHED TO OR SUBMITTED WITH THE COMPLAINT, AND ANY MATTER INCORPORATED BY REFERENCE, OR INTEGRAL TO THE CLAIM, ITS SUBJECT TO JUDICIAL NOTICE MATTERS OF PUBLIC RECORD, ORDERS AND ITEMS APPEARING IN THE RECORD OF THE CASE". CHARLES A. WRIGHT AND ARTHUR R. MILLER, FEDERAL PRACTICE-N-PROCEDURE §§ 1357 (3RD CIR, ed 2004) WHAT FOLLOWS IS THIS INSTANCE SHOULD INCLUDE PLAINTIFF BRIEF IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS, WHICH DOES NOT! MAKE ANY CLAIMS THAT WAR NOT IN THE AMENDED COMPLAINT, AND SHOULD BE CONSIDERED BY THE COURT BUCK V. HAMPTON TWP SCH DIST, 452 F.3d 256, 260 (3RD CIR 2006).

2. IT IS AXIOMATIC THAT THE TITLE MEDICAL DIRECTOR IS THE LEADER/SUPERVISOR OF THE MEDICAL DEPARTMENT; AND ALL MEDICAL DECISIONS MADE BY A NURSE, PAC, NPAC OR DOCTORS ARE PER THE ORDERS, AND/OR APPROVAL OF THE MEDICAL DIRECTOR; IN THIS INSTANCE IT IS ALLEGED THAT DEFENDANT, GIRONE WAS NOT ONLY AWARE, HE ALSO TOOK PART IN THE CRUEL-N-UNUSUAL PUNISHMENT OF PLAINTIFF AND ACTED WITH DELIBERATE INDIFFERENT TO PLAINTIFF MEDICAL NEEDS ZERBE V. KARNES, 4:07-CV-413; 2008 WL 220414 *4 (3RD CIR JANUARY 25, 2008)(PERSONAL INVOLVEMENT); RODE V. DELLARCIPRETE, 845 F. 1195, 1207 (3RD CIR 1988)(PERSONAL INVOLVEMENT THROUGH ACTUAL KNOWLEDGE-N-ACQUIESCENCE); RIZZO V. GOODE, 423 U.S. 362 (1976) DOC #87 AT 2,3; DOC #43 AT 10, 52, 62, 309, 423.

3. CONCERNING DOC #89 AT PP 3, 4; TO HOLD A SUPERVISOR LIABLE FOR AN 8TH AMENDMENT VIOLATION 1-5: PLAINTIFF RESPONSE: (1) MEDICAL CARE PER 8TH AMENDMENT STANDARDS (DOC #43 AT 22, 30, 391, 410) (2) 24-30; 61, 66; (3) 24, 25, 26-27; 29, 70, 41; 56, 59-62; (4) 70, 72, 108, 84-89; 391, 395; 410-414, 411; (5) 52, 62, 309, 423." (5) DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH PROBLEMS, BROWN V. MUHLENBERG TWP, 269 F.3d 205, 216 (3RD CIR 2001).

4. CONCERNING 1.15.18, DOC #89, P.5 PLAINTIFF DECLARE, NO CLAIM IS ALLEGED AGAINST DEFENDANT, GIRONE FOR DENIAL OR DELAY OF CARE ON OR NEAR 1.15.18.

5. DEFENDANT, GIRONE HAS FAILED TO PROVIDE EVIDENCE TO SHOW PLAINTIFF HAS FAILED TO STATE A CLAIM. THEREFORE DEFENDANT, GIRONE MOTION TO DISMISS SHOULD BE DENIED.

6. PURSUANT TO 28 U.S.C. §§ 1746; I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, EXECUTED THIS 2ND DAY OF NOVEMBER 2020; AT SCI-SOMERSET, SOMERSET, PA.

DATE: 11.2.20

FILED
NOV 06 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

"RESPECTFULLY SUBMITTED"
s/ Henry Unseld Washington
HENRY UNSELD WASHINGTON
AM-3086
PRO SE

RESPONSE TO DOC #89; 3:19-CV-00196

(1)