IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY UNSELD WASHINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KANSKY DELISMA, WILLIAM L. ) <br> BOWERS, PHILLIP MAUST, HEIDI ) <br> SROKA, ROBERT SNYDER, R. ) <br> PESCHOCK, J. GIRONE, ELLIS ) <br> KAUFFMAN, RICHARD IRWIN, ) <br> ROXANNE PLAYSO, LARENE ) <br> DONNELLY, JAMES FETTERMAN, ) <br> RICHARD HUTCHINSON, DAKOTA ) <br> TESTA, ERIC TICE, and BRIAN P. ) <br> HYDE ) <br> ) <br> Defendants. ) | Civil Action No. 3:19-cv-00196 <br><br> Magistrate Judge Lisa Pupo Lenihan <br><br> ECF Nos. 67, 69, 71, 79, 91 |

## ORDER

**AND NOW**, this 31st day of March, 2021, in consideration of the Memorandum Opinion also entered on this date, the following Order is entered:

The Motion to Dismiss filed at ECF No. 67, by Defendants Delisma, Hutchinson, Testa, Kauffman, Fetterman and Playso is **DENIED;**

The Motions to Dismiss at ECF Nos. 69 and 71, by Defendants Girone and Irwin, is **GRANTED** and those defendants are **DISMISSED**.

The Motion to Dismiss at ECF No. 79, by Defendants Bowers, Maust, Sroka, Snyder, Peschock, Tice and Hyde is **GRANTED** in part and **DENIED** in part as follows:

(1) **GRANTED** as to Defendants Maust, Sroka and Peschock and those Defendants are **DISMISSED**;

(2) **GRANTED** as to any intended claim of (a) violation of the Religious Land Use and Inmate Protection Act ("RLUIPA"), 42 U.S.C. § 2000cc *et seq.*, or (b) conspiracy; and

(3) **DENIED** as to all non RLUIPA claims against Defendants Bowers, Snyder, Tice and Hyde.

The Motion to Dismiss at ECF No. 91, by Defendant Donnelly, is **GRANTED** and Defendant Donnelly is **DISMISSED.**

Dated: March 31, 2021                                          BY THE COURT:

_____
LISA PUPO LENIHAN
United States Magistrate Judge

cc:     Henry Unseld Washington
        AM-3086
        S.C.I. Somerset
        1600 Walters Mill Rd
        Somerset, PA 15510