IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON
PLAINTIFF
V.
KANSKY DELISMA Defendants, et al

CIVIL ACTION: 3:19-CV-00196
JUDGE: LENIHAN
MOTION IN OBJECTION TO MAGISTRATE JUDGE DECISION TO DISMISS PLAINTIFF CLAIMS FOR FAILURE TO STATE A CLAIM

I, HENRY UNSELD WASHINGTON, AM THE PLAINTIFF IN THE ABOVE CAPTION.

1. PLAINTIFF MOVES THIS COURT WITH A MOTION IN OBJECTION TO MAGISTRATE JUDGE DECISION TO DISMISS PLAINTIFF CLAIMS FOR FAILURE TO STATE A CLAIM

2. PLAINTIFF OBJECTION ARE:
WHETHER THE DIMISSAL OF ECF NO. 79①②; ECF NO. 91, DOC#109, P.2; IS WITH OR WITHOUT PREJUDICE

3. CONCERNING THE COURT REPEATED REFERENCE TO PLAINTIFF AS A AFRICAN AMERICAN MALE. PLAINTIFF IS A "BLACK MALE". THERE IS A UNIQUE-N-READILY RECOGNIZABLE DIFFERENCE BETWEEN THE TWO, PASSIM IN DOC#109

4. CONCERNING THE RATIONALE EXPOSED ON P.4, DOC#109; PLAINTIFF'S APPARENT INABILITY TO ACCEPT THESE GOVERNING FACTS DISPITE THE COURT'S (AND THE CORRECTIONAL INSTITUTIONS') NUMEROUS ATTEMPTS TO ADDRESS HIS COMPLAINTS AND EXPLAIN MEDICAL AND LEGAL GUIDELINES/CONSTRAINTS TO HIM OVER SEVERAL DECADES AND ACTIONS, WHILE REGRETTABLE, DOES NOT ALTER THE BOUNDS OF EITHER MEDICAL SCIENCE OR CORRECTIONAL LIABILITY

5. CONCERNING DOC#109, P.6, ECF NOS. 60-62, SAID SUPPLEMENTS WERE FILED ON JULY 10 AND JULY 15, 2020; NOTE#3, PUSKAR IS NOT A DEFENDANT IN THE AMENDED COMPLAINT IN THIS ACTION - WHICH PLAINTIFF WAS AFFORDED NO LESS THAN FOUR ④ OPPORTUNITIES TO FILE, BECAUSE PUSKAR WAS NOT NAMED/IDENTIFIED BY PLAINTIFF DESPITE THIS COURT REPEATED AND EXPRESS CAUTIONS THAT CLAIMS NOT INCLUDED WOULD BE WAIVED. PUSKAR IS NOT - NOR CAN HE NOW BE ADDED AS A DEFENDANT

6. CONCERNING DOC#109, P.7 AT NOTE#6, INTER ALIA, "PLAINTIFF HAS NOT MADE ALLEGATIONS MEETING EITHER FORCED CHOICE OR PRESSURED VIOLATION". THERE IS A COMPELLING GOVERNMENT INTEREST IN LIMITING THE AMOUNT OF PROPERTY THAT ANY ONE INMATE CAN RETAIN IN HIS CELL", AS THE ALLEGATION OF PLAINTIFF'S AMENDED COMPLAINT FAIL TO STATE OR SUGGEST A CLAIM UNDER RLUIPA".

7. CONCERNING DOC#109, PP. 27-28, IN REFERENCE TO DONNELLY, INTER ALIA, "THE COURT NOTES THAT PLAINTIFF'S LENGHTY AND FREQUENT HISTORY OF ABDOMINAL/INTESIAL PAIN AND DISCOMFORT OF THIS DEGREE AND THE FREQUENT OF HIS SICK CALL REGISTRATION OF THOSE COMPLAINTS", "THE ALLEGATION DOES NOT SUGGET CIRCUMSTANCES WHICH WOULD GIVE RISE TO AN 8th AMENDMENT VIOLATION BY DONNELLY.

8. DOC#109, PP. 28-29 AT C, INTER ALIA, "A PLAINTIFF MUST THEREFORE ALLEGE WITH PARTICULARITY AND PRESENT MATERIAL FACTS WHICH SHOW THAT THE PURPORTED CONSPIRATORS REACHED SOME UNDERSTANDING OR AGREEMENT OR PLOTTED, PLANNED AND CONSPIRED TO-

3:19-CV-00196; LR 72

①

GETHER TO DEPRIVE PLAINTIFF OF A PROTECTED FEDERAL RIGHT

9. Doc #109, P. 32, THE COURT REFERENCE TO PLAINTIFF AS WHAT APPEARS TO BE HYPOCHONDRIA

10. PLAINTIFF ASSERTS THAT DEFENDANTS REFUSED TO PROVIDE CONSTITUTIONALLY ADEQUATE MEDICAL CARE TO PENALIZE PLAINTIFF FOR FILING COMPLAINTS, IN VARIOUS FORMS AGAINST DEFENDANTS, PERSONALLY, AS WELL AS OTHER MEDICAL AND CORRECTIONAL OFFICERS; Doc #109, PP 30, 31

11. Doc #109, P. 32, LOWER BUNK CLAUSTROPHOBIA, HEART ATTACK SYMPTOMS SUCH AS CHEST PAIN RESPIRATORY DIFFICULTIES, PERIPHERA NUMBNESS

12. AS PLAINTIFF HIMSELF REPEATEDLY ACKNOWLEDGES, THE RESTORATIVE SCOPE OF MEDICAL TREATMENT FOR MANY OF HIS CONDITIONS - RELATED TO HIS AGE AND GENERAL HEALTH, Doc #109, P. 33

13. DOCUMENT 109, PP 40 AT ECF NOS 71, 79, 91

FILED
APR 15 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN LIGHT OF THE FOREGOING PLAINTIFF'S MOTION IN OBJECTION TO MAGISTRATE JUDGE DECISION TO DISMISS PLAINTIFF CLAIMS FOR FAILURE TO STATE A CLAIM SHOULD BE GRANTED

DATED: 4.9.21

"RESPECTFULLY SUBMITTED"
s/Henry Unself Washington
HENRY UNSELF WASHINGTON
AM 3086
PRO SE

3:19-CV-00196; LRBT2

(2)