IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY UNSELD WASHINGTON, | No. 3:19-cv-00196-LPL |
| Plaintiff, | Magistrate Judge Lenihan |
| vs. | |
| KANSKY DELISMA, WILLIAM L. BOWERS, PHILLIP MAUST, HEIDI SROKA, ROBERT SNYDER, R. PESCHOCK, J. GIRONE, ELLIS KAUFFMAN, RICHARD IRWIN, ROXANNE PLAYSO, LARENE DONNELLY, JAMES FETTERMAN, RICHARD HUTCHINSON, DAKOTA TESTA, ERIC TICE and BRIAN P. HYDE, | |
| Defendants. | |

## NOTICE

AND NOW, come the Defendants, Bowers, Snyder, Tice and Hyde, by their attorneys, Scott A. Bradley, Senior Deputy Attorney General, and Karen M. Romano, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following Notice to the Court:

This Notice serves to inform the Court that the following documents were sent to Plaintiff Henry Unseld Washington AM3086, in accordance with Case Management Order [ECF 116]:

1. Plaintiff's cell history;

2. Plaintiff's grievance history;

3. Plaintiff's misconduct history;

4. Plaintiff's medical records from January 2018 – present, including labs and Doctor consultations;

5. Plaintiff's DC-465B therapeutic diet order forms from 2020.

WHEREFORE, the Defendants respectfully request that this Honorable Court accept the foregoing Notice.

Respectfully submitted,

**JOSH SHAPIRO**
**Attorney General**

Office of Attorney General
Litigation Section
1521 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

*s/ Scott A. Bradley*
Scott A. Bradley
Senior Deputy Attorney General
Attorney I.D. No. 44627

Karen M. Romano
Chief Deputy Attorney General

Date:  May 20, 2021